ACCEPTED
04-14-00569-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/5/2015 7:19:52 AM
KEITH HOTTLE
CLERK

04 -14 -00569- CV

# In The Court Of Appeals
# For The Fourth District Of Texas
# San Antonio Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/5/2015 7:19:52 AM
KEITH E. HOTTLE
Clerk

**BURTON KAHN**
*APPELLANT*

V.

**HELVETIA ASSET RECOVERY INC**.
*APPELLEE.*

On Appeal From The 37th Judicial District Court Of Bexar County, Texas
Trial Court, No. 2013–CI -18355
Hon. Michael Mery, Judge Presiding

**APPELLANTS BRIEF**

**Burton Kahn pro se**
**1706 Alpine Circle**
**San Antonio, TX 78248**
**210-408-9199**
glentrail@yahoo.com

**ORAL ARGUMENT NOT REQUESTED**

## IDENTITY OF PARTIES AND COUNSEL

Appellant certifies that the following is a complete list of the parties,

attorneys and any other person who has any interest in the outcome of this lawsuit:

**Attorneys for Appellants:**    Burton Kahn Pro-se
1706 Alpine Circle
San Antonio, TX 78248
Tel (210) 408-9199
glentrail@yahoo.corn

**Attorneys for Appellees:**

Haynes and Boone LLP
Lisa Barkley
112 E. Pecan St. Suite 1200
San Antonio, TX 78205 – 1524
Tel (210) 978-7427
Fax (210) 0427
Lisa.Barkley@ haynesboone.com

Haynes & Boone, LLP
Werner A. Powers
Natalie DuBose
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel (214) 651-5487
Fax (214) 200-0468
Werner.Powers@hayneshoone.com

Real Party of Interest    Puerto Verde Ltd. (Bahamian)
For Appellee

Trial Judge:    Hon. Michael E. Mery
37 th Judicial District Court
Bexar County, Texas

Previous Attorney Appellant      Appellant has represented himself pro se since December 14, 2013. His previous counsel was:

L. Terry George died on June 29, 2014.
Fort Worth, Texas


Jay R. Petterson
Jay R. Petterson, Attorney at *Law*, PLLC 12274
12274 Bandera Road, Suite 210
Helotes, Texas 78023

Kathleen A. Cassidy Goodman
Law Office of Kathleen Cassidy Goodman
12274 Bandera Road, Suite 210
Helotes, Texas 78023

Richard H. Sommer
8610 N. New Braunfels Ave., Suite
309 San Antonio, Texas 78217

Robert W. Wachsmuth
Zachary J. Fanucci
Robert Wachsmuth & Associates
9311 San Pedro, Suite 707
San Antonio, Texas 78216

# RELATED LITIGATION

The following litigation matters are related to this appeal:

I.   APPEALS IN THE FOURTH COURT OF APPEALS:

   **1.** Appeal No. 04-14-00258-CV

   *In re a Purported Lien or Claim Against Helvetia Asset Recovery, Inc.* The Court dismissed this appeal on August 20, 2014.

   **2.** Appeal No. 04-14-00012-CV and Texas Supreme Court Case 14-0821.

   *Burton Kahn v. Helvetia Asset Recovery, Inc.*
   The Court dismissed this appeal on July 16, 2014 and denied Kahn's motion for en bane consideration on September *25,* 2014. Burton Kahn filed his Petition for Review to the Texas Supreme Court on December 10, 2014. Helvetia Asset Recovery. Rnc. do not respond and on January 13, 2015 the case was forwarded to the court.

   Appeal No. 04-14-00319-CV

   *Burton Kahn v. Helvetia Asset Recovery, Inc.*
   The Court dismissed this appeal on July 9, 2014.

   **3.** Appeal No. 04-14-00569-CV

   *Burton Kahn v. Helvetia Asset Recovery, Inc.* This appeal is subject of this brief.

II.   BANKRUPTCY PROCEEDINGS, PENDING:

   *1. In re: Burton M. Kahn,* Debtor, Case No. *14-50980,* United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

   *2. In re: Burton M. Kahn, Debtor, Helvetia Asset Recovery, Inc. v. Burton Al. Kahn,* Adversary Proceeding Case No. 14-5052, United

**IIL** <u>PENDING BEXAR COUNTY DISTRICT COURT LITIGATION:</u>
States Bankruptcy Court for the Western District of Texas, San Antonio Division.

## PENDING BEXAR COUNTY LITIGATION

1. *Burton Kahn v. Joabert Development Company and John Ripley,* Cause No. 2013-CI-17012, 37th Judicial District, Bexar County, Texas.

2. *I Burton Kahn v. Robert Ripley, et al.,* Cause No. 2014-CI-3453, 225th Judicial District, Bexar County, Texas. (This action was severed from Cause No. 2013-Cl-1 8355 in May 2014.)

# TABLE OF CONTENTS

                                                                                  **Page**

IDENTITY OF PARTIES …….………….……. . …… ……………………,,,,…i

RELATED LITIGATION…….…………….……. . …… ………………….iii.

TABLE OF CONTENTS…….……………….……. . …… ………………..vi

TABLE OF AUTHORITIES…….………….…. .…… ……………….. vi

STATEMENT OF THE CASE…….………….……. . …… ……………….xii .

STATEMENT REGARDNG ORAL ARGUMENTT…..……....xiii

STATEMENT REGARDNG JURISDICTION… … … ..……..…xiii

RECORD REFERENCES…….……………….……. . …… ……………….xiv

ISSUES PRESENTED …. … … … … … … … … … … … … … … … … xv

STATEMENTOF FACTS ……………………………… ……… …………….1

    BACKGROUND ……………………………………………………….1

      CLAIM OF OWNERSHIP …………………………………….3

      PLAINTIFF'S `EXHIBIT 9 WIRING INSTRUCTIONS ……………5

      PLAINTIFF'S EXHIBIT 39 NORGANIZATIONAL KIT……………….7

SUMMARY OF THE ARGUMENT……………………………………9

ARGUMENT AND AUTHORITIES …………………………………9

**ISSUE 1** THE COURT ABUSED ITS DISCRETION BY ALLOWING

    APPELLATE REVIEW …………………………………………5
COLLATERAL ESTOPPEL FROM THE FINAL JUDGMENT AND SANCTION
ORDER DETERMINING THE OWNERSHIP OF THE SHARES OF

HELVETIA. ...................................................................................9

    A. STATUTE REPRESENTATIVE PARTY............................10

    B. SUBJECT MATTER JURISDICTION................................13

    C. FULLY LITIGATED...........................................................14

    CONCLUSION OF ISSUE 1...................................................15

**ISSUE 2** THE COURT ABUSED ITS DISCRETION BY DENYING APPELLANT'S JNOV BECAUSE THE JURY'S ANSWERS WERE NOT BASED ON THE EVIDENCE PRESENTED. ....................................15

    QUESTION 2..........................................................................16

    MISAPPROPIATION OF ASSETS.........................................16

    LOST PROFITS......................................................................19

    QUESTION 5..........................................................................21

    QUESTION 7..........................................................................21

    QUESTION 9..........................................................................22

    QUESTION 11........................................................................22

    QUESTION 14........................................................................23

    CONCLUSION OF ISSUE2.........................................../.....23
\

**ISSUE 3** THE COURT ABUSED ITS DISCRETION BY NOT ALLOWING ANY APPELLANT'S WITNESSES TO GIVE TESTIMONY DUE TO LACK OF DETAIL IN DISCLOSURE FILED 6 DAYS BEFORE TRIAL. ..................24

    CONCLUSION OF ISSUE3.....................................................26
\

**ISSUE 4** THE COURT ABUSED ITS DISCRETION BY STRIKING DEFENDANTS' FIRST AMENDED ORIGINAL ANSWER TO PLAINTIFF'S

FIRST AMENDED ORIGINAL PETITION AND APPLICATION FOR PERMANENT INJUNCTION RELIEF, AFFIRMATIVE DEFENSES, VERIFIED DENIALS, THIRD PARTY CLAIMS, AND MOTION TO SHOW AUTHORITY.……………………………………..…..……...…..26

CONCLUSION OF ISSUE 4…………………………………………….28

**ISSUE 5** THE COURT ABUSED ITS DISCRETION BY GRANTING APPELLEE'S MOTION TO EXCLUDE EVIDENCE OR ALTERNATIVELY MOTION IN LIMINE AND SUSTAINING ALL APPELLEE'S ARE OBJECTIONS. ……………………………………………….…..28

CONCLUSION …………………………………………………….29

PRAYER'………………………………………………….......29

VERIFICATION………………………………………………25

CERTIFICATE OF COMPLIANCE ……………………………… 30

CERTIFICATE OF SERVICE ……………………………… ….. …………..30

VERIFICATION……………………………………………… 31

APPENDIX ………………………………………………32

A. FINAL JUDGMENT AND JURY CHARGE
B. TEX. CIV. PRAC. & REM. CODE §10.001(2)
C. FIINACIAL RECORDS TABULATION

# INDEX OF AUTHORITIES

*American Alternative Ins. Corp. v. Davis,*
 446 S.W.3d 41 (Tex.App.-Waco 2014) ...................................................15

 *Avco Corp., Textron Lycoming Reciprocating Engine Div. of Avco Corp. v. Interstate Southwest, Ltd.,*
251 S.W.3d 632, 662 (Tex. App.-Houston [14th] 2007, pet. denied) ..............23

 *Avila v. St. Luke's Lutheran Hosp.,*
948 S.W.2d 841, 858 (Tex.App.-San Antonio 1997, pet. denied)...................12

*Barshop v. Medina County Underground Water Conservation Dist.,*
925 S.W.2d 618, 629 (Tex. 1996)......................................................11

*Baxter v. Palmigiano,*
425 U.S. 308, 318 (1976). ...........................................................5, 19

*Beaumont Bank, N.A. v. Buller,*
806 S.W.2d 223, 226 (Tex. 1991). ................................................ 12,13

*Bragg v. Edwards Aquifer Auth.,*
71 S.W.3d 729, 734 (Tex. 2002).......................................................11

*Brown v. Bank of Galveston,*
963 S.W.2d 511, 513 (Tex.1998)......................................................15

*Cent. Ready Mix Concrete Co. v. Islas,*
228 S.W.3d 649, 651 (Tex.2007).....................................................16

*City of Houston v. Williams,*
353 S.W.3d 128, 133 (Tex. 2011). ...................................................14

*City of Keller v. Wilson,*
168 S.W.3d 802, 827 (Tex.2005).....................................................16

*EX Parte S.d.,*
07-13-00168-cv (Tex.App.-Amarillo 1-15-2015)....................................11

*F.F.P. Operating Partners, L.P. v. Duenez,*
237 S.W.3d 680, 683 (Tex. 2007).....................................................11

*Gee v. Liberty Mut. Ins. Co.*,
765 S.W.2d 394, 396 (Tex. 1989);...............................................26

*Goldstein v. Comm'n for Lawyer Discipline*,
109 S.W.3d 810 (Tex.App.-Dallas 2003, pet. denied)..........................12

*Helena Chemical Company v. Wilkins*,
47 S.W.3d 486 (Tex. 2001) ..................................................20

*Holt Atherton Indus., Inc. v. Heine*,
835 S.W.2d 80, 84 (Tex. 1992)...............................................20

*John Masek Corp. v. Davis*,
848 S.W.2d 170, 173 (Tex.App.-Houston [1st Dist.]
1992, writ denied)..........................................................16

*Johnson Savage v. Fehrenkamp*,
03-05-00060-cv (Tex.App.-Austin 4-2-2009)...................................23

*JP Morgan Chase Bank, N.A. v. Professional Pharmacy II*,
 02-11-00373- CV (Tex.App.-Ft. Worth 12-31-2014)...........................20

*Low v Henry* ,
221 S.W.3d 609 , 617 (Tex.2007).............................................11

*McCraw v. Maris*,
828 S.W.2d 756 (Tex. 1992)..................................................26

*Nath V. Texas Children's Hospital And*
*Baylor College Of Medicine*,
 12-0620 (Tex. 8-29-2014)...................................................11

*Oscar Luis Lopez v. Madel. of Texas*,
200 S.W.3d 854 (Tex.App.-Dallas 2006)......................................25

*Parklane Hosiery Co. v. Shore*,
439 U.S. 322, 813 331 (1979)................................................12

*Powers v. M. L.*,
 14-09-00814-cv (Tex.App.-Houston [14th Dist.] 10-26-2010) ....................22

*Saf. Nat'l Cas. v. State*,
 01-07-00123-cv (Tex.App.-Houston [1st Dist.] 4-17-2008)..........................10

*Scurlock Oil Co. v. Smithwick*,
 724 S.W.2d 1 (Tex. 1986)...................................................,....10,12,13,15

*Smalley v. Smalley*,
 14-13-00717-cv (Tex.App.-Houston [14th Dist.] 6-12-2014).....................14

*State v. Shumate*,
 199 S.W.3d 279, 284 (Tex. 2006)...................................................11

*Szczepanik v. First S. Trust Co.*,
 883 S.W.2d 648, 649 (Tex. 1994)...................................................20

*Tanner v. Nationunde Mut. Fire Ins. Co.*,
 289 S.W.3d 828, 830 (Tex.2009)...................................................16

*Tex. Dep't of Pub. Safety v. Petta*,
 44 S.W.3d 575, 579 (Tex. 2001)...................................................14

*Texas Instruments, Inc. v. Teletron Energy Mgmt., Inc.*,
 877 S.W.2d 276, 279 (Tex. 1994)...................................................20

*Texas Trunk R. Co. v. Jackson*
 22 S.W. 1030(Tex.1893)...................................................20

*Yarbrough's Dirt Pit, 65 S.W.3d at 216*...................................................12

## STATUTES AND RULES

TEX. CIV. PRAC. & REM. CODE §10.001(2)...................................................11,12

TEX. CIV, PRAC. & REM CODE ANN § 10:1004(d) ...................................................11

Tex. Civ. Prac. & Rem. Code Ann. § 41.004(a) (West 2008)...................................................23

TEX. GOV'T CODE ANN. § 312.002, .003 (West 2013)………………..…11

TEX.R.APP.P. 81(b)(1)………………………………………………26

TEX.R. Civ. P. 194.2…………………………………………………24

TEX.R. Civ. P. 301 ……………………………………………..……15

*Restatement (Second) of Judgments* § 13……………………………10

STATEMENT OF CASE

*Nature  the case* this is an appeal arising a jury trial with a judgment in favor of Appellee. **3CR 185**.

*Course of proceeding.* On November 4, 2013 **Supp.A 1 CR1** Helvetia Asset Recovery Inc. ("Helvetia") filed the lawsuit giving rise to this appeal claiming Puerto Verde Ltd. was owner of the shares of Helvetia **Supp.A 1 CR1** and Burton Kahn, ("Kahn") breached his fiduciary duty. **1 CR5** . On December 9 2014 to December 11, 2013 the temporary injunction hearing was conducted and the temporary injunction order was signed on December 18, 2014 **Supp.A 1 CR108.**    On March 3 and 4, 2014 a hearing was held for a Motion for Sanctions. Appellee's First Motion For Sanctions **Supp.B  2CR121**.  On April 1, 2014, Judge Tanner signed a Final Judgment and Order of Sanctions against Kahn and his attorney George, and found that Puerto Verde owned the stock in Helvetia., **Supp.A 3CR 229**. Judge Tanner stated that ownership of Helvetia was "a subject of a different type different of motion that is before me right now." **Supp.B 2RR20**

On May 12, 2014 Jury trial started and on  June 11, 2014 Final Judgment signed by Judge Mery in favor of Appellee.  **3R185.**

*Disposition Of The  Case,* Kahn filed his notice of appeal on August 7, 2014. **4CR 444**.

## STATEMENT OF JURISDICTION

Appellant appeals final judgment of June 11, 2014. There is no dispute regarding the Fourth Court of Appeals have appellate jurisdiction over this matter.

## .STATEMENT REGARDING ORAL ARGUMENT

Appellant does not believe that oral argument is necessary as the arguments in brief hopefully will convince the Court to reverse the Judgment.

# RECORD REFERENCES

The Reporter's Record will be cited as follows:

[Vol.] RR [page] Reporter's Record on October 3, 2014

Supp. A [Vol.] RR [page] Reporter's Record on January 14, 2014

**Supp.A Excerpts** [Vol.] RR [page] Reporter's Record on January 14, 2014

EXHIBITS Supp.A EXH 1[page]

Supp. B [Vol.] RR [page] Reporter's Record Case Number 202 CI 18394 Appeal    Number 04-14-00357 CV on May 23, 2013

EXHIBITS Supp.B 1EXH [page]

The Clerk's Record will be cited as follows:

[Vol.] BCR [page] Clerks submission on October 3, 2014

Supp. A [Vol.] ACR [page] Clerks submission on January 14, 2014

Supp. B [Vol.] CCR [page] Clerks submission Case Number 202 CI 18394 Appeal    Number 04-14-00357 CV on May 23, 2013

Supp. C [Vol.] DCR [page] Clerks submission on --------December 5,, 2014

Supp. D [Vol.] ECR [page] Clerks submission on February 4, 2015

# ISSUES PRESENTED

**ISSUE 1**: The court abused its discretion by allowing Collateral Estoppel from the Final Judgment and Sanction Order determining the ownership of the shares.

**Issue 2**: The court abused its discretion by denying appellant's JNOV because the jury's answers were not based on the evidence presented.

**Issue 3**: The Court abused its discretion by not allowing any appellant's witnesses to give testimony due to lack of detail in disclosure filed 6 days before trial.

**Issue 4**: The court abused its discretion by striking Defendants' First Amended Original Answer To Plaintiff's First Amended Original Petition And Application For Permanent Injunction Relief, Affirmative Defenses, Verified Denials, Third Party Claims, And Motion To Show Authority.

**Issue 5**. The court abused its discretion by sustaining Appellee's Motion To Exclude Evidence Or Alternatively Motion In Limine.

# STATEMENTOF FACTS

## *BACKGROUND*

Burton Kahn ("Kahn") ("Appellant") and John Ripley founded the Joabert Development Company ("Joabert") in 2006, to develop and sell housing lots in Northeast San Antonio. Appellant did all the work and John supplied the funds. **Supp.A EX 1RR 7.** Agreement was that John Ripley was to supply the funds and the Appellant to do all of the day-to-day were which included purchasing of the property, bookkeeping and control of the funds, engineering design subdivision, coordination with government officials for approval and constructing the infrastructure and roadway according to the approved plans.

Appellant never got any compensation for the eight years that he worked and never took a salary. **Supp.A 4RR44 , Supp.A 3RR 114**

John Ripley sold two shopping centers and the money went to a 1031tax evasion exchange company in California and then the Exchange Company returned the funds (less commissions) to a Construction Corporation that Kahn owned 100%, in which Kahn spent the money working on the Joabert project . **Supp.A 4RR 115**

1

John Ripley had another development named Key Largo, but it had of Lis Pendens on it and could not be used for funding. **Supp.A 2RR 33**

Kahn contacted an attorney Terry George ("George"), who did the paperwork for foreclosure and formed Texas Corporation named Helvetia. **Supp.A 5RR4**

John Ripley owed Falcon International Bank for a construction loan on Key Largo. **Supp.A 1RR 33**

A Bahamian Corporation Maple Bush Holding Ltd ("Maple Bush") paid off the note Falcon International Bank and then foreclosed on Key Largo. **Supp.A 1RR34**

Robert Ripley, brother of John Ripley testified he owned Maple Bush **Supp.A 2RR86** but his name is not on any of documents of Maple Bush Ltd, . **Supp.A 2RR103.** is a foreign Corporation not registered with the Secretary of State. **Supp.A 2RR 86**

Key Largo, the foreclosed property was sold to a newly formed holding corporation named Helvetia Asset Recovery, Inc. ("Helvetia"). **2RR88.**

Funds were earmarked to be used to develop a subdivision known as Royal Crest (Joabert Property) in North east San Antonio Texas.. **Supp.A 1 CR 3 , Supp.A 3RR 80.**

Helvetia was a conduit to accumulate funds for Joabert. In Helvetia's original petition funds were earmarked to go to Joabert. . **Supp.A 1CR 3**

The first phase of Joabert subdivision was within one month of completion, the partnership ended and lawsuits began (August 26, 2013) . **Supp.A 3RR38**

### *CLAIM OF OWNERSHIP*

Robert Ripley, John's brother was not an owner of Joabert. . **Supp.A 3RR97** wanted to take the Helvetia property for himself. On September 5, 2013 Robert Ripley sent Kahn an e-mail stating. Puerto Verde Ltd. a Bahamian Corporation not registered with the Secretary of State . **Supp.A 3RR 86** was taking over.

Kahn realized that the shares of Helvetia had never been purchased and on September 7, 2013 Kahn paid to Helvetia $1000 for the shares **Supp.A 1EXH 346-348**

On September 16, 2013 John Ripley and Robert Ripley went to Randolph Brooks Federal Credit Union and took approximately 50 pages of documents

3

showing that they own the shares in Helvetia **Supp.A 3RR 81.** The Bank did not give them access.

On October 23, 2013, Puerto Verde Ltd. a Bahamian Corporation , claimed to be a 100% stockholder of Helvetia filed a lawsuit 2013-CI-17516 , **Supp.A 1EXH 309-355** in the style of "Action on Fraudulent Lien on Property." Robert Ripley swore that the documents in this suit were true, showing proof that Puerto Verde Ltd. is the owner of Helvetia. The documents presented Minutes Of The Organizational Meeting Of The Board Of Directors Of Helvetia Asset Recovery Inc. For A For-Profit Corporation dated August 17, 2007. ("Original Minutes") . **Supp.A 1EXH 329-334.** Note on the top of each page there is a signature space for the custodian of records signed by Kenneth Moore ("Moore") the president designated in the original minutes . Moore testified at the injunction hearing that he was not the custodian of records **Supp.A 4RR137** and only signed documents once at closing on December 6, 2007 **Supp.A 4RR 144** "Yes. That was the only one time I did." **Supp.A 4RR144** A stock certificate shows on page **Supp.A 1EXH 335** that Kenneth Moore's signed the document three times but only positive of the lower 2. **Supp.A 4RR151** but on upper right Moore stated that's not my signature **Supp.A 4RR141-142** Moore later was not sure **Supp.A 4RR150-151** Moore also testified that he did not issue any stock nor did collect

4

Moore also testified that he did not issue any stock nor did collect any money. **Supp.A 4RR136** The stock certificate was not the form with the Original Minutes. Robert Ripley testified that he made one up on Pagemaker program and faxed the form to his brother John **Supp.A 4RR30.** There are no fax identifications on the certificate. The stock certificate stated that the Corporation's name was Puerto Verde Inc. not Puerto Verde Ltd. The original motion in Case number 2013- CI - 18 394 **Supp.B 1CR1** describes the above conflicts before the injunction hearing proved the allegations were correct.

Appellee was able to have Kahn's attorney a Jay Peterson sign a Rule 11 Agreement without Kahn's approval and eliminate the finding of Case 2013-CI-18394 for no apparent reason and waiving a jury trial. Kahn fired Peterson and complaining that Peterson was either bribed or coerced. **Supp.A 4RR83** There was no statement or affidavit contradicting that accusation. This failure gives rise to an inference that the evidence is unfavorable to Appellee, *Baxter v. Palmigiano,* 425 U.S. 308, 318 (1976). One of the compensations that Peterson got was a finding in Final Judgment And Order Of Sanction "42. Helvetia has not sought sanctions against the associate attorney, Mr. Petterson. Although Mr. Petterson signed the offending pleading, Mr. Petterson attempted to rectify the error within

5

ten days by entering into the Rule 11 Agreement." **Supp. B  3CR 249** Peterson was not named in the sanction motion or order.

Judge Pozza stated that the Rule 11 was unenforceable **Supp.A Excerpts 1RR102** however she signed the set aside of case 2013-CI-18394 without any discussion or reason.  Judge Tanner  Notes at the sanction hearing sanctioned Kahn for the attempted withdrawal of the Rule 11 Agreement. **Supp.A 2CR22**

## PLAINTIFF'S EXHIBIT 9 WRING INSTRUCTIONS

On August 21, 2007 the Title Company sent Kahn an email wiring instructions for the $1.2 million money trail exchange.  **Supp.B 1EXH 30** Robert Ripley took this document and crossed out sender and in his own handwriting that stated "Please transfer 1.2 million USD to my escrow agent as outlined in these instructions. The funds will be used to capitalize a Texas holding (-hold) co. and in return Puerto Verde will receive 1000 shares." This document was not given to anybody. Robert Ripley testified that Scott Morrison ("Morrison") was the trust officer for the Bahamian bank **Supp.A 2RR 14**  and Morrison asked about ownership on October 22, 2013. **Supp.A 1EXH 39 and** Robert Ripley didn't know of it when he asked Kahn in Email dated February 18, 2014 **Supp.A 1EXH 61.** These instructions were never sent to Morrison  but Morrison sent the transfer funds. Supp. A 1**EXH 36**

6

Robert Ripley testified that the funds for the transfer came from the Ripley family trust. **Supp.A 2RR 12** Robert Ripley also testified that the funds for the transfer a computer company. **Supp.A 3RR 33** There are no Bank records of this transfer and there are no records of the title company that this document was in existence and was given or received. Robert Ripley testified that he owns both Puerto Verde Ltd and Maple Bush are not registered Texas **2RR86** Robert Ripley does not have the original stock certificate . **Supp.A 3RR 88** nor the receipt from the Title Company nor the minutes of the original meeting, that he claimed in his affidavits of case 2013-CI-17516 and testimony previously cited above.

## PLAINTIFF'S EXHIBIT 39 ORGANIZTION KIT

In order to get the minutes timing and to correct the Inc. or Ltd. suffixes,, Appellee submitted to the court Exhibit 39 **Supp.A 1EXH 381,** which he called a kit. **Supp.A 2RR36-37**Appellee claimed that was provided by Mr. Terry George. **Supp.A 2RR37** George testified that he never provided any copies to anyone but Burt Kahn. **Supp.A 5RR31** George testified that Exhibit 39 was not his work . **Supp.A 5RR32** Exhibit 39 was comprised of transmittal and instruction letter, **Supp.A 1EXH 384,** By laws **Supp.A 1EXH 391** and the initial meeting minutes of August 8, 2,007. **Supp.A 1EXH 418** The transmittal does not have any information on who has sent it nor a signature but it does state to review and call if

7

there are any changes. **Supp.A 1EXH 384,** The bylaws and initial minutes has George's signature on dated August 8, 2007 as if these documents are final. George testified that the signatures looked like his but the documents were not the documents George gave to Kahn. **Supp.A 5RR31** The shares to be issued to Puerto Verde, Inc. 1000. is written in pencil . **Supp.A 1EXH 420** Also per August 8, 2007 minutes state that George resigned as Director on August 8, 2007. Robert testified that he received Exhibit 39 by courier in Canada but does not have any envelope that it came in. **Supp.A 3RR25** Ripley testified that this Exhibit 39 was specially flown in to San Antonio from Canada for the injunction hearing. **Supp.A 2RR39** The bylaws state in pencil the offices to be 6751 Walzem which is different from the minutes of August 17, 2007 which has George's address. **Supp.A EX 1RR231.** Attorney George in his last words stated "39 0 I'm starting to wonder about- about some criminal activity myself" **Supp.A 5RR 32**

On December 9 2014 to December 11, 2013 the temporary injunction hearing was conducted and the temporary injunction order was signed on December 18, 2014 **Supp.A 1 CR108.** The order stated that a trial on the merits is to be held on May 12, 2014. **1 CR117.** On March 3 and 4, 2014 a hearing was held for a Motion for Sanctions. Appellee's First Motion For Sanctions. **Supp.B 2 CR121** On April 1, 2014, Judge Tanner signed a Final

8

Judgment and Order of Sanctions against Kahn and his attorney George

**Supp.B 3CR 229**. Appellee added in findings that the ownership Puerto Verde

Ltd. even though Judge Tanner stated that ownership of Helvetia was "a subject of

a different type of motion that is before me right now." **Supp.B 2RR20**    Judge

Pozza Ordered trial on the merits of the lawsuit is set for May 12, 2014. **Supp.A**

**1CR189**

On May 12, 2014 Jury trial started and on June 11, 2014 Final Judgment

signed by Judge Mery **4 CR185.**

## SUMMARY OF THE  ARGUMENT

The trial court abused its discretion by allowing collateral estoppel from a

sanction order that was being appealed de novo and prevented Appellant to present

a defense and having a fair trial.  The judgment for Appellee without any evidence

from Appellee.  Thus the trial should be reversed and remanded for a new trial.

## ARGUMENT AND AUTHORITIES

### ISSUE1

THE COURT ABUSED ITS DISCRETION BY ALLOWING COLLATERAL
ESTOPPEL FROM THE FINAL JUDGMENT AND SANCTION ORDER
DETERMINING THE OWNERSHIP OF THE SHARES OF HELVETIA.

The  Appellee claimed in **2CR 263.** Plaintiff' Motion  To Exclude

Evidence For Alternative The Motion In Limine, that the  Final Judgment And

9

Sanction Order determined the ownership of the shares of Helvetia. Items 3,6,7,41 on **2CR266, 267,268 and 278** respectively. In the Supplemental Amended Temporary Injunction Order dated December 18, 2013 Judge Pozza ordered a trial on the merits of the lawsuit is set forth May 12, 2014. **Supp.A 1 CR117**

In *Scurlock Oil Co. v. Smithwick*, 724 S.W.2d 1 (Tex. 1986) states:

> Therefore, we now adopt the rule of the *Restatement (Second) of Judgments* § 13, and hold that a judgment is final for the purposes of issue and claim preclusion "despite the taking of an appeal unless what is called an appeal actually consists of a trial de novo." We overrule *Texas Trunk R. Co. v. Jackson* and its progeny.

The sanction Order is on appeal and there are several issues that by law require a review consisting of a trial de novo:

## A.STATUTE REPRESENTIVE PARTY

Appellant claims that a party cannot be charged monetary sanction under TEX. CIV, PRAC. & REM CODE ANN § 10:1004(d) when the party is representative by counsel. This is a legal issue and is to be reviewed de novo.

In *Saf. Nat'l Cas. v. State*, 01-07-00123-cv (Tex.App.-Houston [1st Dist.] 4-17-2008) states:

This case requires us to construe the meaning of a statute. Because statutory interpretation is a question of law, we employ a de novo standard of review. *Bragg v. Edwards Aquifer Auth.*, 71 S.W.3d 729, 734 (Tex. 2002). If the language of a statute is not ambiguous, we must give effect to the plain meaning of its words unless doing so would lead to absurd results. *See Barshop v. Medina County Underground Water Conservation Dist.*, 925 S.W.2d 618, 629 (Tex. 1996)

In *EX Parte S.d.*, 07-13-00168-cv (Tex.App.-Amarillo 1-15-2015) states:

When construing statutes, we use a *de novo* standard of review, and our primary objective is to ascertain and give effect to the Legislature's intent. TEX. GOV'T CODE ANN. § 312.005 (West 2005). *See F.F.P. Operating Partners, L.P. v. Duenez*, 237 S.W.3d 680, 683 (Tex. 2007). To discern that intent, we begin with the statute's words. TEX. GOV'T CODE ANN. § 312.002, .003 (West 2013). *See State v. Shumate*, 199 S.W.3d 279, 284 (Tex. 2006).

In *NATH v. TEXAS CHILDREN'S HOSPITAL AND BAYLOR COLLEGE OF MEDICINE*, 12-0620 (Tex. 8-29-2014) states:

"However, Chapter 10 provides that a claim that lacks a legal or factual basis — without more — is sanctionable. TEX. CIV. PRAC. & REM. CODE § 10.001; *see also Low*, 221 S.W.3d at 617. Legally, the claim must be warranted by existing law or a nonfrivolous argument to change existing law. TEX. CIV. PRAC. & REM. CODE § 10.001(2). But Chapter 10 expressly prohibits monetary sanctions against a represented party based on the legal contentions in a pleading. *Id.* § 10.004(d) ("The court

11

may not award monetary sanctions again`st a represented party for a violation of Section 10.001(2)."). Accordingly, the trial court could not have properly awarded sanctions against Nath for groundless legal contentions in his tortuous interference claim."

In *Goldstein v. Comm'n for Lawyer Discipline*, 109 S.W.3d 810 (Tex.App.-Dallas 2003, pet. denied) stated:

"A trial court has broad discretion in determining whether to allow a plaintiff to use collateral estoppel offensively. *Parklane Hosiery Co. v. Shore*, 439 U.S. 322, 813 331 (1979); *see also Scurlock Oil Co. v. Smithwick*, 724 S.W.2d 1, 7 (Tex. 1986) (citing *Parklane Hosiery* with approval).

A trial court abuses its discretion only when its action is arbitrary and unreasonable,without reference to guiding rules or principles. *Beaumont Bank, N.A. v. Buller*, 806 S.W.2d 223, 226 (Tex. 1991).    In determining whether to apply collateral estoppel offensively, the trial court must consider the *Parklane Hosiery* factors. *See ParklaneHosiery Co.*, 439 U.S. at 329-30; *Yarbrough's Dirt Pit*, 65 S.W.3d at 216.The first factor is whether application of the doctrine will tend to increase litigation by allowing a plaintiff to "wait and see" before filing suit instead of joining in the prior litigation. *See Parklane Hosiery*, 439 U.S. at 329-330; *see also Avila v. St. Luke's Lutheran Hosp.*, 948 S.W.2d 841, 858 (Tex.App.-San Antonio 1997, pet. denied). Second, the offensive use of collateral estoppel may be unfair under the circumstances of a particular case. Under this factor, we consider the defendant's incentive in the first action to vigorously defend the suit, or the foreseeability of future suits, and the availability of

12

procedural safeguards in the second suit that were not available in the first suit.

A trial court abuses its discretion only when its action is arbitrary and unreasonable, without reference to guiding rules or principles. *Beaumont Bank, N.A. v. Buller*, 806 S.W.2d 223, 226 (Tex. 1991).

In Plaintiff's first amended motion for sanctions , Plaintiff states that George is also a representative party. **Supp.**B **2 CR1359** The trial court acted unreasonable and without reference to guiding rules or principles when it did not consider that the statute that monetary sanction under TEX. CIV, PRAC. & REM CODE ANN § 10:1004(d) when the party is representative by counsel is a legal issue and is to be reviewed de novo by Appellate court and that collateral estoppel is should not allowed under In *Scurlock Oil Co,* supra.

## B. SUBJECT MATTER JURISDICTION

In the order of April 1, 2014 there are claims that Appellee owns the shares of Helvetia in the dialog of the Order. These notations are the basis of Appellee's claim of ownership. During the sanction hearing("SH") on March 3-4, 2014, , Kahn requested a ruling on the foreign corporation issue but did not get one. Kahn also stated" the issue in this particular case is who owns the stock along the company". The court replied, "well that's a subject of a different type of motion that is before me right now is certainly a welcome to urge that to some court when

13

you file a proper motion." Thus the court declared that the ownership of the stock was not in her subject matter jurisdiction. **Supp.B 2RR20** In *Smalley v. Smalley,* 14-13-00717-cv (Tex.App.-Houston [14th Dist.] 6-12-2014) stated:

> 'Whether a trial court has subject matter jurisdiction is a question of law we review de novo. *City of Houston v. Williams*, 353 S.W.3d 128, 133 (Tex. 2011).

The trial court acted unreasonable and without reference to guiding rules or principles when it did not consider that subject matter jurisdiction is a question of law that is reviewed de novo .

## C. FULLY LITIGATED

The Sanction trial Judge Tanner declared that the issue of ownership was not in her jurisdiction and did not litigate the ownership issue. Therefore collateral estoppel cannot be allowed based on Final Judgment And Sanction Order because facts sought to be litigated ( Ownership of the shares of Helvetia) were NOT were fully and fairly litigated in the Sanction hearing as required by *Tex. Dep't of Pub. Safety v. Petta*, 44 S.W.3d 575, 579 (Tex. 2001).

The trial judge allowance of collateral estoppel without fully litigated on the issue of ownership of the shares of Helvetia was arbitrary and unreasonable, without reference to guiding rules or principles.

14

## CONCLUSION OF ISSUE 1

The findings found in the Final Judgment And Sanction Order dated April 1, 2014 should not allowed to be collateral estoppel based on *Scurlock Oil Co. v. Smithwick* , supra and statutes. Based on the above this Honorable . Court of Appeals should reverse judgment of June 11, 2014 and remand for new jury trial.

## ISSUE 2

### THE COURT ABUSED ITS DISCRETION BY DENYING APPELLANT'S JNOV BECAUSE THE JURY'S ANSWERS WERE NOT BASED ON THE EVIDENCE PRESENTED.

The court should grant a motion for new trial because the jury's answers are not based on the evidence presented. Testimony was from Appellant Burton Kahn; representing Appellee was Mary Guzman, Adam Smith, builder-contractor who purchased lots from Helvetia; and Amanda Tidmore a title person who guarantee title for the sales purchase of the lots at Helvetia.

In *American Alternative Ins. Corp. v. Davis*, 446 S.W.3d 41 (Tex.App.-Waco 2014) states:

> A trial court may disregard a jury's verdict and render a
> JNOV if there is no evidence to support the jury's
> findings or if a directed verdict would have been proper.
> *Brown v. Bank of Galveston*, 963 S.W.2d 511, 513
> (Tex.1998); *see* TEX.R. Civ. P. 301. We review the trial

15

court's ruling on a motion for JNOV under a legal sufficiency standard. *See Tanner v. Nationunde Mut. Fire Ins. Co.*, 289 S.W.3d 828, 830 (Tex.2009). We "credit evidence favoring the jury verdict if reasonable jurors could, and disregard contrary evidence unless reasonable jurors could not." *Cent. Ready Mix Concrete Co. v. Islas*, 228 S.W.3d 649, 651 (Tex.2007). We must uphold the jury's finding if more than a scintilla of competent evidence supports it. *Tanner*, 289 S.W.3d at 830. "The final test for legal sufficiency must always be whether the evidence at trial would enable reasonable and fair-minded people to reach the verdict under review." *City of Keller v. Wilson*, 168 S.W.3d 802, 827 (Tex.2005). A JNOV should be granted: (1) when the evidence is conclusive, and one party is entitled to recover as a matter of law; or (2) when a legal principle precludes recovery. *John Masek Corp. v. Davis*, 848 S.W.2d 170, 173 (Tex.App.-Houston [1st Dist.] 1992, writ denied).

## QUESTION 2

The Jury did not have evidence in regards to misappropriations of assets and lost profits as described in Final Judgment. **3CR 185**

## MISAPPROPRIATIONS OF ASSETS

Misappropriations of assets $721,166.00.This comprised of $340,000.00 that Kahn had used to transfer funds. 2R**R 15**. There is testimony by Kahn that these funds are in this registry of the Court. 2R**R 110**, 2R**R 111**. There were questions on the amount that was in the registry of the Court and it appeared confusing. It is the

16

culmination of the funds so that nothing was stolen. Powers says that the funds went to the registry 4R**R 142**. There is no document, or motion or order claiming that the funds that were placed in the registry of the court were not adequate. There was no evidence showing that the $340,000 did not go into the registry of the court. The court did not want the amount placed in the registry of the court to go to the jury 4R**R 143** so that the only evidence is that the $340,000 went to the registry of the court.

Therefore these funds are not in the possession of Kahn and cannot be construed to be misappropriated. The reality is that the funds were distributed as per **3CR 41, 82**

Loans to share holders $380,166.00 shown on income tax form were funds sent to Joabert and used on the Royal Crest property. This information was forbidden to get to the jury because of the Final Judgment And Sanction Order (collateral estoppel ) There is no evidence that the funds went to Kahn, nor is there any evidence that an actual loan was made to Kahn except the notation on the income tax. The jury was instructed under definitions that Puerto Verde Ltd. was the sole shareholder of Helvetia since 2007. **3CR193** This instruction has more weight than the notation on the income tax without any verification and should be considered that Puerto Verde Ltd is the shareholder and debtor. There is no evidence that Burton Kahn made that loan. There were no loan documents papers nor was there

17

any indication of when this loan occurred. The complete bank records of Kahn and all other corporations that Kahn controlled should show if Kahn received any loan distribution. **APPENDIX-EXHIBIT C**. The representative of Helvetia, Ms. Guzman did not present any evidence as to a loan. Ms. Guzman did not complain that there was any misappropriations of any funds. Ms. Guzman, the only representative officer of Helvetia only testified by reading what Robert Ripley said and submitting Exhibit 9 the Robert Ripley handwritten note to Robert Ripley on title companies e-mail. We only heard from how Werner Powers the attorney (non-witness) for Helvetia in his closing arguments that it was Kahn misappropriated funds. **4RR 142**. There is no evidence of any loan documents. There is no evidence that these funds went to Kahn.

No evidence of what happened in 2013? No evidence that the loan paid? Kahn was prohibited from testifying anything about the Royal Crest Project or Joabert. The reality theory that Joabert was the financier and the funds distributed to Joabert was the stockholder loan stated on the income tax statement. Appellee prevented Chris Kohn ("Kohn")the accountant, who authored the income tax statement from testifying. Appellee did not call Kohn. The inference that no information is given regarding the loan information shows that Appellee was hiding something. This refusal or avoidance is tantamount to a taking a fifth

18

amendment exemption in a criminal case. This is a civil case. The Constitution permits a trier of fact to draw such adverse inferences against a party in a civil suit. *Baxter v. Palmigiano*, 425 U.S. 308, 318 (1976).

There is no evidence showing that Kahn got funds from this loan.

## LOST PROFITS

Mary Ripley Guzman ("Guzman"), the representative of Helvetia did not produce any sales records and any lost sales. There is no evidence showing that there were any lost profits. The testimony of Adam Smith ("Smith") the Builder claimed that he had lost two sales in the period since the dispute. Smith stated he had sold 20 lots in this period, and usually loses 10% of the sales 4**RR 222** . (2 lost house sales) Thus there were no lost sales and no lost profits. Adam Smith did not provide any documentation to show that there were any lost profits. The calculation and non testimony of attorney powers showing lost profits by using Amanda Tidmore ("Tidmore"), the title closer is not competent evidence. Tidmore claimed that she did not close on 5 transactions **4RR208.** She did not specify what type of transactions nor did she know the lot numbers or whether those lots were sold to somebody else.

Tidmore did not purchase any lots. Tidmore only works for an insurance company, who insures title. The person who would know, if there were lost sales of lots would

19

be Guzman, the representative of Helvetia. Since the dispute to the trial to June 1, 2014 in reality there were 36 homes sold in this. And last year same period there were only 14 so there was no lost profits whatsoever with an additional $525,000 =/- income to Helvetia. 3CR 91-394 **(Sales per Bexar County Clerk)**

In *Helena Chemical Company v. Wilkins*, 47 S.W.3d 486 (Tex. 2001) states:

> Recovery for lost profits does not require that the loss be susceptible to exact calculation. *Texas Instruments, Inc. v. Teletron Energy Mgmt., Inc.*, 877 S.W.2d 276, 279 (Tex. 1994). However, the injured party must do more than show that it suffered some lost profits. *Teletron Energy Mgmt., Inc.*, 877 S.W.2d at 279. The loss amount must be shown by competent evidence with reasonable certainty. *Szczepanik v. First S. Trust Co.*, 883 S.W.2d 648, 649 (Tex. 1994); *Holt Atherton Indus., Inc. v. Heine*, 835 S.W.2d 80, 84 (Tex. 1992). This is a fact-intensive determination. *Heine*, 835 S.W.2d at 84. At a minimum, opinions or lost-profit estimates must be based on objective facts, figures, or data from which the lost-profits amount may be ascertained. *Szczepanik*, 883 S.W.2d at 649; *Heine*, 835 S.W.2d at 84.

In a recent case *JP Morgan Chase Bank, N.A. v. Professional Pharmacy II*, 02-11-00373- CV (Tex.App.-Ft. Worth 12-31-2014) reiterates the same facts. Appellee did not provide any facts and documentation as per described in *Helena Chemical Company v. Wilkins, supra*

Therefore there is no evidence of lost profits.

20

# QUESTION 5.

The Jury did not have evidence in regards to Kahn held for Helvetia. Misappropriations of assets $721,166.00. see Response Question 2

# QUESTION 7.

The Jury did not have evidence that any damages were caused by Kahn's slander of Helvetia's title. There is no evidence of any lost profits by testimony of Guzman or Smith. In fact an increase of over $525, 000 income.

Helvetia did not suffer any damages any lost profits and continued normal operations. There is no evidence showing that there was any lost profits. The testimony of Adam Smith the Builder claimed that he had lost two sales in the period since the dispute. Adam Smith stated he had sold 20 lots in this period, and usually loses 10% of the sales that are not culminated. (2 lost lots sales) Thus there were no lost sales and no lost profits. Adam Smith did not provide any documentation to show that there was any lost profits. The calculation and non testimony of attorney powers showing a was profits by using Amanda Tidmore, the title closer is not competent evidence.

## QUESTION 9

The Jury did not have evidence for damages that Kahn's filing of a fraudulent court record.

Helvetia did not suffer any damages any lost profits and continued normal operations. There is no evidence showing that there was any lost profits. The testimony of Adam Smith the Builder claimed that he had lost two sales in the period since the dispute. Adam Smith stated he had sold 20 lots in this period, and usually loses 10% of the sales that are not culminated. (2 lost lots sales) Thus there were no lost sales and no lost profits. Adam Smith did not provide any documentation to show that there was any lost profits. The calculation and non testimony of attorney powers showing a was profits by using Amanda Tidmore, the title closer is not compete you evidence. The is no evidence for damages that Kahn's filing of a fraudulent court record.

## QUESTION 11

The Jury did not have evidence for exemplary damages due to the fact there were no actual damages that Kahn has caused per Questions 2, 5, 7, &9. **In** *Powers v. M. L.*, 14-09-00814-cv (Tex.App.-Houston [14th Dist.] 10-26-2010) states:

Section 41.004(a) of the Texas Civil Practice and Remedies Code precludes exemplary damages when no actual damages are awarded. Tex. Civ. Prac. & Rem. Code Ann. § 41.004(a) (West 2008); *see Avco Corp., Textron Lycoming Reciprocating Engine Div. of Avco Corp. v. Interstate Southwest, Ltd.*, 251 S.W.3d 632, 662 (Tex. App.-Houston [14th] 2007, pet. denied) (citing Tex. Civ. Prac. & Rem. Code Ann. § 41.004(a)) ("Exemplary damages are not available unless the plaintiff establishes that it sustained actual loss or injury as the result of an underlying tort."). Accordingly, we sustain appellant's first issue.[fn2]

## QUESTION 14

There being no actual damages, attorney fees are not applicable. In *Johnson Savage v. Fehrenkamp*, 03-05-00060-cv (Tex.App.-Austin 4-2-2009) states:

Precision Tune asserts that the attorneys' fee award was improper because there was no finding of the actual damages required to support such an award. We agree.

Therefore the attorney fees are not allowed.

## CONCLUSION OF ISSUE 2

This Appellate Court should reverse the trial court's judgment of June 11, 2014 and remand this case to the trial court for a new jury trial on the merits and not allow Collateral Estoppel from the Final Judgment and Sanction Order determining the ownership of the shares of Helvetia, because trial he court abused

23

its discretion by denying appellant's JNOV because the jury's answers were not based on the evidence presented.

## ISSUE 3

THE COURT ABUSED ITS DISCRETION BY NOT ALLOWING ANY APPELLANT'S WITNESSES TO GIVE TESTIMONY DUE TO LACK OF DETAIL IN DISCLOSURE FILED 6 DAYS BEFORE TRIAL.

Appellee filed a motion to exclude witnesses on May 6, 2014 **2CR 230** complaining that disclosing over fifty new witness on the eve of trial and giving nothing but a telephone number is trial by ambush. This is another **LIE** by Appellee state to the court because Appellant filed this same list in January, 2014,and again in March 31, 2014 . Each witness as a brief description (mainly their title of who they are and from that title a connection to the project is shown . Appellee had ample time to complain but chose to ambush Appellant. Tex. Civ. P. 194.2 (e) the name address telephone number of persons having knowledge of relevant facts and a brief statement of each identified person connection to the case with the case. The trial court ruled that the description was insufficient. 5 **RR 87**

The court abused its discretion by not allowing Appellant time to respond to Appellee's claim of no knowledge which was another LIE.

The witness Tracy Plumber, Court Reporter was discussed in Defendants Demand To Return Original Documents. The only original document was

24

allowed by request because of other investigations and document, Exhibit 39 was specially marked as Exhibit 39-O **Supp.A 4RR 22** , consisting of a transmittal and instruction letter, By Laws and the Minutes Of The Organizational Meeting Of The Board Of Directors Of Helvetia Asset Inc. A For Profit Corporation dated August 8, 2007 **Supp.A 1EXH 381.**

The original document of the handwritten self serving wiring instructions **Supp.A 1EXH 32,** that was not sent to anyone was replaced by Appellee without permission and not specially marked. The question was when the document was signed and ink dating.

The possible witness FBI Agent Jenson who investigated Kahn due to Appellee's false claim that Appellant stole $400,000. The possible rebuttal of this witness in light of Appellant filing a complete accounting total compilation **E1 CR 1-32** which shows that Appellant is owed over $77,000.

In *Oscar Luis Lopez v. Madel. of Texas*, 200 S.W.3d 854 (Tex.App.-Dallas 2006) states:

> "Further, it would increase the opportunities for parties
> — both plaintiff and defendant — to "sandbag" each
> other in hopes of a favorable trial outcome based on the
> disfavored practice of "trial by ambush." Accordingly,
> we reverse the trial court's final judgment and remand

25

this cause for further proceedings consistent with this opinion."

In *McCraw v. Maris*, 828 S.W.2d 756 (Tex. 1992) states:

> For the exclusion of evidence to constitute reversible error, the complaining party must show (1) that the trial court committed error and (2) that the error was reasonably calculated to cause and probably did cause rendition of an improper judgment. *Gee v. Liberty Mut. Ins. Co.*, 765 S.W.2d 394, 396 (Tex. 1989); TEX.R.APP.P. 81(b)(1).

## CONCLUSION OF ISSUE 3

This Appellate Court should reverse the trial court's judgment of June 11, 2014 and remand this case to the trial court for a new jury trial on the merits and not allow Collateral Estoppel from the Final Judgment and Sanction Order determining the ownership of the shares of Helvetia, because trial he Court abused its discretion by not allowing any appellant's witnesses to give testimony due to lack of detail in disclosure filed 6 days before trial.

## ISSUE 4

THE COURT ABUSED ITS DISCRETION BY STRIKING DEFENDANTS' FIRST AMENDED ORIGINAL ANSWER TO PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND APPLICATION FOR PERMANENT INJUNCTION RELIEF, AFFIRMATIVE DEFENSES, VERIFIED DENIALS, THIRD PARTY CLAIMS, AND MOTION TO SHOW AUTHORITY. **Supp.C 1CR1**

Appellee filed special exceptions on May 6, 2014. **Supp.D  1CR 1**

Appellee Complained paragraph 3, that will a Kahn has no authority to represent Helvetia and Paradiv Corporation because Kahn is not a licensed attorney. Kahn agrees to that special exception.

Appellee Complained paragraph 4.

"4. To the extent the confusing allegations could be construed as some sort of trial of right to property with respect to the stock of Helvetia, that dispute is between Mr. Kahn and Puerto Verde, Ltd., the real owner of Helvetia. Mr. Kahn has not sued Puerto Verde, Ltd., who is clearly an indispensable party in any dispute concerning the ownership of stock. Accordingly, if this were such a claim being asserted, it cannot be asserted for lack of an indispensable party."

These special exceptions forced Appellant to file an amended answer eliminating Paradiv and include Puerto Verde as to defendant an indispensable party. This again is trial by ambush. See Issue 3

The court found that the special sections did not require a repleading of the answer. **2RR14 ."** THE COURT: … Now, I don't find that the first amended original answer is in any way tied to special exceptions or elicited by special

exceptions. There's no question under the rules that it. is untimely filed. It is stricken. That's the first thing. It is stricken."

## CONCLUSION OF ISSUE 4

This decision was an abuse of discretion. The Special Exceptions forced Appellant to Answer. The elimination of the amended answer did not allow Appellant to bring in any evidence regarding Joabert and or Royal Crest subdivision which was the main purpose of all the work and investment for all those years. This ruling eliminated Appellant from having a defense and a fair trial and is cause for this Honorable Appellate Court should reverse the trial court's judgment of June 11 , 2014 and remand this case to the trial court for a new jury trial on the merits and not allow Collateral Estoppel from the Final Judgment and Sanction Order determining the ownership of the shares of Helvetia.

## ISSUE 5

THE COURT ABUSED ITS DISCRETION BY GRANTING APPELLEE'S MOTION TO EXCLUDE EVIDENCE OR ALTERNATIVELY MOTION IN LIMINE ON ALL ITEMS AND SUSTAINING ALL APPELLEE'S OBJECTIONS. EACH ITEM OBJECTION FROM APPELLEE WAS SUSTAINED AND DEPRIVED APPELLANT AN OPPORTUNITY TO DEFEND HIMSELF.

This issue is moot, if this Honorable Appellate Court sustains any of the previous issues. If it affirms all previous issues then the claim that Appellant was not allowed present financial documentation when Appellee was allowed to present to the jury partial incomplete and out of context financial data. This allowed an unfair trail and should A copulation of the financial data is in the Appendix as **Exhibit A**.

## CONCLUSION

This Appellate Court should reverse the trial court's judgment of June 11, 2014 and remand this case to the trial court for a new jury trial on the merits based on any one of the 5 issues presented.

## PRAYER

For the reasons, Appellant prays that this Honorable Court of Appeals reverse the trial court's judgment of June 11 , 2014 and remand this case to the trial court for a new jury trial on the merits and not allow Collateral Estoppel from the Final Judgment and Sanction Order determining the ownership of the shares of Helvetia.

Respectfully submitted,

Burton Kahn. Pro-se
1706 Alpine Cir.,
San Antonio, TX 78248
glentrail@yahoo.com

29

## CERTIFICATE OF COMPLIANCE

Based on a word count run in Microsoft Word 2010, this brief contains

6,388 words, excluding the caption, identity of the parties and counsel, statement regarding oral argument, table of contents, index of authorities, statement of the

case, statement of issues presented, citations to record, signature, proof of service, certificate of compliance, and appendix, pursuant to Tex. R. App. P. 9.4.

Burton Kahn Pro-se

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion was served on Appellee, Helvetia Asset Recovery Inc. through counsel of record on February 5, 2015.by

Via Email Lisa. Barkley@ haynesboone.com
Haynes and Boone LLP
Lisa Barkley
112 E. Pecan St. Suite 1200
San Antonio, TX 78205 - 1524

Via E-mail Werner.Powers@hayneshoone.com
Werner A. Powers
Natalie DuBose
Haynes & Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219

Burton Kahn

**STATE OF TEXAS** §

**BEXAR COUNTY** §

## <u>VERIFICATION</u>

Before me, the undersigned notary on this day personally appeared Burton Kahn the affiant, a person whose identity is known to me. After I administered the oath to affiant, affiant testified:

"My name is Burton Kahn I am overv18 years of age, sound mind, and capable of making this affidavit I have read the brief attached hereto. The facts stated in a within my personal knowledge and are true and correct."

Burton Kahn

Sworn to and subscribed before me by Burton Kahn on February 4, 2015

GILBERT FRAGA, JR.
Notary Public
State of Texas
My Comm. Exp. 12-06-2016

Notary Public in and for
the State of Texas

My commission expires 12\06\16

31

# **APPENDIX**

A. FINAL JUDGMENT AND JURY CHARGE
B. TEX. CIV. PRAC. & REM. CODE §10.001(2)
C. FIINACIAL RECORDS TABULATION

# EXHIBIT A



NO. 2013-CI-18355

| | | |
|---|---|---|
| HELVETIA ASSET RECOVERY, INC. | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| BURTON KAHN and | § | |
| PARADIV CORPORATION, | § | |
| | § | 37 |
| *Defendants.* | § | 4̶0̶7̶th JUDICIAL DISTRICT |

## FINAL JUDGMENT

On May 12, 2014, the Court called this case for trial. Plaintiff Helvetia Asset Recovery, Inc. appeared through its attorneys and announced ready for trial. Defendant Burton Kahn appeared in person pro se and announced ready for trial. Defendant Paradiv Corporation did not appear except through its director and officer, Burton Kahn, who is not licensed to practice law in this state. The Court then empanelled and swore a jury consisting of twelve qualified jurors, and the case proceeded to trial. At the close of the evidence, the Court submitted questions, definitions, and instructions to the jury. On May 21, 2014, the jury returned its verdict. The Charge of the Court and the jury's verdict are attached hereto and are incorporated herein by reference. This Final Judgment expressly incorporates all findings of the jury for all purposes.

The jury's verdict was received, filed and entered of record. Plaintiff moved for judgment on the verdict, and the Court, having considered the pleadings, the evidence, the jury verdict, and the applicable law, hereby renders Final Judgment on the verdict (the "Judgment") as follows:

It is ORDERED and DECREED that Plaintiff is declared the owner of the funds in the registry of the Court that were deposited by Defendants pursuant to the Temporary Injunction

FINAL JUDGMENT

Page 1

previously entered herein, and that totaled, at the time of disbursement, the amount of $291,453.61.

It is further ORDERED that Plaintiff recover from Defendants Burton Kahn and Paradiv Corporation the sum of $854,166 in actual damages, plus pre-judgment interest from November 4, 2013, at the rate of $117.01 per day until the day before this Judgment is signed.

It is further ORDERED that Defendants receive a credit for sums Plaintiff received from the registry of the Court in the amount of $291,453.61, said credit to be applied against the actual damages and accrued interest as of the date the Judgment is signed.

It is further ORDERED that Plaintiff recover from Defendant Burton Kahn exemplary damages in the sum of $900,000.

It is further ORDERED and DECREED that Plaintiff recover its reasonable attorneys' fees as allowed by the Texas Declaratory Judgment Act and pursuant to Chapter 12 of the Texas Civil Practice & Remedies Code, § 12.002(b)(3).

It is further ORDERED that Plaintiff recover from Defendants Burton Kahn and Paradiv Corporation attorneys' fees in the sum of $280,000. In the event of an appeal to the court of appeals, Plaintiff, if successful, shall recover an additional $20,000 in fees, and, if another appeal is sought, Plaintiff shall recover another $10,000 in fees.

It is further ORDERED that Plaintiff recover all costs of court.

It is further ORDERED that Plaintiff recover on all amounts awarded herein post-judgment interest at the highest lawful rate allowed by law as of the date of this Judgment until paid.

It is further ORDERED that all amounts awarded herein, other than exemplary damages, are jointly and severally owed by Defendants Burton Kahn and Paradiv Corporation.

FINAL JUDGMENT                                                                                    Page 2

It is further ORDERED that Burton Kahn deliver and deposit into the registry of this Court within the next 30 days any sums that he was previously ordered to deposit into the registry of the Court and did not.

It is further ORDERED that Burton Kahn be and he is permanently enjoined from conducting business in the name of the Plaintiff or in any way interfering with Plaintiff's business activities, including but not limited to Plaintiff's sales of lots in the Key Largo subdivision, based on any fact or circumstance that exists as of the date this Judgment is entered or which has ever existed in the past.

It is further ORDERED that all writs and processes necessary or appropriate for the enforcement or collection of this Judgment or the costs of court may issue as necessary.

All relief requested in this case and not expressly granted is denied. This Judgment finally disposes of all claims and all parties and is an appealable Final Judgment.

SIGNED this _11_ day of _June_, 2014.

_Michael E. Mery_
JUDGE PRESIDING

D-2273499_2

# EXHIBIT A



CAUSE NO. 2013-CI-18355

| | | |
|---|---|---|
| HELVETIA ASSET RECOVERY, INC., | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | BEXAR COUNTY, TEXAS |
| | § | |
| BURTON KAHN and | § | |
| PARADIV CORPORATION, | § | |
| Defendants. | § | 407TH JUDICIAL DISTRICT |

## JURY CHARGE

LADIES AND GENTLEMEN OF THE JURY:

After the closing arguments, you will go to the jury room to decide the case, answer the questions that are attached, and reach a verdict. You may discuss the case with other jurors only when you are all together in the jury room.

### Remember my previous instructions:

Do not discuss the case with anyone else, either in person or by any other means.

Do not do any independent investigation about the case or conduct any research.

Do not look up any words in dictionaries or on the Internet.

Do not post information about the case on the Internet.

Do not share any special knowledge or experiences with the other jurors.

Do not use your phone or any other electronic device during your deliberations for any reason.

### Here are the instructions for answering the questions:

1.     Do not let bias, prejudice or sympathy play any part in your decision.

2.     Base your answers only on the evidence admitted in court and on the law that is in these instructions and questions. Do not consider or discuss any evidence that was not admitted in the courtroom.

3.     You are to make up your own mind about the facts. You are the sole judges of the credibility of the witnesses and the weight to give their testimony. But on the matters of law, you must follow all my instructions.

JURY CHARGE

Page 1

Document
scanned as filed.

4. If instructions use a word in a way that is different from its ordinary meaning, use the meaning I give you, which will be a proper legal definition.

5. All the questions and answers are important. No one should say that any question or answer is not important.

6. Answer "Yes" or "No" to all questions unless you are told otherwise. A "Yes" answer must be based on a preponderance of the evidence (unless you are told otherwise). Whenever a question requires an answer other than "Yes" or "No," your answer must be based on a preponderance of the evidence (unless you are told otherwise).

The term "preponderance of the evidence" means the greater weight of credible evidence presented in this case. If you do not find a preponderance of the evidence supports a "Yes" answer, then answer "No." A preponderance of the evidence is not measured by the number of witnesses or by the number of documents admitted in evidence. For a fact to be proved by a preponderance of the evidence, you must find that the fact is more likely true than not true.

7. Do not decide who you think should win before you answer the questions and then just answer the questions to match your decision. Answer each question carefully without considering who will win. Do not discuss or consider the effect your answers will have.

8. Do not answer questions by drawing straws or by any method of chance.

9. Some questions might ask you for a dollar amount. Do not agree in advance to decide on a dollar amount by adding up each juror's amount and then figuring the average.

10. Do not trade your answers. For example, do not say, "I will answer this question your way if you answer another question my way."

11. The answers to the questions must be based on the decision of at least ten of the twelve jurors. The same ten jurors must agree on every answer. Do not agree to be bound by a vote of anything less than ten jurors, even if it would be a majority.

As I have said before, if you do not follow these instructions, you will be guilty of juror misconduct, and I might have to order a new trial and start this process over again. This will waste your time and the parties' money, and would require the taxpayers of this county to pay for another trial. If a juror breaks any of these rules, tell that person to stop and report it to me immediately.

## Presiding Juror

1.     When you go into the jury room to answer the questions, the first thing you will need to do is choose a Presiding Juror.

2.     The Presiding Juror has these duties:

     a.   Have the complete charge read aloud if it will be helpful to your deliberations;

     b.   Preside over your deliberations, meaning manage the discussions and see that you follow these instructions;

     c.   Give written questions or comments to the bailiff who will give them to the judge;

     d.   Write down the answers you agree on;

     e.   Get the signatures for the verdict certificate, and

     f.   Notify the bailiff that you have reached a verdict.

Do you understand the duties of the Presiding Juror? If you do not, please tell me now.

## Instructions for Signing the Verdict Certificate

1.     You may answer the questions on a vote of ten jurors. The same ten jurors must agree on every answer in the charge. This means you may not have one group of ten jurors agree on one answer and a different group of ten jurors agree on another answer.

2.     If ten jurors agree on every answer, those ten jurors sign the verdict.

3.     If eleven jurors agree on every answer, those eleven jurors sign the verdict.

4.     If all twelve of you agree on every answer, you are unanimous and only the Presiding Juror signs the verdict.

5.     All jurors should deliberate on every question. You may end up with all twelve of you agreeing on some answers, while only ten or eleven of you agree on other answers. But when you sign the verdict, only those ten who agree on every answer will sign the verdict.

Do you understand these instructions? If you do not, please tell me now.

_Michael E. Mery_
JUDGE PRESIDING

## DEFINITIONS

You are instructed to use the following definitions when the defined words appear in specific questions or instructions.

1. "Helvetia" refers to the Plaintiff Helvetia Asset Recovery; Inc.

2. "Puerto Verde" refers to Helvetia's sole shareholder, which is in turn wholly owned by Robert Ripley.

3. ~~K~~ *KAM* "Kahn" refers to Defendant Burton Kahn.

4. ~~P~~ *MEM* "Paradiv" refers to Defendant Paradiv Corporation

5. The "Rule 11 Agreement" refers to the document titled "Rule 11 Agreement" and dated November 15, 2013. The Rule 11 Agreement is part of the evidence admitted by the Court and is labeled Plaintiff's Ex. 35.

Did Kahn fail to comply with his fiduciary duty to Helvetia?

You are instructed that Kahn owed a fiduciary duty to Helvetia to conduct its affairs in the best interest of its sole shareholder, Puerto Verde, which was wholly owned by Robert Ripley.

Further, Kahn was obligated to place Helvetia's interests ahead of his own and not to use his position for his personal gain at the expense of Helvetia.

Further, a fiduciary owes a duty of utmost loyalty, honesty, good faith and fairness.

Further, when one enters into a fiduciary relationship, he consents as a matter of law to have his conduct measured by higher ethical standards than the standards that apply to parties who are not in a fiduciary relationship.

Answer "Yes" or "No": _____Yes_____

QUESTION NO. 2

If you answered "Yes" to Question No. 1, then answer the following question. Otherwise, do not answer the following question.

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Helvetia for its damages, if any, that were proximately caused by the conduct you found in answer to Question No. 1?

Answer in dollars and cents, if any:

1.   Misappropriation, if any, of assets:    $ 721,166

2.   Lost profits, if any:    $ 133,000

## QUESTION NO. 3

Is Kahn responsible for the conduct of Paradiv Corporation?

You are instructed that Kahn is responsible for the conduct of Paradiv if Kahn used Paradiv as a means of perpetrating a fraud for the direct personal benefit of Kahn.

"Fraud" in this context means the breach of some legal or equitable duty, such as a fiduciary duty.

Answer "Yes" or "No:"   _YES_

## QUESTION NO. 4

Did Kahn hold money which, in equity and good conscience, belonged to Helvetia?

Answer "Yes" or "No:"    Yes

## QUESTION NO. 5

If you answered "Yes" to Question No.4, then answer the following question. Otherwise, do not answer the following question.

What sum of money, if any, do you find that Kahn held that belonged to Helvetia?

Answer in dollars and cents, if any.

Amount:    $ _721,166_

## QUESTION NO. 6

Did Kahn slander Helvetia's title to lots in the "Key Largo" subdivision?

You are instructed that slander of title means a person acted deliberately and without reasonable cause to publish false and disparaging words about Helvetia's title to the "Key Largo" subdivision lots, thereby causing a specific loss of a sale or sales.

Answer "Yes" or "No:"     Yes

## QUESTION NO. 7

If you answered "Yes" to Question No. 6, then answer the following question. Otherwise, do not answer the following question.

What damages, if any, do you find were caused by Kahn's slander of Helvetia's title to the "Key Largo" subdivision lots?

You are instructed that the amount of damages, if any, to be awarded should be those damages which would compensate Helvetia for the loss of any sale(s) suffered as a result of the slander of title.

Answer in dollars and cents, if any.

Amount:     $ 133,000

## QUESTION NO. 8

Did Kahn file a fraudulent court record or claim against real property owned by Helvetia?

You are instructed that a fraudulent court record or claim means it was filed:

    (1) with knowledge that it was fraudulent,

    (2) with the intent that it be given legal effect as a court record or document evidencing a valid claim or interest in real property, and

    (3) with the intent to cause physical injury, financial injury, or mental anguish or emotional distress.

Answer "Yes" or "No:"    Yes

JURY CHARGE

## QUESTION NO. 9

If you answered "Yes" to Question No. 8, then answer the following question. Otherwise, do not answer the following question.

What damages, if any, do you find were caused by Kahn's filing of a fraudulent court record or claim against property owned by Helvetia?

Answer in dollars and cents, if any.

Amount:      $ _133,000_

## QUESTION NO. 10

Answer the following only if you unanimously answered "Yes" to Question No. 1 or Question No. 3.

Do you find by clear and convincing evidence that Kahn committed the conduct you found in answer to Question No. 1 or Question No. 3 either maliciously, fraudulently or through gross neglect?

To answer "Yes" to this question your answer must be unanimous. You may answer "No" if ten or more of you answer "No." Otherwise, do not answer the question at all.

You are instructed that "clear and convincing evidence" means the degree of proof that produces a firm belief or conviction of the truth of the allegations sought to be established.

"Malice" means a specific intent by a person to cause substantial injury or harm to Helvetia.

Answer "Yes" or "No:"    YES

## QUESTION NO. 11

Answer the following question only if you unanimously answered "Yes" to Question No. 10. Otherwise do not answer the following question.

You are instructed that the answer for this question must be unanimous. Otherwise, do not answer this question.

What sum of money, if any, do you find by clear and convincing evidence, if paid now in cash, should be awarded to Helvetia as exemplary damages, if any.

> You are instructed that "exemplary damages" means an amount that you may in your discretion award as a penalty by way of punishment.
>
> Factors to be considered in awarding exemplary damages, if any, are:
>
> > (1) the nature of the wrong;
> >
> > (2) the character of the conduct involved;
> >
> > (3) the degree of culpability;
> >
> > (4) the situation and sensitivities of the parties concerned;
> >
> > (5) the extent to which such conduct offends the public sense of justice and propriety;
> >
> > (6) the Defendant's net worth.
>
> Answer in dollars and cents, if any.

Amount: $ _900,000_

## QUESTION NO. 12

Answer the following question only if you unanimously answered "Yes" to Question No. 11. Otherwise do not answer the following question.

You are instructed that the answer for this question must be unanimous. Otherwise, do not answer this question.

Do you find, by clear and convincing evidence, that Kahn committed theft, if any, of property valued at $20,000 or greater?

> You are instructed that "theft" means that a person unlawfully appropriates property with the intent to deprive the owner of the property. Appropriating property is unlawful if it is without the owner's effective consent.
>
> > A person acts with intent with respect to the nature of his conduct or to a result of his conduct when it is the conscious objective or desire to engage in the conduct or cause the result.
> >
> > "Deprive" means to withhold property from the owner permanently or for so extended a period of time that a major portion of the value or enjoyment of the property is lost to the owner.
> >
> > "Owner" means one who has title to the property, possession of the property, whether lawful or not, or a greater right to possession of the property than Kahn or Paradiv.
> >
> > "Property" means: (a) real property; (b) tangible or intangible personal property, including anything severed from land; or (c) a document, including money, that represents or embodies anything of value.
> >
> > "Consent" means assent in fact, whether express or implied.
> >
> > "Effective consent" includes consent by a person legally authorized to act for the owner. Consent is not effective if induced by deception or coercion.

Answer "Yes" or "No:"   **YES**

<u>QUESTION NO. 13.</u>

Answer the following question only if you unanimously answered "Yes" to Question No. 11. Otherwise do not answer the following question.

You are instructed that the answer for this question must be unanimous. Otherwise, do not answer this question.

Do you find, by clear and convincing evidence, that Kahn:

    A. intentionally misapplied the following owned by Helvetia in a manner that involved substantial risk of loss to Helvetia:

        a. money, or

        b. lots in the "Key Largo" subdivision; and

    B. that the value of the money or lots was $1,500 or greater?

> You are instructed that "misapply" means a person deals with property or money contrary to an agreement under which the person holds the property or money.
>
> Also, "substantial risk of loss" means it is more likely than not that loss will occur.
>
> A person acts with intent with respect to the nature of his conduct or to a result of his conduct when it is the conscious objective or desire to engage in the conduct or cause the result.

Answer "Yes" or "No:"    Yes

## QUESTION NO. 14

What is a reasonable fee for the necessary services of Helvetia's attorneys in this case?

In determining a reasonable and necessary fee you may consider the following factors:

- the time and labor involved;
- the novelty and difficulty of the questions involved;
- the skill required to perform the legal services properly;
- the likelihood that the acceptance of the particular employment will preclude other employment by the lawyer;
- the fee customarily charged in the locality for similar legal services;
- the amount involved and the results obtained;
- the time limitations imposed by the client or the circumstances;
- the nature and length of the professional relationship with the client;
- the experience, reputation, and ability of the lawyer or lawyers performing the services; and
- whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered.

Answer with an amount for each of the following:

a. For preparation and trial:                     Answer: $ _280,000_

b. For an appeal to the Court of Appeals:         Answer: $ _20,000_

c. For an appeal to the Supreme Court of Texas:   Answer: $ _10,000_

# VERDICT CERTIFICATE

Check one:

_____ Our verdict is unanimous. All twelve of us have agreed to each and every answer. The presiding juror has signed the certificate for all twelve of us.

_____
Signature of Presiding Juror

_____ Our verdict is not unanimous. Eleven of us have agreed to each and every answer and have signed the certificate below.

_____ Our verdict is not unanimous. Ten of us have agreed to each and every answer and have signed the certificate below.

Signature                                    Name Printed

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

JURY CHARGE

BY:
DEPUTY
14 MAY 21 PM 2:01
BEXAR COUNTY
DISTRICT CLERK
DONNA KAY McKINNEY
FILED

Document
scanned as filed.

Page 19

# EXHIBIT B

📁 Texas Statutes

📁 CIVIL PRACTICE AND REMEDIES CODE

📁 TITLE 2. TRIAL, JUDGMENT, AND APPEAL

📁 SUBTITLE A. GENERAL PROVISIONS

📁 CHAPTER 10. SANCTIONS FOR FRIVOLOUS PLEADINGS AND MOTIONS

## § 10.001 CIV. PRAC. & REM. Signing of Pleadings and Motions

The signing of a pleading or motion as required by the Texas Rules of Civil Procedure constitutes a certificate by the signatory that to the signatory's best knowledge, information, and belief, formed after reasonable inquiry:

(1) the pleading or motion is not being presented for any improper purpose, including to harass or to cause unnecessary delay or needless increase in the cost of litigation;

(2) each claim, defense, or other legal contention in the pleading or motion is warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law;

(3) each allegation or other factual contention in the pleading or motion has evidentiary support or, for a specifically identified allegation or factual contention, is likely to have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) each denial in the pleading or motion of a factual contention is warranted on the evidence or, for a specifically identified denial, is reasonably based on a lack of information or belief.

Added by Acts 1995, 74th Leg., ch. 137, § 1, eff. Sept. 1, 1995.

📁 Texas Statutes
📁 CIVIL PRACTICE AND REMEDIES CODE
📁 TITLE 2. TRIAL, JUDGMENT, AND APPEAL
📁 SUBTITLE A. GENERAL PROVISIONS
📁 CHAPTER 10. SANCTIONS FOR FRIVOLOUS PLEADINGS AND MOTIONS

## § 10.004 CIV. PRAC. & REM. Violation; Sanction

(a) A court that determines that a person has signed a pleading or motion in violation of Section 10.001 may impose a sanction on the person, a party represented by the person, or both.

(b) The sanction must be limited to what is sufficient to deter repetition of the conduct or comparable conduct by others similarly situated.

(c) A sanction may include any of the following:

(1) a directive to the violator to perform, or refrain from performing, an act;

(2) an order to pay a penalty into court; and

(3) an order to pay to the other party the amount of the reasonable expenses incurred by the other party because of the filing of the pleading or motion, including reasonable attorney's fees.

(d) The court may not award monetary sanctions against a represented party for a violation of Section 10.001(2).

(e) The court may not award monetary sanctions on its own initiative unless the court issues its order to show cause before a voluntary dismissal or settlement of the claims made by or against the party or the party's attorney who is to be sanctioned.

(f) The filing of a general denial under Rule 92, Texas Rules of Civil Procedure, shall not be deemed a violation of this chapter.

Added by Acts 1995, 74th Leg., ch. 137, § 1, eff. Sept. 1, 1995.

# EXHIBIT C

EXHIBIT C

BANK ACCOUNTS

Summation Sheets

YEARS 2010 thru 2013

Banks are Falcon International Bank and

Randolph Brooks Credit Union

1. Combined Balance Sheet-Helvetia Joabert and Contour

Helvetia Account

Balance **sheet for** Income and Expenses for year and for bank

Check register per year per bank from bank statements.   Information carried to Balance sheet.

Joabert Account

Balance **sheet for** Income and Expenses for year and for bank

Check register per year per bank from bank statements.   Information carried to Balance sheet.

Contour Account

Balance **sheet for** Income and Expenses for year and for bank

Check register per year per bank from bank statements.   Information carried to Balance sheet.

|  | BALANCE SHE | | | |
|---|---|---|---|---|
|  | CONTOUR | HELVETIA | JOABERT | TOTAL |
|  |  |  |  |  |
| SALES | 88,113.60 | 1,352,332.39 | 20,571.26 | 1,461,017.25 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TAX | 17,528.78 | 178,744.49 | 72,130.34 | 268,403.61 |
| JR | 82,303.01 | 55,085.06 | 24,000.00 | 161,388.07 |
| BK |  | 599,995.00 |  |  |
| UNKNOWN |  | 4,866.86 | 5,959.19 | 10,826.05 |
| SAVINGS |  |  |  |  |
| JOABERT 9721 |  |  |  |  |
| CONTOUR 2918 |  |  |  |  |
| CONTOUR RBFCU |  |  |  |  |
| HEL GOLD 7318 |  |  |  |  |
| HEL RBFCU |  |  |  |  |
| 4412 HEL |  |  |  |  |
| CONSTRUCTION | 459,296.90 | 23,052.53 |  | 482,349.43 |
| OFFICE EXPENSE | 4,018.81 | 10,809.37 | 62,515.25 | 77,343.43 |
| TRAIL 7318 |  | 123,000.00 |  | 123,000.00 |
| BANK CHARGES | 326.49 | 190.00 | 261.79 | 778.28 |
| PROFESSIONAL | 5,060.00 |  | 1,765.10 | 6,825.10 |
| ENG | 7,773.70 |  | 1,729.53 | 9,503.23 |
| INSURANCE | 30,088.49 |  |  | 30,088.49 |
| AUTO | 584.75 |  | 7,692.30 | 8,277.05 |
| IDEAL |  | 240,000.00 |  | 240,000.00 |
| TOTAL | 606,980.93 | 1,235,743.31 | 176,053.50 | 1,418,782.74 |
|  |  |  | SALES | 1,461,017.25 |
| DIFFERENCE |  |  | DIFF | (42,234.51) |
| INITIAL CK AMONT |  |  | JOABERT | 275.98 |
| END CK BALANCE |  |  | HELVETIA | 614.17 |
|  |  |  | JR STOLE | 22500.00 |
|  |  |  | BK ACCOUNT | -18844.36 |
|  |  | CONTOURS FEE | 10% | 48234.94 |
|  |  | CONTOURS OH | 10% | 48234.94 |
|  |  |  |  |  |
|  |  |  | DUE BK | 77625.52 |

# HELVETIA ACCOUNT

| | HELVETIA TOTALS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2010F | 2011F | 2012F | 2013F | 2012RB | 2013RB | SAVINGS | TOTALS | ADJ | ADJ TOALS |
| INCOME | | | | | | | | | | |
| | | | | | | | | | | |
| SALES | 38,927.86 | 108,954.47 | 387,118.55 | | 145,198.60 | 672,132.91 | | 1,352,332.39 | | 1,352,332.39 |
| UNK SOURSE | 786.00 | 287.34 | | | | 759.80 | | 1,833.14 | (1,833.14) | |
| BK | | | | | | 1,068.66 | 1,000.00 | 2,068.66 | (5,714.46) | (3,645.80) |
| 4412 HEL | | | 7,950.00 | | | | | 7,950.00 | (7,950.00) | |
| SAVINGS | | | | | 24,000.00 | 12,239.57 | 485,162.00 | 521,401.57 | (521,401.57) | |
| 7312 H GOLD | | | | | | | | | | |
| JOABERT 9721 | | | 40,000.00 | | | | | 40,000.00 | (40,000.00) | |
| DIV | | | | | 5.81 | 19.98 | 130.53 | 156.32 | | 156.32 |
| NAT | | | | | | | | | | |
| ALAMO | | | | | | | | | | |
| | | | | | | | | | | |
| TOTAL INCOME | 39,713.86 | 109,241.81 | 435,068.55 | | 169,204.41 | 686,220.92 | 486,292.53 | 1,925,742.08 | (576,899.17) | 1,348,842.91 |
| | | | | | | | | | | |
| OUTGOING | | | | | | | | | | |
| | | | | | | | | | | |
| TAX | 18,770.70 | | | | | 159,973.79 | | 178,744.49 | | 178,744.49 |
| JR | 12,000.00 | 20,000.00 | 13,577.06 | | 9,508.00 | | | 55,085.06 | | 55,085.06 |
| BK | 3,579.82 | | | | | 2,081.64 | 53.00 | 5,714.46 | (5,714.46) | |
| UNKNOWN | 2,700.00 | 4,000.00 | | | | | | 6,700.00 | (1,833.14) | 4,866.86 |
| SAVINGS | | | | | | 460,000.00 | | 460,000.00 | (521,401.57) | (61,401.57) |
| JOABERT 9721 | 2,400.00 | 5,400.00 | 153,692.43 | 5,000.00 | | | | 166,492.43 | (40,000.00) | 126,492.43 |
| CONTOUR 2918 | | 15,000.00 | 172,100.00 | | 120,000.00 | 50,000.00 | 110,000.00 | 467,100.00 | | 467,100.00 |
| | | | | | | | | | | |
| HEL GOLD 7312 | | | 150,000.00 | | | | | 150,000.00 | | 150,000.00 |
| | | | | | | | | | | |
| 4412 HEL | | | | 2,000.00 | | | 36,239.57 | 38,239.57 | (7,950.00) | 30,289.57 |
| CONSTRUCTION | | | | | 15,625.03 | 7,427.50 | | 23,052.53 | | 23,052.53 |
| OFFICE EXP | | | | | 50.00 | 10,759.37 | | 10,809.37 | | 10,809.37 |
| TRAIL 7318 | | | | 3,000.00 | | 20,000.00 | 100,000.00 | 123,000.00 | | 123,000.00 |
| BANK CHARGES | | 20.00 | 170.00 | | | | | 190.00 | | 190.00 |
| PROFESSIONAL | | | | | | | | | | |
| ENG | | | | | | | | | | |
| INSURANCE | | | | | | | | | | |
| AUTO | | | | | | | | | | |
| IDEAL | | | | | | | 240,000.00 | 240,000.00 | | 240,000.00 |
| TOTAL | 39,450.52 | 44,420.00 | 489,539.49 | 10,000.00 | 145,183.03 | 710,242.30 | 486,292.57 | 1,925,127.91 | (576,899.17) | 1,348,228.74 |
| | | | | | | | | | | |
| DIFFERENCE | 263.34 | 64,821.81 | (54,470.94) | (10,000.00) | 24,021.38 | (24,021.38) | | 614.17 | | 614.17 |
| INITIAL CK AMON | 0.00 | 263.34 | 65,085.15 | 10,614.21 | | 24,021.38 | | 0.00 | 614.17 | 614.17 |
| END CK BALANC | 263.34 | 65,085.15 | 10,614.21 | 614.21 | 24,021.38 | 0.00 | | 614.17 | 614.17 | (0.00) |
| BANK BALANCE | 263.34 | 65,085.15 | 10,614.21 | 614.21 | 24,021.38 | 0.00 | | | | |
| CONDITION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 614.17 | 614.17 | 0.00 |
| | | | | | | | | | | ERR |

| Date | AMOUNT | Payee | WIRE INCON | CLASS | Deposit | Who | Bank Charge | Interest | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | **HELVETIA FALCON** | | | | | | | |
| | | | | | | | | | |
| **2010** | | | | | | Original | Original | | |
| 01/01 | 1432.00 | TAX | | | 19259.60 | ADAM | | | 17827.60 |
| 01/01 | 1432.00 | TAX | | | | | | | 16395.60 |
| 01/01 | 1432.00 | TAX | | | | | | | 14963.60 |
| 01/01 | 1432.00 | TAX | | | | | | | 13531.60 |
| 01/01 | 1432.00 | TAX | | | | | | | 12099.60 |
| 01/01 | 1432.00 | TAX | | | | | | | 10667.60 |
| 01/01 | 1432.00 | TAX | | | | | | | 9235.60 |
| 01/01 | 1432.00 | TAX | | | | | | | 7803.60 |
| 01/01 | 1432.00 | TAX | | | | | | | 6371.60 |
| 01/01 | 1432.00 | TAX | | | | | | | 4939.60 |
| 01/01 | 1432.00 | TAX | | | | | | | 3507.60 |
| 01/01 | 1432.00 | TAX | | | | | | | 2075.60 |
| **01/01** | | TAX | | | | | | | 2075.60 |
| 02/01 | 1432.00 | TAX | | | | | | | 643.60 |
| 02/01 | | TAX | | | | | | | 643.60 |
| **02/01** | | | | | | | | | 643.60 |
| 03/01 | **154.70** | TAX | | | | | | | 488.90 |
| **03/01** | | | | | | | | | **488.90** |
| 04/01 | | | | | | | | | 488.90 |
| 04/27 | 2579.82 | TAX | BK TAX CERT TO BEX | | 19668.26 | ADAM | | | 17577.34 |
| **04/21** | **1000.00** | **9721** | | | | | | | **16577.34** |
| 05/05 | 12000.00 | TXPMR | | | 286.00 | UNK | | | 4863.34 |
| **05/05** | | | | | | | | | 4863.34 |
| ERR | | | | | | | | | 4863.34 |
| 07/01 | 1000.00 | 9721 | | | | | | | 3863.34 |
| 07/01 | | | | | | | | | 3863.34 |
| **07/01** | | | | | | | | | 3863.34 |
| 08/01 | 1000.00 | BK | | | | | | | 2863.34 |
| **08/01** | | | | | | | | | **2863.34** |
| 09/01 | | | | | | | | | 2863.34 |
| 09/01 | | | | | | | | | 2863.34 |
| 10/01 | 2700.00 | JOABERT 9721 | | | | | | | 163.34 |
| 11/01 | | | | | | | | | 163.34 |
| 12/01 | 400.00 | 9721 | | | 500.00 | UNK | | | 263.34 |
| 12/01 | | | | | | | | | 263.34 |
| ERR | 39450.52 | | | | 39713.86 | | | | 197533.74 |
| | | | | | **263.34** | | | | |
| | | | | | 39713.86 | 39713.86 | | | |
| | | | | | | | | | |
| | | | | | | 38927.86 | income | | |
| | | | | | | 786.00 | UNK | | |
| | | | | | | | BK ADV | | |
| | | | | | | 39713.86 | TOTAL INCOME | | |
| | | | | | | | | | |
| | | | | | | | EXPENSES | | |
| | | | | | | 21350.52 | TAX | | |
| | | | | | | 12000.00 | JR | | |
| | | | | | | | UNK | | |
| | | | | | | 5100.00 | 9721` | | |
| | | | | | | 1000.00 | BK | | |
| | | | | | | | | | |
| | | | | | | 39450.52 | | | |
| | | | | | | 39450.52 | | | |
| | | | | | | -0.00 | | | |

| Date | AMOUNT | Payee | WIRE INCOM | CLASS | Deposit | Who | Bank Charge | Interest | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | HELVETIA FALCON | | | | | | | |
| | | | | | | | 0.00 | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| 2011 | | | | | 0.00 | Original | Original | | 263.34 |
| 01/01 | | | | | | | | | 263.34 |
| 01/01 | | | | | | | | | 263.34 |
| 01/01 | | | | | | | | | 263.34 |
| 01/01 | | | | | | | | | 263.34 |
| 01/01 | | | | | 20152.13 | SALE | | | 20415.47 |
| 01/01 | | | | | | | | | 20415.47 |
| 01/01 | | | | | | | | | 20415.47 |
| 01/01 | | | | | | | | | 20415.47 |
| 01/01 | | | | | | | | | 20415.47 |
| 01/01 | | | | | | | | | 20415.47 |
| 01/01 | | | | | | | | | 20415.47 |
| 01/01 | | | | | | | | | 20415.47 |
| 01/01 | | | | | | | | | 20415.47 |
| 02/01 | 20000.00 | JLR | | | | | | | 415.47 |
| 02/01 | 400.00 | 9721 | | | | | | | 15.47 |
| 02/01 | | | | | | | | | 15.47 |
| 03/01 | | | | | | | | | 15.47 |
| 03/01 | | | | | | | | | 15.47 |
| 04/01 | | | | | 287.34 | CASH | | | 302.81 |
| 04/01 | | | | | | | | | 302.81 |
| 04/01 | | | | | | | | | 302.81 |
| 05/01 | | | | | | | | | 302.81 |
| 05/01 | | | | | | | | | 302.81 |
| 05/01 | | | | | | | | | 302.81 |
| 05/01 | | | | | | | | | 302.81 |
| 05/01 | | | | | | | | | 302.81 |
| 06/01 | | | | | | | | | 302.81 |
| 07/01 | | | | | 21195.89 | AS | 10.00 | | 21488.70 |
| 07/01 | | | | | | | | | 21488.70 |
| 07/01 | | | | | | | | | 21488.70 |
| 07/01 | | | | | | | | | 21488.70 |
| 07/01 | | | | | | | | | 21488.70 |
| 07/01 | | | | | | | | | 21488.70 |
| 07/01 | | | | | ER | | | | 21488.70 |
| 08/01 | | | | | | | | | 21488.70 |
| 08/01 | 4000.00 | YNKNOWN | | | 21915.49 | ERROR | 10.00 | | 39394.19 |
| 09/01 | | | | | | | | | 39394.19 |
| 09/01 | | | | | | | | | 39394.19 |
| 10/01 | 15000.00 | 2918 | | | | | | | 24394.19 |
| 11/01 | 5000.00 | 9721 | | | | | | | 19394.19 |
| 12/01 | | | | | 22845.48 | NATFG | | | 42239.67 |
| 12/01 | | | | | 22845.48 | NATFG | | | 65085.15 |
| 2013 | | | | | | | | | |
| 2013 | | | | | | | | | |
| 2013 | | | | | | | | | |
| 2013 | 44400.00 | 22360.00 | 0.00 | 0.00 | 109241.81 | | 20.00 | 0.00 | |
| | | | | INCOME | | | | | |
| | | | | INCOME | 108954.47 | | | | |
| | | | | UNK ADD | 287.34 | | | | |
| | | | | TOTAL | 109241.81 | | | | |
| | | | | ORIGINAL | 263.34 | | | | |
| | | | | TOTAL IN | 109505.15 | | | | |
| | | | | SPENT | 15000.00 | 2918 | | | |
| | | | | | 5400.00 | 9721 | | | |
| | | | | | 20000.00 | JR | | | |
| | | | | | 4000.00 | UNK | | | |
| | | | | | 44400.00 | | | | |
| | | | | | 20.00 | BCHARGE | | | |
| | | | | SPENT | 44420.00 | | | | |
| | | | | CAL CK | 65085.15 | | | | |
| | | | | ACTUAL | 65085.15 | | | | |

| | | HELVETIA FALCON | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Check No | Payee | WIRE INCO | CLASS | Deposit | Who | Bank Cha | Interest | Balance |
| | | | | | | | | | |
| | | | | | | | | | |
| 2012 | | | | | | Original | Original | | 65085.15 |
| 01/01 | | A | 20442.82 | | | | | | 85527.97 |
| 01/01 | | F | 22834.95 | | | | | | 108362.92 |
| 01/01 | | A | 28030.65 | | | | 10.00 | | 136383.57 |
| 01/01 | | F | 47205.62 | | | | 10.00 | | 183579.19 |
| 01/01 | 1694.28 | 9,721.00 | | | | | 10.00 | | 181874.91 |
| 01/01 | 2870.48 | 9,721.00 | | | | | | | 179004.43 |
| 01/01 | 43919.65 | 9,721.00 | | | | | | | 135084.78 |
| 01/01 | 257.82 | 9,721.00 | | | | | | | 134826.96 |
| 01/01 | 712.39 | 9,721.00 | | | | | | | 134114.57 |
| 01/01 | 1237.81 | 9,721.00 | | | | | | | 132876.76 |
| 01/01 | 4000.00 | 9,721.00 | | | | | | | 128876.76 |
| 01/01 | 12000.00 | 9,721.00 | | | | | | 10.00 | | 116866.76 |
| 01/01 | 14000.00 | 2,918.00 | | | | | | | 102866.76 |
| 02/01 | | A | 30414.16 | | | | 10.00 | | 133270.92 |
| 02/01 | | F | 23548.50 | | 3850.00 | 4412.00 | 10.00 | | 160659.42 |
| 02/01 | 4000.00 | 9,721.00 | | | | | | | 156659.42 |
| 03/01 | 150000.00 | 7,312.00 | | | | | | | 6659.42 |
| 03/01 | 1500.00 | 2,918.00 | | | | | | | 5159.42 |
| 04/01 | | F | 47104.77 | | | | 10.00 | | 52254.19 |
| 04/01 | | A | 28457.90 | | | | 10.00 | | 80702.09 |
| 04/01 | 6600.00 | 2,918.00 | | | | | | | 74102.09 |
| 05/01 | | F | 47153.62 | | | | 10.00 | | 121245.71 |
| 05/01 | | F | 23616.86 | | | | 10.00 | | 144852.57 |
| 05/01 | | F | 23616.86 | | | | 10.00 | | 168459.43 |
| 05/01 | | F | 23633.49 | | | | 10.00 | | 192082.92 |
| 05/01 | 3000.00 | 9,721.00 | | | | | | | 189082.92 |
| 06/01 | | | 21058.35 | | | | 10.00 | | 210131.27 |
| 06/01 | 5000.00 | 9,721.00 | | | | | | | 205131.27 |
| 06/01 | 20000.00 | 9,721.00 | | | 20000.00 | 9721.00 | | | 205131.27 |
| 06/01 | 20000.00 | 9,721.00 | | | 20000.00 | 9721.00 | | | 205131.27 |
| 06/01 | 20000.00 | 9,721.00 | | | | | | | 185131.27 |
| 07/01 | 150000.00 | 2,918.00 | | | | | | | 35131.27 |
| 07/01 | | | | | | | | | 35131.27 |
| 07/01 | | | | | | | | | 35131.27 |
| 08/01 | 5000.00 | 9,721.00 | | | | | | | 30131.27 |
| 08/01 | 9500.00 | JLR | | | | | 40.00 | | 20591.27 |
| 09/01 | 4077.06 | JLR | TXPMR | | | | | | 16514.21 |
| 09/01 | 10000.00 | 9,721.00 | | | 4100.00 | 4412.00 | | | 10614.21 |
| 10/01 | | | | | | | | | 10614.21 |
| 11/01 | | | | | | | | | 10614.21 |
| 12/01 | | | | | | | | | 10614.21 |
| 12/01 | | | | | | | | | 10614.21 |
| | 489369.49 | | 387118.55 | | 47950.00 | | 170.00 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| HELVETIA | | 4.412.00 | | 387,118.55 | income | | | | |
| JOABERT | 153692.43 | 9,721.00 | | 40,000.00 | 9721.00 | | initial | | |
| HEL GOL | 172100.00 | 2,918.00 | | 7,950.00 | 4412 HEL | | | | |
| | 13577.06 | JLR | | 435,068.55 | TOTAL | | | | |
| | 150000.00 | 7,312.00 | | 489,369.49 | SPENT | | | | |
| | | | | 170.00 | BC | | | | |
| | 489369.49 | TOTAL EXP | | 489,539.49 | TOTAL SPENT | | | | |
| | | in and out | 9721 | (54,470.94) | BAL | | | | |
| | | | | 65,085.15 | INITIAL | | | | |
| | | | OK | 10,614.21 | BANK STATEMENT | | | | |

| Date | AMOUNT | Payee | WIRE INCOM | CLASS | Deposit | Who | Bank Charge | Interest | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | HELVETIA FALCON | | | | | | | | |
| | | | | | | | ERR | | ERR |
| | | | | | | | | | ERR |
| 2013 | | | | | | Original | Original | | |
| 01/01 | | | | | | BKAHN | | | 10614.21 |
| 01/01 | 5000.00 | 9721 | | | | | | | 5614.21 |
| 01/01 | | | | | | | | | 5614.21 |
| 02/01 | | | | | | | | | 5614.21 |
| 02/01 | | | | | | | | | 5614.21 |
| 02/01 | | | | | | | | | 5614.21 |
| 02/01 | | | | | | | | | 5614.21 |
| 02/01 | | | | | | | | | 5614.21 |
| 03/01 | | | | | | | | | 5614.21 |
| 03/01 | | | | | | | | | 5614.21 |
| 04/01 | | | | | | | | | 5614.21 |
| 04/01 | | | | | | | | | 5614.21 |
| 04/01 | | | | | | | | | 5614.21 |
| 05/01 | 3000.00 | 7318 | | | | | | | 2614.21 |
| 05/01 | | | | | | | | | 2614.21 |
| 05/01 | | | | | | | | | 2614.21 |
| 03/01 | | | | | | | | | 2614.21 |
| C | | | | | | | | | 2614.21 |
| 04/01 | | | | | | | | | 2614.21 |
| 04/27 | | | | | | | | | 2614.21 |
| 04/21 | | | | | | | | | 2614.21 |
| 05/05 | | | | | | | | | 2614.21 |
| 05/05 | | | | | | | | | 2614.21 |
| ERR | | | | | | | | | 2614.21 |
| 07/01 | | | | | | | | | 2614.21 |
| 07/01 | | | | | | | | | 2614.21 |
| 07/01 | | | | | | | | | 2614.21 |
| 08/01 | | | | | | | | | 2614.21 |
| 08/01 | 2000.00 | TRAIL7318 | | | | | | | 614.21 |
| 09/01 | 10000.00 | | | | | | | | |
| 09/01 | | | | | | ORIGINAL | 10614.21 | | |
| 10/01 | | | | | | SPENT | 10000.00 | | |
| 11/01 | | | | | | BALANCE | 614.21 | OK | |
| 12/01 | | | | | | | | | |

| | | | | HELVETIA RBFCU | | | |
| | | | | RANDOLPH BROOKS HELVETIA SAVINGS | | | |
| Date | Payee | Amount | ck no | WIRE INCOM | Deposit | W Bank Cha In ERR | Balance |
|------|-------|--------|-------|------------|---------|-------------------|---------|
| 2012 | | | | | | O Original | 5.00 |
| 07/01 | HELV | | | | 25000.00 | | 25005.00 |
| 07/01 | | | | | | 11.24 | 25016.24 |
| 08/06 | | | | | | | 25016.24 |
| 09/07 | | | | | | | 25016.24 |
| 10/09 | | | | | | | 25016.24 |
| 11/10 | | | | | | | 25016.24 |
| 12/12 | CHECK | 4000.00 | | | | | 21016.24 |
| 12/12 | CHECK | 20000.00 | | | | | 1016.24 |
| 12/12 | | | | | | | 1016.24 |
| 2013 | | | | | | | 1016.24 |
| 01/01 | | | | | | 9.32 | 1025.56 |
| 02/02 | | | | | | | 1025.56 |
| 03/06 | | | | | | 0.51 | 1026.07 |
| 04/07 | | | | CHECK | 210000.00 | | 211026.07 |
| 05/09 | | | | CONTOUR | 114.00 | | 211140.07 |
| 05/09 | CONTOUR | 50000.00 | | | | | 161140.07 |
| 05/09 | | | | | | | 161140.07 |
| 06/10 | | | | | | | 161140.07 |
| 07/12 | | | | | | 0.88 | 161140.95 |
| 07/12 | CONTOUR | 35000.00 | | | | 52.87 | 126193.82 |
| 07/12 | CONTOUR | 25000.00 | | | | | 101193.82 |
| 07/12 | | | | | | | 101193.82 |
| 08/13 | | | | CHECK | 200000.00 | | 301193.82 |
| 08/13 | | | | CHECK | 50000.00 | | 351193.82 |
| 08/13 | IDEAL | 240000.00 | | | | | 111193.82 |
| 09/14 | | | | | | | 111193.82 |
| 09/14 | | | | BKAHN | 1000.00 | | 112193.82 |
| 09/14 | CHECK | 3000.00 | | | | | 109193.82 |
| 09/14 | TRAIL | 100000.00 | | | | | 9193.82 |
| 09/14 | CHECK | 8000.00 | | | | | 1193.82 |
| 09/14 | | | | | | | 1193.82 |
| 10/16 | CHECK | 1239.57 | | | 48.00 | 50.75 | 53.00 |
| 10/16 | BKAHN | 53.00 | | | | | 0.00 |
| 10/01 | | | | | | | 0.00 |
| 10/01 | | | | | | | 0.00 |
| 10/01 | | | | | | | 0.00 |
| 10/01 | | | | | | | 0.00 |
| 10/01 | | | | | | | 0.00 |
| | TOTALS | 486292.57 | | | 486162.00 | 125.57 | |
| | | | | | -5.00 | | |
| | CHECKING | 36239.57 | CHECKING | 485048.00 | | | |
| | CONTOUR | 110000.00 | CONTOUR | 114.00 | | | |
| | IDEAL | 240000.00 | BK | 1000.00 | | | |
| | TRAIL | 100000.00 | INTEREST | 130.57 | | | |
| | BK | 53.00 | | | | | |
| | | | | 486292.57 | | | |
| | | 486292.57 | | 0.00 | | | |

| Date | | Check No | Payee | WIRE INCOM | Deposit | Who | Bank Char In ERR | Balance |
|------|--|----------|-------|------------|---------|-----|------------------|---------|
| | | | **HELVETIA RBFCU** | | | | | |
| | | | **RBFCU ACCOUNT** | | | | | |
| **2012** | | | | | | Origin | Original | |
| 07/01 | | | | 23564.27 | | | | 23564.27 |
| 07/01 | | | | 23579.93 | | | | **47144.20** |
| 08/01 | | | | 28831.66 | | | | 75975.86 |
| 08/01 | | 25000.00 | CCLC | | | | | **50975.86** |
| 09/01 | | | | 23533.45 | | | | 74509.31 |
| 09/01 | STATE CONTROLLER | 50.00 | 1001.00 | | | | | 74459.31 |
| 09/01 | BMK FEE WALL | 4500.00 | 1002.00 | | | | | 69959.31 |
| 09/01 | PEST | 320.03 | 1003.00 | 23535.73 | | | | **93175.01** |
| 09/01 | | 9508.00 | JLR | | | | 5.81 | 83672.82 |
| 09/01 | | 25000.00 | CCLC | | | | | 58672.82 |
| 10/01 | NEW LEAF WALL | 5000.00 | 1005.00 | | | | | 53672.82 |
| 10/01 | NEW LEAF FENCE | 1500.00 | 1006.00 | | | | | **52172.82** |
| 10/01 | | 20000.00 | CCLC | | | | | 32172.82 |
| 10/01 | | 10000.00 | CCLC | | | | | **22172.82** |
| 11/01 | | | SAVINGS | 22153.56 | 24000.00 | | | 68326.38 |
| 12/01 | | 40000.00 | CCLC | | | | | 28326.38 |
| 12/01 | STRUCTION LABOR C | 4305.00 | 1004.00 | | | | | **24021.38** |
| TOTALS | | **145183.03** | 6021.00 | 145198.60 | 24000.00 | | 5.81 | |
| | | | | | | | | |
| TOTALS | | 120000.00 | CCLC | | initial | | | |
| | | 15625.03 | CONST | 145198.60 | income | | | |
| | | 9508.00 | JLR | 24000.00 | deposit | | | |
| | | | | 5.81 | DIV | | | |
| | | 50.00 | off | 169204.41 | total | | 5.81 | |
| | | | | 145183.03 | spent | | | |
| | | 145183.03 | | 24021.38 | | | | |
| | | | | 24021.38 | balance | | | |

| | | | | HELVETIA RBFCU | | | | |
| | | | | RBFCU ACCOUNT | | | | |
| Date | Payee | Amount | ck no | WIRE INCOM | Deposit | Who | Bank Char In ERR | Balance |
|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | Origin Original | 24021.38 |
| ./22 | ALBERT US\RESTI | 40041.02 | 1026 | 67816.51 | | | | 51796.87 |
| 01/22 | ALBERT US\RESTI | 416.09 | 1028 | 56891.55 | | | | 108272.33 |
| 01/22 | | | | 22296.08 | | | | 130568.41 |
| 02/08 | FEMA | 800.00 | 1052 | 23953.87 | | | 5.79 | 153728.07 |
| 02/08 | | | | 48125.81 | | | | 201853.88 |
| 03/07 | FLINT | 1000.00 | 1007 | | | | | 200853.88 |
| 03/15 | IRS | 50008.00 | | 23924.62 | | | | 174770.50 |
| 03/15 | SCOTTY | 101.00 | 1009 | 48053.54 | | | | 222723.04 |
| 03/15 | IRS | 114.00 | 1010 | | | | | 222609.04 |
| 04/29 | IRS | 114.00 | 1029 | | | | | 222495.04 |
| 04/29 | ALBERT US\RESTI | 205.43 | 1030 | 23911.41 | | | 16.06 | 246217.08 |
| 05/08 | ALBERT US\RESTI | 7882.25 | 1031 | | | | | 238334.83 |
| 05/08 | TO SAVINGS | 210000.00 | | 23959.24 | | | | 52294.07 |
| 05/08 | TRAIL | 10000.00 | | 23940.55 | | | | 66234.62 |
| 05/08 | TRAIL | 10000.00 | | | | | | 56234.62 |
| 06/01 | | | | | | | | 56234.62 |
| 06/01 | | | | | | | | 56234.62 |
| 06/01 | | | | | | | | 56234.62 |
| 06/01 | | | | | | | | 56234.62 |
| 06/01 | | | | 23921.19 | | | | 80155.81 |
| 06/01 | | | | 23865.79 | 645.80 | | | 104667.40 |
| 06/01 | | | | 23382.42 | | | | 128049.82 |
| 06/01 | | | | 23922.57 | | | | 151972.39 |
| 06/01 | | | | | | | | 151972.39 |
| 07/01 | | | | 23864.58 | | | 0.34 | 175837.31 |
| 07/01 | | | | 23700.00 | | | | 199537.31 |
| 07/01 | | | | 23864.58 | 114.00 | | 28.31 | 223544.20 |
| 07/01 | | | | | | | | 223544.20 |
| 07/01 | | | | | | | | 223544.20 |
| 07/01 | | | | | | | | 223544.20 |
| 08/06 | | 650.00 | 1054 | 23706.71 | | | | 246600.91 |
| 08/06 | | 400.00 | 1055 | 23850.88 | | | | 270051.79 |
| 08/06 | | 260.00 | 1056 | 23824.41 | | | | 293616.20 |
| 08/06 | | 770.00 | 1057 | 23707.78 | | | | 316553.98 |
| 08/06 | | 200.00 | 1058 | | | | | 316353.98 |
| 08/06 | | 200.00 | 1059 | 23824.41 | | | | 339978.39 |
| 08/06 | | 924.00 | 1060 | 23824.41 | | | | 362878.80 |
| 08/06 | | 560.00 | 1061 | | | | | 362318.80 |
| 08/06 | | 175.00 | 1062 | | | | | 362143.80 |
| 08/06 | TO SAV | 50000.00 | | | | | | 312143.80 |
| 08/06 | 2918 | 50000.00 | | | | | | 262143.80 |
| 08/06 | TO SAV | 200000.00 | | | | | | 62143.80 |
| 08/06 | | | | | | | | 62143.80 |
| 09/04 | DYE ENT | 2387.50 | 1075 | | 8000.00 | SAV | | 67756.30 |
| 09/04 | FLINT | 1970.00 | 1079 | | 3000.00 | SAV | | 68786.30 |
| 09/04 | L GEORGE | 5000.00 | 1080 | | | | | 63786.30 |
| 09/04 | IRS | 61193.00 | | | | | | 2593.30 |
| 09/04 | BK | 2081.64 | | | | | | 511.66 |
| 09/04 | | | | | | | | 511.66 |
| 10/01 | CAP ONE | 2081.61 | | | 1239.57 | SAV | | -300.36 |
| 10/01 | CAP ONE | 707.76 | | | 1068.66 | BK | -48.00 | -17.48 |
| 10/01 | | | | | | | 17.48 | -0.00 |
| 10/01 | | | | | | | | -0.00 |
| 10/01 | | | | | | | | -0.00 |
| | TOTALS | 710242.30 | | 672132.91 | 14068.03 | | 19.98 | 8256984.88 |
| | | | | | | | | |
| | | 7427.50 | CONST | 672132.91 | income | | | |
| | | 2081.64 | BK | 1068.66 | BK DEP | B | | |
| | | 10759.37 | OFF | 12239.57 | SAVINGS | | | |
| | | 159973.79 | TAXES | 759.80 | OTHERV DEP | | | |
| | | 20000.00 | TRAIL | 19.98 | BANK CH | | | |
| | | 50000.00 | 2918 | 688220.92 | TOTAL | | | |
| | | 460000.00 | SAVINGS | 24021.38 | Initial | | 140.00 | |
| | | | | 710242.30 | TOTAL IN | | | |
| | | | | 710242.30 | SPENT | | | |
| | TOTAL | 710242.30 | | 0.00 | | | | |

# JOABERT ACCOUNT

| | | 2010F | 2011F | 2012F | 2013F | 2012RB | 2013RB | SAVNGS | TOTALS | ADJ | TOTAL ADJ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | JOABERT FALCON TOTALS | | | | | | | | | | |
| 3 | | 2010F | 2011F | 2012F | 2013F | 2012RB | 2013RB | SAVNGS | TOTALS | ADJ | TOTAL ADJ |
| 4 | INCOME | | | | | | | | | | |
| 6 | SALES | | | | | | | | | | |
| 7 | UNK SOURSE | 4,305.62 | 14,821.26 | | | | | | 19,126.88 | (5,959.19) | 13,167.69 |
| 8 | BK | | | | | | | | | (500.00) | (500.00) |
| 9 | 4412 HEL | 2,400.00 | 5,400.00 | 113,692.43 | 5,000.00 | | | | 126,492.43 | (126,492.43) | |
| 10 | SAVINGS | | | | | | | | | | |
| 11 | 7312 H GOLD | | | 10,000.00 | 10,000.00 | | | | 20,000.00 | (20,000.00) | |
| 12 | JOABERT 9721 | | | 414.73 | | | | | 414.73 | (414.73) | |
| 13 | DIV | | | | | | | | | | |
| 14 | NAT | | | | | | | | | | |
| 15 | ALANO | | 5,000.00 | | | | | | 5,000.00 | | 5,000.00 |
| 17 | TOTAL INCOM | 6,705.62 | 25,221.26 | 124,107.16 | 15,000.00 | | | | 171,034.04 | (153,366.35) | 17,667.69 |
| 19 | OUTGOING | | | | | | | | | | |
| 21 | TAX | 3,442.61 | 6,171.64 | 53,316.82 | 9,199.27 | | | | 72,130.34 | | 72,130.34 |
| 22 | JR | | | 24,000.00 | | | | | 24,000.00 | | 24,000.00 |
| 23 | BK | | 500.00 | | | | | | 500.00 | 600.00) | |
| 24 | UNKNOWN | | 5,959.19 | | | | | | 5,959.19 | (5959.19) | |
| 25 | SAVNGS | | | | | | | | | | |
| 26 | JOABERT 972 | | | | | | | | | | |
| 27 | CONTOUR 29 | | | | 4,000.00 | | | | 4,000.00 | | 4,000.00 |
| 28 | CONTOUR RBFCU | | | | | | | | | | |
| 29 | HEL GOLD 73 | | 1,000.00 | | | | | | 1,000.00 | (20000.00) | (19,000.00) |
| 30 | HEL RBFCU | | | | | | | | | | (414.73) |
| 31 | 4412 HEL | | | | | | | | | (126492.43) | (126,492.43) |
| 32 | CONSTRUCT | | | | | | | | | | |
| 33 | OFFICE EXP | 4,394.88 | 7,922.31 | 28,320.04 | 13,328.02 | | | | 53,965.25 | | 53,965.25 |
| 34 | TRAL 7318 | | | | | | | | | | |
| 35 | BANK CHARG | 30.09 | 10.00 | 191.70 | 30.00 | | | | 261.79 | | 261.79 |
| 36 | PROFESSION | 168.10 | 1,397.00 | | | | | | 1,565.10 | | 1,565.10 |
| 37 | ENG | | 263.21 | 1,466.32 | | | | | 1,729.53 | | 1,729.53 |
| 38 | INSURANCE | | | | | | | | | | |
| 39 | AUTO | 55.30 | 857.50 | 3,962.50 | 2,817.00 | | | | 7,692.30 | | 7,692.30 |
| 41 | TOTAL | 8,090.98 | 24,080.85 | 111,257.38 | 29,374.29 | | TOTAL | | 172,803.50 | (152,951.62) | 19,437.15 |
| 43 | DIFFERENCE | (1,385.36) | 1,140.41 | 12,849.78 | (14,374.29) | | | | (1,769.46) | (414.73) | (1,769.46) |
| 44 | INITIAL CK AN | 2,045.44 | 660.08 | 1,800.49 | 14,650.27 | | | | 2,045.44 | 275.98 | 2,045.44 |
| 45 | END CK BAL | 660.08 | 1,800.49 | 14,650.27 | 275.98 | | | | 275.98 | (138.75) | 275.98 |
| 46 | BANK BALAN | 660.08 | 1,800.49 | 14,650.27 | 275.98 | | | | 275.98 | | 275.98 |
| 47 | CONDITION | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 | (138.75) | 0.00 |

| | JOABERT FALCON TOTALS | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2010F** | **2011F** | **2012F** | **2013F** | **2012RB** | **2013RB** | **TOTALS** |
| INCOME | | | | | | | |
| | | | | | | | |
| SALES | | | | | | | |
| UNK SOURSE | 4,305.62 | 14,821.26 | | | | | 19,126.88 |
| BK | | | | | | | |
| 4412 HEL | 2,400.00 | 5,400.00 | 113,692.43 | 5,000.00 | | | 126,492.43 |
| SAVINGS | | | | | | | |
| 7312 H GOLD | | | 10,000.00 | 10,000.00 | | | 20,000.00 |
| JOABERT 9721 | | | 414.73 | | | | 414.73 |
| ALAMO | | 5,000.00 | | | | | 5,000.00 |
| TOTAL INCOME | 6,705.62 | 25,221.26 | 124,107.16 | 15,000.00 | | | 171,034.04 |
| | | | | | | | |
| OUTGOING | | | | | | | |
| | | | | | | | |
| TAX | (3,442.61) | (6,171.64) | (53,316.82) | (9,199.27) | | | (72,130.34) |
| JR | | | (24,000.00) | | | | (24,000.00) |
| BK | | (500.00) | | | | | (500.00) |
| UNKNOWN | | (5,959.19) | | | | | (5,959.19) |
| SAVINGS | | | | | | | |
| JOABERT 9721 | | | | | | | |
| CONTOUR 2918 | | | | (4,000.00) | | | (4,000.00) |
| HEL GOLD 7318 | | (1,000.00) | | | | | (1,000.00) |
| CONSTRUCTION | | | | | | | |
| OFFICE EXP | (4,394.88) | (7,922.31) | (28,320.04) | (13,328.02) | | | (53,965.25) |
| TRAIL 7318 | | | | | | | |
| BANK CHARGES | (30.09) | (10.00) | (191.70) | (30.00) | | | (261.79) |
| PROFESSIONAL | (168.10) | (1,397.00) | | | | | (1,565.10) |
| AUTO | (55.30) | (857.50) | (3,962.50) | (2,817.00) | | | (7,692.30) |
| ENG | | (263.21) | (1,466.32) | | | | (1,729.53) |
| | | | | | | | |
| | | | | | | | |
| TOTAL | (8,090.98) | (24,080.85) | (111,257.38) | (29,374.29) | | TOTAL | (172,803.50) |
| | | | | | | | |
| DIFFERENCE | (1,385.36) | 1,140.41 | 12,849.78 | (14,374.29) | | | (1,769.46) |
| INITIAL CK AMON | 2,045.44 | 660.08 | 1,800.49 | 14,650.27 | | @ 2010 INITI | 2,045.44 |
| END CK BALANCI | 660.08 | 1,800.49 | 14,650.27 | 275.98 | | | 275.98 |
| BANK BALANCE | 660.08 | 1,800.49 | 14,650.27 | 275.98 | | | 275.98 |
| CONDITION | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |

|  |  | JOABERT FALCON |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Date | AMOUNT | Payee | WIRE INCOM | CLASS | Deposit | Who | Bank Charg | Inter | Balance |
|  |  |  |  |  |  |  | ERR |  | ERR |
|  |  |  |  |  |  |  |  |  | ERR |
| 2013 |  |  |  |  |  | Original | Original |  |  |
| 01/01 |  |  |  |  |  | BKAHN |  |  | 14650.27 |
| 01/01 | 1320.90 | ALBERT UESTI | TAX |  | 5000.00 | 4412 |  |  | 18329.37 |
| 01/01 | 313.00 | RB | AUTO |  |  |  |  |  | 18016.37 |
| 02/01 | 458.59 | CAP | EXP |  |  |  |  |  | 17557.78 |
| 02/01 | 7320.62 | ALBERT UESTI | TAX |  |  |  |  |  | 10237.16 |
| 02/01 | 313.00 | RB | AUTO |  |  |  |  |  | 9924.16 |
| 02/01 | 975.47 | CAP | EXP |  |  |  |  |  | 8948.69 |
| 02/01 | 128.00 | BEXAR | TAX |  |  |  |  |  | 8820.69 |
| 03/01 | 313.00 | RB | AUTO |  |  |  |  |  | 8507.69 |
| 03/01 | 4811.93 | CAP | EXP |  |  |  |  |  | 3695.76 |
| 04/01 | 313.00 | RB | AUTO |  |  |  |  |  | 3382.76 |
| 04/01 | 3115.23 | CAP | EXP |  |  |  |  |  | 267.53 |
| 04/01 | 30.00 | BANK | BC |  |  |  |  |  | 237.53 |
| 05/01 | 325.00 | TCEQ | TAX |  | 5000.00 | 7312.00 |  |  | 4912.53 |
| 05/01 | 313.00 | RB | AUTO |  | 5000.00 | 7312.00 |  |  | 9599.53 |
| 05/01 | 209.50 | CAP | EXP |  |  |  |  |  | 9390.03 |
| 06/01 | 313.00 | RB | AUTO |  |  |  |  |  | 9077.03 |
| 06/01 | 1427.65 | CAP | EXP |  |  |  |  |  | 7649.38 |
| 07/01 | 313.00 | RB | AUTO |  |  |  |  |  | 7336.38 |
| 07/01 | 879.65 | CAP | EXP |  |  |  |  |  | 6456.73 |
| 07/01 | 1450.00 | CAP | EXP |  |  |  |  |  | 5006.73 |
| 08/01 | 313.00 | RB | AUTO |  |  |  |  |  | 4693.73 |
| 08/01 | 104.75 | ALBERT UESTI | TAX |  |  |  |  |  | 4588.98 |
| 09/01 | 313.00 | RB | AUTO |  |  |  |  |  | 4275.98 |
| 09/01 | 4000.00 | CONTOUR | 2918 |  |  |  |  |  | 275.98 |
| 09/01 |  |  |  |  |  |  |  |  | 275.98 |
| 09/01 |  |  |  |  |  |  |  |  | 275.98 |
| 08/01 |  |  |  |  |  |  |  |  | 275.98 |
| 08/01 |  |  |  |  |  |  |  |  | 275.98 |
| 09/01 | 29374.20 |  | ******* |  |  |  |  |  |  |
| 09/01 |  |  |  | TAX | 9199.27 | ORIGINAL START | 14650.27 |  | -14650.27 |
|  |  |  |  | EXP | 13328.02 |  | 7312.00 | 10000.00 |  |
|  |  |  |  | AUTO | 2817.00 |  | 4412 | 5000.00 |  |
|  |  |  |  | 2918 | 4000.00 |  |  |  |  |
|  |  |  |  | BC | 30.00 |  | TOTAL I | 29650.27 |  |
|  |  |  |  |  |  |  | SPENT | 29374.29 |  |
|  |  |  |  |  | 29374.29 |  | BALANC | 275.98 |  |
|  |  |  |  |  |  |  | PER BAI | 275.98 |  |
|  |  |  |  |  |  |  | CONDITI |  |  |

| Payee | | AMOUNT | Check # | TRANSFERS FROM | | Bank C | Interest | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | JOABERT FALCON | | | | |
| | | | | 2012 | | | | |
| | | | | | | | | |
| | | | | | | | | ERR |
| | | | | | | | | 1800.49 |
| S ROMO TAX RC | TAX | 1694.28 | 1193 | 1694.28 | 4412 | | | 1800.49 |
| S ROMO TAX RC | TAX | 2870.48 | 1194 | 2,870.48 | 4412 | | | 1800.49 |
| S ROMO TAX KI | TAX | 43919.65 | 1195 | 43,919.65 | 4412 | | | 1800.49 |
| S ROMO TAX JLR | JR | 2500.00 | 1196 | 257.82 | 4412 | | | -441.69 |
| S ROMO TAX RC | TAX | 712.39 | 1197 | 712.39 | 4412 | | | -441.69 |
| S ROMO TAX RC | TAX | | 1198 | 1,237.81 | 4412 | | | 706.12 |
| S ROMO TAX RC | TAX | 1237.81 | 1199 | 4,000.00 | 4412 | | | 3558.31 |
| TXPMR JLR | JR | 1500.00 | 1200 | 12,000.00 | 4412 | | | 14058.31 |
| NBP | ENG | 200.88 | 1313 | | | | | 13857.43 |
| CITY BANK | EXP | 200.00 | 5640 | | | | | 13657.43 |
| CAP | EXP | 481.02 | | | | | | 13176.41 |
| CAP | EXP | 192.92 | 1 | | | | | 12983.49 |
| BRUCE KAHN | ENG | 300.00 | 1201 | | | | | 12683.49 |
| NBP | ENG | 40.16 | 1202 | | | | | 12643.33 |
| CITY BANK | EXP | 200.00 | 5641 | 4,000.00 | 4412 | 30.75 | | 16412.58 |
| CITY BANK | EXP | 6755.75 | | | | | | 9656.83 |
| CITY BANK | EXP | 6111.12 | | | | | | 3545.71 |
| CITY BANK | EXP | -400.30 | | | | | | 3946.01 |
| CITY BANK | EXP | 942.52 | | | | | | 3003.49 |
| RBFUC | AUTO | 313.00 | | | | | | 2690.49 |
| CITY BANK | EXP | 86.09 | | | | | | 2604.40 |
| CITY BANK | EXP | 860.94 | | | | | | 1743.46 |
| IHS CONSULTING | ENG | 288.00 | 1315 | | | | | 1455.46 |
| DYE ENGINEERING | ENG | 397.50 | 1316 | | | | | 1057.96 |
| NBP | ENG | 39.40 | 1317 | | | | | 1018.56 |
| COSA | TAX | 100.00 | 1152 | | | | | 918.56 |
| CITY BANK | EXP | 241.58 | | | | | | 676.98 |
| CITY BANK | EXP | 290.37 | | | | | | 386.61 |
| CITY BANK | EXP | 27.09 | | | | | | 359.52 |
| RBFUC | AUTO | 313.00 | | | | | | 46.52 |
| RBFUC | AUTO | 313.00 | | | | 154.59 | | -421.07 |
| NBP | ENG | 79.20 | 1153 | 3,000.00 | 4412 | | | 2499.73 |
| NSURANCE ON CA | AUTO | 519.50 | 1154 | | | | | 1980.23 |
| | | | | | | | | 1980.23 |
| | CB | | | 5,000.00 | 4412 | | | 6980.23 |
| | CB | | | 20,000.00 | 4412 | | | 26980.23 |
| | CB | | | 20,000.00 | 4412 | | | 46980.23 |
| | CB | | | 20,000.00 | 4412 | | | 66980.23 |
| | CB | | | (20,000.00) | 4412 | | | 46980.23 |
| AH | AUTO | 313.00 | 1155 | (20,000.00) | 4412 | | | 26667.23 |
| CHASE BANK JLR | JR | 20,000.00 | 1318 | | 4412 | | | 6667.23 |
| BANK CHARG | EXP | | 1151 | | | 6.36 | | 6660.87 |
| RBFUC | AUTO | 313.00 | | | | | | 6347.87 |
| CITY BANK | EXP | 977.60 | | | | | | 5370.27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CITY BANK | EXP | 1,056.02 | | | | 4314.25 |
| RBFUC | AUTO | 313.00 | | | | 4001.25 |
| CITY BANK | EXP | 390.30 | | | | 3610.95 |
| IMELDA CARRILLO | ENG | 60.00 | 1271 | | | 3550.95 |
| NBP | ENG | 61.18 | 1272 | | | 3489.77 |
| EXAS CONROLLEI | TAX | 250.00 | 1319 | | | 3239.77 |
| | | | | | | 3239.77 |
| RBFUC | AUTO | 313.00 | | 5,000.00 | 4412 | 7926.77 |
| CITY BANK | EXP | 2974.53 | | | | 4952.24 |
| CITY BANK | EXP | 698.39 | | 10,000.00 | 4412 | 14253.85 |
| CITY BANK | EXP | 1,700.00 | | | | 12553.85 |
| TATE CONTROLLF | EXP | 50.00 | 1205 | | | 12503.85 |
| RBFUC | AUTO | 313.00 | | | | 12190.85 |
| CITY BANK | EXP | 910.60 | | | | 11280.25 |
| S ROMO TAX RC | TAX | 43.86 | 1206 | | | 11236.39 |
| | EXP | | | 414.73 | 9721 | 11651.12 |
| RBFUC | AUTO | 313.00 | | | | 11338.12 |
| CITY BANK | EXP | 2830.54 | | | | 8507.58 |
| S ROMO TAX RC | TAX | 590.00 | 1208 | 10,000.00 | 7312 | 17917.58 |
| S ROMO TAX RC | TAX | 1,898.35 | 1209 | | | 16019.23 |
| RBFUC | AUTO | 313.00 | | | | 15706.23 |
| CITY BANK | EXP | 742.96 | | | | 14963.27 |
| RBFUC | AUTO | 313.00 | | | | 14650.27 |
| | | 111,065.68 | ******** | 124,107.16 | 100,861.00 191.70 | |
| | | | | | | |
| | | ORIGINAL | | 1,800.49 | | 1800.49 |
| | | 4412 HELVETIA | | 113,692.43 | | |
| | | 7312 H GOLD | | 10,000.00 | | |
| | | 9721 JOABERT | | 414.73 | | 2215.22 |
| | | SUB TOTAL | | 125,907.65 | | 128122.87 |
| | | EXPENSES | | 111,065.68 | | 239188.55 |
| | | REMAING CASH | | 14,841.97 | | 254030.52 |
| | | BANK CHARGES | | 191.70 | | |
| | | | | 14,650.27 | | |
| | | | | | | LOANS EXPENSE |
| | | BANK CHARGES | | 191.70 | | ******* |
| | | TAX | | 53,316.82 | | ******* |
| | | | | | | |
| | | JLR | | 24,000.00 | ********* | |
| | | ENGINEERING | | 1,466.32 | | ******* |
| | | AUTO EXPENSE | | 3,962.50 | | ******* |
| | | | | | | |
| | | EXPENSE | | 28,320.04 | ******** ******* | |
| | | | | 111,257.38 | | ******* |
| | | | | 111,065.68 | | |
| | | | | 191.70 | | |

| Date | Check | Payee | | Amount | Deposit | Who | Bank Charge | Interest |
|---|---|---|---|---|---|---|---|---|
| 2011 | 1117 | | | | | | | |
| | | CAPITOL | EXP | 100.00 | | | | |
| | | CAPITOL | EXP | 300.00 | | | | |
| | | TRAIL INSURANCE | EXP | 150.00 | | | | |
| | | | | | 3000.00 | UNKOWN | | |
| 02/24 | 1129 | IIMELKDS | OFF | 60.00 | | | | |
| | 1131 | SILVIA ROMO | TAX | 2869.31 | | | | |
| | | SILVIA ROMO | TAX | | 5000.00 | ALAMO | | |
| | | SILVIA ROMO | TAX | | 400.00 | 9721 | | |
| | | HOWARD KAHN | OFF | 1000.00 | | | | |
| | | CITI | EXP | 126.29 | | | | |
| | | CAPITOL | EXP | 400.00 | | | 10.00 | |
| | | CAPITOL | EXP | 600.00 | | | | |
| | | CAPITOL | EXP | 4000.00 | | | | |
| | | CAPITOL | EXP | 4000.00 | 20571.26 | ukn | | |
| | | | dl | 200.00 | | | | |
| | | | YNK | | | | | |
| | 1133 | EZ DRIVE | ENG | 23.55 | | | | |
| | 1134 | BL LOAN | BK | 500.00 | | | | |
| | 1135 | KRIS GARCIA | OFF | 165.00 | | | | |
| | 1136 | ALICIA H | AUTO | 340.00 | | | | |
| | 1137 | ALLSTATE | AUTO | 517.50 | | | | |
| | 1138 | NBP | ENG | 6.48 | | | | |
| | 1139 | IMELDA CARRILLO | OFF | 60.00 | | | | |
| | 1140 | SLYVIA ROMO | TAX | 157.17 | | | | |
| | | CAP | EXP | 500.00 | | | | |
| | | XCITY | EXP | 1500.00 | | | | |
| | 1141 | CITI | TAX | 65.00 | | | | |
| | 1142 | SLYVIA ROMO | TAX | 105.16 | | | | |
| | | UNKNOWN | UNK | 5000.00 | | | | |
| | | UNKNOWN | UNK | 959.19 | | | | |
| | | AUG 2011 | | | | | AUG 2011 | |
| | | SEPT 2011 | | | | | SEPT 2011 | |
| | 1102 | ALICIA HINO | OFF | 52.00 | | | | |
| | 1232 | NBP | ENG | 233.18 | | | | |
| | 1233 | COSA | TAX | 1600.00 | | | | |
| | 1234 | COSA | TAX | 25.00 | | | | |
| | 1237 | COSA | TAX | 1360.00 | | | | |
| | 1311 | AT&T | EXP | 122.31 | | | | |
| | 5637 | C ITI | EXP | 200.00 | | | | |
| | 5638 | 7318 | 7318 | 1000.00 | | | | |
| | 5639 | | EXP | 200.00 | | | | |
| | CITY | | EXP | 2529.72 | | | | |
| | CAP | | EXP | 1434.39 | 5000.00 | 4412 | | |
| | 1312 | IMELDA | OFF | 60.00 | | | | |
| | 5639 | CITI | EXP | 25.10 | | | | |
| | 5640 | CAP | EXP | 64.64 | | | | |
| | 5641 | CITI | EXP | 72.56 | | | | |
| | 5642 | CITI | EXP | 147.30 | | | | |
| | 1144 | | | 32820.85 | 33971.26 | 14133.00 | 10.00 | |
| | 1145 | | | | | | | |
| | 1146 | | | SPENT | | | INCOME | |
| | 1147 | | | TAX | 6171.64 | | HEL | 5400.00 |
| | 1148 | | | EXP | 16472.31 | | UNK | 23571.26 |
| | 1149 | | | AUTO | 857.50 | | ALAMO | 5000.00 |
| | 1150 | | | OFF | 1597.00 | | TOTAL | 33971.26 |
| | 1151 | | | UNK | 5959.19 | | BC | -10.00 |
| | 1152 | | | ENG | 263.21 | | TOTAL INCC | 33961.26 |
| | 1153 | | | 7318 | 1000.00 | | SPENT | 32820.85 |
| | 1158 | | | BK | 500.00 | | DIFFERENC | 1140.41 |
| | 1159 | | | | | | INITIAL CK B | 660.08 |
| | 1160 | | | | | | CAL CK | 1800.49 |
| | 1161 | | | | 32820.85 | 11/08/1989 | CK BAL | 1800.49 |
| | 1162 | | | | 32820.85 | 11/08/1989 | CONDITION | -0.00 |

| Date | Check | Payee | | Amount | Deposit | Who | Bank Charge | Interest | Balance |
|---|---|---|---|---|---|---|---|---|---|
| JOABERT FALCON | | | | | | | | | |
| 2010 | 1117 | | | | | | | | 2045.44 |
| | | CAP1 | EXP | 100.00 | 2000.00 | UNK | | | 3945.44 |
| | | CAP1 | EXP | 75.00 | | | | | 3070.44 |
| | | BEXAR TAX | TAX | 165.03 | | | | | 3705.41 |
| | | BEXAR TAX | TAX | 172.12 | | | | | 3533.29 |
| | | BEXAR TAX | TAX | 175.35 | | | | | 3357.94 |
| | | BEXAR TAX | TAX | 185.59 | | | | | 3172.35 |
| | | BEXAR TAX | TAX | 186.46 | | | | | 2985.89 |
| | | BEXAR TAX | TAX | 191.66 | | | | | 2794.23 |
| | | BEXAR TAX | TAX | 211.42 | | | | | 2582.81 |
| | | BEXAR TAX | TAX | 256.86 | | | | | 2325.95 |
| | | BEXAR TAX | TAX | 276.28 | | | | | 2047.67 |
| | | BEXAR TAX | TAX | 346.72 | | | | | 1700.95 |
| | | BEXAR TAX | TAX | 597.80 | | | | | 1103.15 |
| | | BEXAR TAX | TAX | 675.32 | | | | | 427.83 |
| | 9030 | CITI CARD | EXP | 200.00 | 500.00 | CONTOUR | | | 727.83 |
| | | CAP ONE | EXP | 376.00 | 500.00 | CONTOUR | 30.09 | | 821.74 |
| | | CAP ONE | EXP | | | | | | 821.74 |
| | | CAP ONE | EXP | | 1000.00 | 4/21 HEL | | | 1821.74 |
| | | CAP ONE | EXP | 200.00 | | | | | 1621.74 |
| | | CAP ONE | EXP | 1000.00 | | | | | 621.74 |
| | | CITI | EXP | 24.21 | | | | | 597.53 |
| | | CITI | EXP | | 1305.62 | 5/03 UNK | | | 1903.15 |
| | | CITI | EXP | 58.40 | | | | | 1844.75 |
| | | CAP ONE | EXP | 183.00 | | | | | 1681.75 |
| | 1118 | NOTARY ASSN | OFF | 72.95 | | | | | 1608.80 |
| | 1119 | HEB AUTO TAGS | AUTO | 55.30 | | | | | 1553.50 |
| | | CITI | EXP | 55.34 | | | | | 1498.16 |
| | | CAP ONE | EXP | 500.00 | | | | | 998.16 |
| | 1120 | NATIONAL BLUE | OFF | 18.00 | | | | | 980.16 |
| | 1121 | EMELDA CARRILLO | OFF | 60.00 | | | | | 920.16 |
| | | CITI | EXP | 92.93 | | | | | 827.23 |
| | | CAP ONE | EXP | 300.00 | | | | | 527.23 |
| | | CAP ONE | EXP | 300.00 | 1000.00 | HELVET | | | 1227.23 |
| | | CAP ONE | EXP | 300.00 | | | | | 927.23 |
| | | CAP ONE | EXP | 300.00 | | | | | 627.23 |
| | | IMELDA CARRILLO | OFF | 60.00 | | | | | 567.23 |
| | | ALICIA HINOJOSA | EXP | 38.53 | | | | | 528.70 |
| | | EZ DRIVE | OFF | 39.00 | | | | | 489.70 |
| | | NBP | OFF | 19.35 | | | | | 470.35 |
| | | CITI | EXP | 150.00 | | | | | 320.35 |
| | | CAP ONE | EXP | 200.00 | | | | | 120.35 |
| | | CAP ONE | EXP | 100.00 | | | | | 20.35 |
| | | HOWARD KAHN | LEG | 2100.00 | 1000.00 | HEL | | | -1079.65 |
| | | BEXAR COUNTY | TAX | 116.00 | 1700.00 | HEL | | | 504.35 |
| | | CITI | EXP | 50.00 | 100.00 | UNK | | | 554.35 |
| | | CAP ONE | EXP | 100.00 | 168.83 | HEL | | | 623.18 |
| | | CAP ONE | EXP | 600.00 | 586.90 | HEL | | | 610.08 |
| | | CAP ONE | EXP | 100.00 | | | | | 510.08 |
| | | CITI | EXP | 100.00 | | | | | 410.08 |
| | 1141 | CITI | EXP | 150.00 | 400.00 | HEL | | | 660.08 |
| DEC 31 | 1142 | | | | | | | | 660.08 |
| | 1143 | | | | | | | | 660.08 |
| | 1144 | | | 11616.62 | 10261.35 | | 30.09 | | |
| | 1145 | | | | | | | | |
| | 1146 | | | SPENT | | | INCOME | | |
| | 1147 | | | TAX | 3558.61 | | HEL | 5855.73 | |
| | 1148 | | | EXP | 5633.41 | | UNK | 3405.62 | |
| | 1149 | | | OFF | 269.30 | | CONTOUR | 1000.00 | |
| | 1150 | | | AUTO | 55.30 | | TOTAL | 10261.35 | |
| | 1151 | | | LEGAL | 2100.00 | | INCOME | 10261.35 | |
| | 1152 | | | BANK CHAR | 30.09 | | DIFF | | |
| | 1153 | | | TOTAL | 11646.71 | | TOTAL INCO | 10261.35 | |
| | 1156 | | | | 11616.62 | | SPENT | 11646.71 | |
| | 1159 | | | | -30.09 | ERR | DIFFERENC | -1385.36 | |
| | 1160 | | | | | | INITIAL CK B | 2045.44 | |
| | 1161 | | | | | | CAL CK | 660.08 | |
| | 1162 | | | | | ERR | CK BAL | 660.08 | |
| | 1163 | | | | | | CONDITION | -0.00 | |

# CONTOUR ACCOUNT

CONTOUR TOTALS

| | 2010F | 2011F | 2012F | 2013F | 2012RB | 2013RB | SAVINGS | TOTALS | ADJ | ADJTOTALS |
|---|---|---|---|---|---|---|---|---|---|---|
| INCOME | | | | | | | | | | |
| SALES | | 88,113.60 | | | | | | 88,113.60 | | 88,113.60 |
| UNK SOURSE | | 2,901.90 | | | | | 678.00 | 3,579.90 | 887.00 | 4,466.90 |
| BK | 562.25 | | | | | 21,904.70 | | 22,466.95 | (63,895.39) | (41,428.44) |
| 4412 HEL | | 15,000.00 | 172,100.00 | 140.00 | 298,030.84 | 160,041.20 | | 645,312.04 | (645,312.04) | |
| SAVINGS | | | | | | (20,000.00) | | (20,000.00) | 20,000.00 | |
| 7312HEL GOLD | | | 100,000.00 | 2,500.00 | | | 20,000.00 | 122,500.00 | (122,500.00) | |
| JOABERT 9721 | | | | 4,000.00 | | | | 4,000.00 | (4,000.00) | |
| DIV | | | | | | | | | | |
| NAT | | | | | | | | | | |
| ALAMO | | | | | | | | | | |
| CONTOUR | | | | | | | 51,223.37 | 51,223.37 | | |
| TOTAL INCOME | 562.25 | 106,015.50 | 272,100.00 | 6,640.00 | 298,030.84 | 161,945.90 | 71,901.37 | 917,195.86 | (814,820.43) | 51,152.06 |
| | | | | | | | | | | |
| OUTGOING | | | | | | | | | | |
| | | | | | | | | | | |
| TAX | | | | 219.00 | 525.00 | 16,784.78 | | 17,528.78 | | 17,528.78 |
| JR | | | | 22,691.38 | 16,296.00 | 43,315.63 | | 82,303.01 | | 82,303.01 |
| BK | | | | 1,300.00 | | 38,058.19 | 24,537.20 | 63,895.39 | (63,895.39) | |
| UNKNOWN | 100.00 | | | | | | | 100.00 | 887.00 | 987.00 |
| SAVINGS | | | | | | | | | 20,000.00 | 20,000.00 |
| JOABERT 9721 | 1,000.00 | | | | | | | 1,000.00 | (4,000.00) | (3,000.00) |
| CONTOUR 2918 | | | | | | | | | | |
| CONTOUR REFCU | | | 175,000.00 | | | | 46,815.49 | 221,815.49 | | 221,815.49 |
| HEL GOLD 7318 | | | | | | | | | | |
| HEL RBFCU | | | 25,000.00 | | | | | 25,000.00 | (122,500.00) | (97,500.00) |
| 4412 HEL | | | | | | | | | (645,312.04) | (645,312.04) |
| CONSTRUCTION | | 96,159.86 | 31,761.89 | 1,236.00 | 120,311.87 | 209,227.28 | 600.00 | 459,296.90 | | 459,296.90 |
| OFFICE EXPENSE | 400.00 | 2,182.91 | 235.90 | 1,200.00 | | | | 4,018.81 | | 4,018.81 |
| TRAIL 7318 | | | | | | | | | | |
| BANK CHARGES | | 95.00 | 30.00 | 70.13 | 139.06 | 43.62 | (51.32) | 326.49 | | 326.49 |
| PROFESSIONAL | | 60.00 | | 5,000.00 | | | | 5,060.00 | | 5,060.00 |
| ENG | 546.36 | 27.40 | 6,857.12 | | 342.82 | | | 7773.70 | | 7,773.70 |
| INSURANCE | | | 15,156.00 | | | 14,932.49 | | 30,088.49 | | 30,088.49 |
| AUTO | | 584.75 | | | | | | 584.75 | | 584.75 |
| IDEAL | | | | | | | | | | |
| TOTAL | 2,046.36 | 99,109.92 | 254,040.91 | 31,716.51 | 137,614.75 | 322,361.99 | 71,901.37 | 918,791.81 | (814,820.43) | 103,971.38 |
| | | | | | | | | | | |
| DIFFERENCE | (1,484.11) | 6,905.58 | 18,059.09 | (25,076.51) | 160,416.09 | (160,416.09) | | (1595.95) | | (52,819.32) |
| INITIAL CK ANON | 1,703.70 | 219.59 | 7,125.17 | 25,184.26 | | 160,416.09 | | 194,648.81 | | |
| END CK BALANCE | 219.59 | 7,125.17 | 25,184.26 | 107.75 | 160,416.09 | 0.00 | | 193052.86 | | 193,052.86 |
| BANK BALANCE | 219.59 | 7,125.17 | 25,184.26 | 107.75 | 160,416.09 | | | 193052.86 | | 193,052.86 |
| CONDITION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 |

| Date | | AMOUNT | Payee | WIRE INCC C | Deposit | Who | Bank C | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | **CONTOUR FALCON** | | | | | |
| | | | | | | | | |
| **2010** | | | | | | | | 1703.70 |
| 01/01 | | | | | | | | 1703.70 |
| 02/01 | | | | | | | | 1703.70 |
| 03/01 | 9721 | 500.00 | JOABERT | | | | | 1203.70 |
| 03/01 | 9721 | 500.00 | JOABERT | | | | | **703.70** |
| 04/01 | OFF | 50.00 | IMELDA | | | | | **653.70** |
| 04/01 | ENG | 150.00 | MARK HINO | | 562.25 | BK | | **1065.95** |
| 05/01 | ENG | 7.70 | NBP | | | | | 1058.25 |
| 06/01 | | | | | | | | 1058.25 |
| 07/01 | | | | | | | | **1058.25** |
| 07/01 | OFF | 50.00 | IMELDA | | | | | 1000.25 |
| 07/01 | UNK | 100.00 | | | | | | **908.25** |
| 08/01 | ENG | 20.00 | | | | | | **888.25** |
| 09/01 | ENG | 25.00 | NBP | | | | | **863.25** |
| 09/01 | OFF | 60.00 | IMELDA | | | | | 803.25 |
| 10/01 | ENG | 79.50 | NBP | | | | | 723.75 |
| 10/01 | ENG | 60.00 | IMELDA | | | | | 663.75 |
| 10/01 | OFF | 60.00 | IMELDA | | | | | 603.75 |
| 10/01 | OFF | 60.00 | IMELDA | | | | | **543.75** |
| 11/01 | ENG | 29.16 | NBP | | | | | 514.59 |
| 11/01 | OFF | 60.00 | IMELDA | | | | | **454.59** |
| 12/01 | ENG | 75.00 | VAL LERMA | | | | | 379.59 |
| 12/01 | OFF | 60.00 | IMELDA | | | | | 319.59 |
| 12/01 | ENG | 100.00 | VAL LERMA | | | | | **219.59** |
| 12/31 | | | | | | | | 219.59 |
| 12/31 | | | | | | | | **219.59** |
| TOTAL | | | | | | | | 219.59 |
| | | 2046.36 | | | 562.25 | | | |

| | | |
|---|---|---|
| ORIGINAL | 1703.7 | |
| DEPOSITS | 562.25 | |
| TOTAL IN | 2265.95 | |
| SPENT | -2046.36 | |
| BALANCE | 219.59 | |
| BANK STATE | 219.59 | |
| DIFFERENC | -0.00 | |
| | | |
| OFF | 400.00 | |
| ENG | 546.36 | |
| 9721 | 1000.00 | |
| UNK | 100.00 | |
| | | |
| TOTAL | 2046.36 | |
| | 2046.36 | |
| CHECK | 0.00 | |

| 2011 | | CONTOUR FALCON | | | | | | | |
|------|-------|--------|--------|------|---------|--------|-------------|----------|---------|
| Date | Check | Payee | | | Deposit | Who | Bank Charge | Interest | Balance |
| 01/01 | | | | | | | | | 219.59 |
| 02/01 | | | | | | | | | 219.59 |
| 05/01 | | | | | | | 5.00 | | 214.59 |
| 06/01 | | ACME BRICK | 15.00 | CNST | | | | | 199.59 |
| 07/01 | | | | CNST | 2237.75 | NAT KL | | | 2437.34 |
| | 1956 | HEADWATERS | 2,237.75 | CNST | | | 10.00 | | 189.59 |
| | 1957 | NBP | 27.40 | ENG | | | | | 162.19 |
| 08/01 | 1958 | INGRAM | 4,558.00 | CNST | 5237.57 | NAT KL | 10.00 | | 831.76 |
| 08/03 | 1959 | WALL SUPL | 679.58 | CNST | | | | | 152.18 |
| 08/03 | 1960 | IC | 60.00 | OFF | | | | | 92.18 |
| 08/03 | | | | CNST | | | | | 92.18 |
| 08/03 | 1961 | INGRAM | 5,898.00 | CNST | | | | | -5805.82 |
| 08/03 | | NBP | 70.07 | CNST | | | 10.00 | | 5902.60 |
| 09 | | HEADWATER | 6,642.37 | CNST | 23,694.74 | NAT KL | | | 11159.68 |
| 10 | | MASON SETT | 3,000.00 | CNST | | | | | 8159.68 |
| 08/03 | | DEER CONST | 3,500.00 | CNST | | | | | 4659.68 |
| 10/01 | | KRIS GARCIA | 185.00 | CNST | | | | | 4474.68 |
| 10/01 | | | | CNST | | | | | 4474.68 |
| 10/01 | 1954 | PIMCO | 15,000.00 | CNST | | | | | -10525.32 |
| 10/01 | 1966 | AREXCAVATIO | 10,720.00 | CNST | 27,716.46 | NAT KL | | | 6473.14 |
| 10/01 | 1970 | ACT PIPE | 5,827.29 | CNST | 10,000.00 | NAT KL | | | 10645.85 |
| 10/01 | 1971 | PIMCO | 10,125.00 | CNST | 15,000.00 | 4,412.00 | | | 15520.85 |
| 10/01 | 1972 | PIMCO | 324.00 | CNST | | | | | 15196.85 |
| 10/01 | 1974 | DYE | 200.00 | CNST | | | | | 14996.85 |
| 10/01 | 1976 | DYE | 800.00 | CNST | | | 20.00 | | 14176.85 |
| 10/01 | | | | CNST | | | | | 14176.85 |
| 11/01 | 1954 | PIMCO | 10,000.00 | CNST | | | | | 4176.85 |
| 11/01 | 1977 | HEADWATER | 4,623.00 | CNST | | | | | -446.15 |
| 11/01 | 1978 | TX CONT | 52.00 | CNST | 19,225.08 | NAT SALE | | | 18726.93 |
| 11/01 | 1979 | AMERICAN SIG | 609.00 | CNST | | | | | 18117.93 |
| 11/01 | 1982 | AH | 1,300.00 | CNST | | | 30.00 | | 16787.93 |
| 11/01 | 1983 | AH | 26.00 | CNST | | | | | 16761.93 |
| 11/01 | | HSBC | 2,182.91 | EXP | | | 10.00 | | 14569.02 |
| 11/01 | | | | | | | | | 14569.02 |
| 12/01 | 1985 | HEB AUTO | 65.25 | AUTO | 2,901.90 | CASH | | | 17405.67 |
| 12/01 | 1986 | BK PAYROLL E | 200.00 | CNST | | | | | 17205.67 |
| 12/01 | 1987 | AUTO INS | 519.50 | AUTO | | | | | 16686.17 |
| 12/01 | 1988 | PIMCO | 6,129.00 | CNST | | | | | 10557.17 |
| 12/01 | 1990 | INGRAM | 3,432.00 | CNST | | | | | 7125.17 |
| 12/01 | | | | | | | | | 7125.17 |
| 12/01 | | | 99,014.92 | | 100,015.50 | 4,412.00 | 95.00 | | |
| 12/01 | | | | | | | | | |
| 12/01 | | | | | | | | | |
| 12/01 | | | | | ORIGINAL | 219.59 | | | |
| 12/01 | | | | | NAT | 88113.60 | | | |
| 12/01 | | | | | UNKNOWN | 2901.90 | | | |
| 12/01 | | | | | 4412HELVETI | 15000.00 | | | |
| 12/01 | | | | | INCOME | 106235.09 | | | |
| 12/01 | | | | | SPENT | 99,109.92 | | | |
| 12/01 | | | | | BALANCE | 7,125.17 | | | |
| 12/01 | | | | | | | | | |
| 12/01 | | | | | EXP | 2182.91 | | | |
| 12/01 | | | | | ENG | 27.40 | | | |
| 12/01 | | | CONSTRUCTION | | CNST | 96159.86 | | | |
| 12/01 | | | EXP | | AUTO | 584.75 | | | |
| 12/01 | | | AUTO | | OFF | 60.00 | | | |
| 12/01 | | | OFF | | BANK CHARG | 95.00 | | | |
| 12/01 | | | BK | | TOTALS | 99109.92 | | | |
| 12/01 | | | JR | | | 99014.92 | | | |
| 12/01 | | | | | | 95.00 | | | |

|  | Date | AMOUNT | Payee | WIRE INCO Cl | Deposit | Who | Bank ( | Balance |
|---|---|---|---|---|---|---|---|---|
|  |  |  | CONTOUR FALCON |  |  |  |  |  |
|  |  |  |  |  |  |  | 0.00 |  |
|  | 2012 |  |  |  |  |  |  | 7125.17 |
|  | 01/01 |  |  |  |  |  |  | 7125.17 |
|  | 01/01 |  | 4412 |  | 14000.00 | 4412.00 |  | 21125.17 |
| HEADWATER | 01/01 | KL | 13831.61 | 1991 |  |  | ▪. | 7293.56 |
| PIMCO | 01/01 | KL | 2000.00 | 1992 |  |  |  | 5293.56 |
|  | 02/01 |  |  |  |  |  |  | 5293.56 |
| GEGG RIVERA | 03/01 | KL | 855.00 | 1993 |  | 1500.00 | 4412.00 |  | 5938.56 |
| INGRAM READY MIX | 03/01 | KL | 340.00 | 1994 |  |  |  | 5598.56 |
| HEADWATER | 03/01 | KL | 130.00 | 1995 |  |  |  | 5468.56 |
| STELLAR HOMES | 03/01 | KL | 1500.00 | 1996 |  |  |  | 3968.56 |
| NBP | 04/01 | ENG | 236.06 | 1997 |  | 6600.00 | 4412.00 |  | 10332.50 |
| ALPHA TESTING | 04/01 | ENG | 6600.00 |  |  |  |  | 20.00 | 3712.50 |
|  | 05/01 |  |  |  |  |  |  | 3712.50 |
| NBP | 06/01 | ENG | 21.06 | 1999 |  |  |  | 3691.44 |
| CONTOUR RB | 06/01 | TRAN | 25000.00 | 1998 |  | 150000.00 | 4412.00 |  | 128691.44 |
| HELVETIA RB | 06/01 | TRAN | 25000.00 | 2000 |  |  |  | 103691.44 |
| TEXAS MUTUAL | 06/01 | INS | 3090.00 | 2001 |  |  |  | 100601.44 |
| GBMB INSUANCE | 06/01 | INS | 12066.00 | 2002 |  |  |  | 88535.44 |
| CAPITOL cxc | 06/01 | CB | 235.90 |  |  |  |  | 88299.54 |
|  | 07/01 | CB |  |  |  |  |  | 88299.54 |
|  | 08/01 |  |  |  |  |  |  | 88299.54 |
|  | 09/01 |  |  |  |  |  |  | 88299.54 |
|  | 10/01 |  |  |  |  |  | 5.00 | 88294.54 |
|  | 11/01 |  |  |  |  |  | 5.00 | 88289.54 |
| CPS | 12/01 | CPS | 13105.28 | 2003 |  | 100000.00 | 7312.00 |  | 175184.26 |
| CONTOUR RB | 12/01 |  | 150000.00 | 2005 |  |  | 4412.00 |  | 25184.26 |
|  | TOTAL |  |  |  |  |  |  | 25184.26 |
|  |  | 254010.91 |  | 0.00 | 272100.00 |  | 30.00 * |  |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  | ORIGINAL | 7125.17 |  |  |  | 0.00 |
|  |  |  | DEPOSITS | 272100.00 |  |  |  | 0.00 |
|  |  |  | SPENT | -254010.9 |  |  |  | 0.00 |
|  |  |  | BALANCE | 25214.26 |  |  |  | 0.00 |
|  |  |  |  | 25184.26 |  |  |  | 0.00 |
|  |  |  | BANK FEE | 30.00 |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 |
|  |  |  | KEY LARGO | 18656.61 |  |  |  | 0.00 |
|  |  |  | CONTOUR RBFCl | 175000.00 |  |  |  | 0.00 |
|  |  |  | HELVETIA RBFCu | 25000.00 |  |  |  | 0.00 |
|  |  |  | ENGINEERING | 6857.12 |  |  |  | 0.00 |
|  |  |  | OFF | 235.90 |  |  |  | 0.00 |
|  |  |  | CPS | 13105.28 |  |  |  | 0.00 |
|  |  |  | INSURANCE | 15156.00 |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  |  |
|  |  |  | TOTAL | 254010.91 |  |  |  |  |
|  |  |  |  | 0 |  |  |  |  |

## CONTOUR FALCON

| Date | | | AMOUNT | Payee | WIRE INCC | CI | Deposit | Who | Bank I | Balance |
|------|---|---|--------|-------|-----------|----|---------|-----|--------|---------|
| | | | | | | | | | 0.00 | |
| 2013 | | | | | | | | | | 25184.26 |
| 01/01 | | | 0.00 | | | | | | | 25184.26 |
| 02/01 | | | 0.00 | | | | | | | 25184.26 |
| 03/01 | 2006 | JR | 191.38 | CTL LAX INC | | | | | | 24992.88 |
| 03/01 | 2007 | CONS | 560.00 | VAL LERMA | | | | | | 24432.88 |
| 03/01 | 2008 | CONS | 100.00 | VAL LERMA | | | | | | 24332.88 |
| 03/01 | 2009 | CONS | 50.00 | MONDO LERMA | | | | | | 24282.88 |
| 03/01 | 2010 | CONS | 526.00 | MONDO LERMA | | | | | | 23756.88 |
| 03/01 | | EXP | 1200.00 | CAP | | | | | | 22556.88 |
| 04/01 | | | 0.00 | | | | | | | 22556.88 |
| 05/01 | | | 0.00 | | | | | | | 22556.88 |
| 06/01 | | | | | | | | | 5.00 | 22551.88 |
| 06/01 | | | | | | | | | 5.00 | 22546.88 |
| 07/01 | | | | | | | | | | 22546.88 |
| 08/01 | | | | | | | | | 5.00 | 22541.88 |
| 09/01 | | | | | | | | | | 22541.88 |
| 09/01 | | JR | 22500.00 | TXPMR | | | | | | 41.88 |
| 09/01 | | | | | | | 2500.00 | 7312 | 25.00 | 2516.88 |
| 09/01 | | | | | | | 4000.00 | 9721 | 30.13 | 6486.75 |
| 09/01 | | | | | | | 140.00 | 4412 | | 6626.75 |
| 10/01 | 2011 | OFF | 5000.00 | TERRY GEORGE | | | | | | 1626.75 |
| 10/01 | 2012 | TAX | 20.00 | BEXAR CLERK | | | | | | 1606.75 |
| 10/01 | 2014 | TAX | 175.00 | SEC STATE | | | | | | 1431.75 |
| 10/01 | 2015 | TAX | 24.00 | BEXAR CLERK | | | | | | 1407.75 |
| 10/01 | | | 1300.00 | BK | | | | | | 107.75 |
| 10/01 | | | | | | | | | | 107.75 |
| 10/01 | | | | | | | | | | |
| | | | 31646.38 | | 0.00 | | 6640.00 | | 70.13 | |
| | | | | | | | | | | 0.00 |
| | | | ORIGINAL | 25184.26 | | | | | | 0.00 |
| | | | 9721JOABE | 4000.00 | | | | | | |
| | | | 4412 HELVE | 140.00 | | | | | | |
| | | | HELVETIA G | 2500.00 | | | | | | |
| | | | DEPOSITS | | | | | | | 0.00 |
| | | | SPENT | -31646.38 | | | | | | 0.00 |
| | | | BALANCE | 177.88 | | | | | | 0.00 |
| | | | | 107.75 | | | | | | 0.00 |
| | | | BANK FEE | 70.13 | | | | | | 0.00 |
| | | | | | | | | | | 0.00 |
| | | | CONSTRUCTION | 1236.00 | | | | | | 0.00 |
| | | | TAX | 219.00 | | | | | | 0.00 |
| | | | EXP | 1200.00 | | | | | | 0.00 |
| | | | OFF | 5000.00 | | | | | | ERR |
| | | | BK | 1300.00 | | | | | | ERR |
| | | | JR | 22691.38 | | | | | | ERR |
| | | | | | | | | | | |
| | | | TOTAL | 31646.38 | | | | | | |
| | | | | 31646.38 | | | | | | |
| | | | | 0 | | | | | | |

| Date | Payee | Amount | ck no | WIRE INCOM | ( Deposit | Who | Bank Char | Int | Balance |
|------|-------|--------|-------|------------|-----------|-----|-----------|-----|---------|
| | | | | CONTOUR RBFGU | | | | ERR | |
| | | | | RANDOLPH BROOKS CONTOUR SAVINGS | | | | | |
| 2012 | | | | | | Origin | Original | | 5.00 |
| 07/01 | CHECK | 500.00 | | | 20000.00 | CK | | | 19505.00 |
| 07/01 | CHECK | 1500.00 | | | | | | | 18005.00 |
| 07/01 | CHECK | 1400.00 | | | | | | | 16605.00 |
| 08/02 | CHECK | 1000.00 | | | | | | | 15605.00 |
| 08/02 | CHECK | 100.00 | | | | | | | 15505.00 |
| 08/02 | CHECK | 600.00 | | | | | | | 14905.00 |
| 08/02 | CHECK | 782.82 | | | | | | | 14122.18 |
| 08/02 | CHECK | 400.00 | | | | | | | 13722.18 |
| 08/02 | CHECK | 800.00 | | | | | | | 12922.18 |
| 08/02 | CHECK | 3200.00 | | | | | | | 9722.18 |
| 08/02 | CHECK | 812.18 | | | | | | | 8910.00 |
| 08/02 | PR | 500.00 | | | | | | | 8410.00 |
| 09/01 | CHECK | 300.00 | | | | | | | 8110.00 |
| 10/01 | CHECK | 200.00 | | | | | | | 7910.00 |
| 10/01 | CHECK | 182.83 | | | | | | | 7727.17 |
| 10/01 | CHECK | 400.00 | | | | | | | 7327.17 |
| 10/01 | CHECK | 900.00 | | | | | | | 6427.17 |
| 10/01 | CHECK | 700.00 | | | | | | | 5727.17 |
| 10/01 | CHECK | 100.00 | | | | | | | 5627.17 |
| 10/01 | CHECK | 188.70 | | | | | | | 5438.47 |
| 10/01 | CHECK | 4000.00 | | | | | | 5.48 | 1443.95 |
| 11/01 | CHECK | | | | | | | | 1443.95 |
| 12/01 | CHECK | | | | | | | | 1443.95 |
| 2013 | CHECK | | | | | | | | 1443.95 |
| 01/01 | CHECK | | | | | | | 1.25 | 1445.20 |
| 02/01 | | | | | | | | | 1445.20 |
| 03/01 | | | | | | | | | 1445.20 |
| 04/01 | | | | | | | | 0.71 | 1445.91 |
| 05/01 | PR | 100.00 | | | 50000.00 | CK | | | 51345.91 |
| 06/01 | | | | | | | | 0.28 | 51346.19 |
| 07/01 | | | | | | | | 15.76 | 51361.95 |
| 08/01 | | | | | | | | | 51361.95 |
| 09/01 | CHECK | 30000.00 | | | 678.00 | | | | 22039.95 |
| 09/01 | BK | 22035.12 | | | | | | 20.17 | 25.00 |
| 10/01 | | | | | | | | | 25.00 |
| 11/01 | | | | | | | | | 25.00 |
| 12/01 | | | | | | | | 2.67 | 27.67 |
| 12/01 | BK | 1251.04 | | | 1223.37 | CK | | | 0.00 |
| | TOTALS | 71952.69 | | | 71901.37 | | | 46.32 | 461353.97 |
| | CHECKING | 48066.53 | INCOME | | | | | | |
| | PR | 600.00 | CHECK | 71901.37 | | | | | |
| | BK | 23286.16 | INTERST | 46.32 | | | | | |
| | | | START | 5.00 | | | | | |
| | | | TOTAL | 71952.69 | | | | | |
| | | 71952.69 | | 71952.69 | | | | | |

| MO | 2012 DATE | NAME | HRS | RATE | TOTA | SS | WH | OTHE | AMOUNT | TYPI | CK NO | DEPOSIT | BALANCE |
|----|------|------|-----|------|------|----|----|------|--------|------|-------|---------|---------|
|    | 07/19 | VALDEMERE LERMA |     |      |      |    |    |      | 92.00 | P | 101 |  | -92.00 |
|    | 07/30 | CASH DL |     |      |      |    |    |      | 400.00 | DL | 104 |  | -400.00 |
| 8 | 07/19 | ETHAN MCCALL | 40.75 | 12 | 489 | 28 | 41 | -20 | 440.00 | P | 1001 | 5000.00 | 4560.00 |
| 7 | 07/19 | DON SHOEMAKER | 24 | 11.25 | 270 | 15 | 27 |  | 228.00 | P | 1002 | 500.00 | 4832.00 |
| 7 | 07/19 | WELDEN SHOEMAKER | 16 | 14 | 224 | 13 | 11 |  | 200.00 | P | 1003 | 1500.00 | 6132.00 |
| 7 | 07/19 | FRED SEEHAUSEN | 32 | 9 | 288 | 16 | 17 | 36 | 219.00 | P | 1004 | 1400.00 | 7313.00 |
|    | 07/19 | AG |     |      |      |    |    | -36 | 36.00 | P | 1005 |  | 7277.00 |
| 7 | 07/19 | DYE ENTERPRISE |     |      |      |    |    |      | 2000.00 | S | 1006 |  | 5277.00 |
| 7 | 07/19 | VALDEMERE LERMA | 34 | 16 | 544 | 31 | 32 |  | 481.00 | P | 1007 |  | 4796.00 |
| 7 | 07/20 | DIXIE OIL |     |      |      |    |    |      | 2898.00 | D | 1008 |  | 1898.00 |
| 7 |       | VOID |     |      |      |    |    |      |  | V | 1009 |  | 1898.00 |
| 7 |       | CASH |     |      |      |    |    |      | 200.00 | DL | 1010 |  | 1698.00 |
| 8 | 07/26 | ETHAN MCCALL | 40 | 12 | 480 | 27 | 41 | 20 | 392.00 | P | 1011 |  | 1306.00 |
| 7 | 07/26 | DON SHOEMAKER | 40 | 11.25 | 450 | 25 | 45 |  | 395.00 | P | 1012 |  | 911.00 |
| 7 | 07/26 | WELDEN SHOEMAKER | 20 | 14 | 280 | 16 |  |  | 264.00 | P | 1013 |  | 647.00 |
| 7 | 07/26 | FRED SEEHAUSEN | 40 | 8 | 320 | 18 | 19 | 36 | 251.00 | P | 1014 |  | 396.00 |
| 7 | 07/26 | AG |     |      |      |    |    | -36 | 36.00 | P | 1015 |  | 360.00 |
| 7 | 07/26 | VALDEMERE LERMA | 46.75 | 16 | 748 | 128 |  |  | 620.00 | P | 1016 |  | -260.00 |
| 7 | 07/26 | VALDEMERE LERMA | 5 | 20 | 100 |  |  |  | 100.00 | P | 1017 |  | -360.00 |
| 8 | 08/24 | DON SHOEMAKER | 32 | 11.25 | 360 | 45 |  |  | 315.00 | P | 1018 |  | -675.00 |
| 8 | 08/24 | WELDEN SHOEMAKER | 20 | 14 | 280 | 16 |  |  | 264.00 | P | 1019 |  | -939.00 |
| 8 | 08/24 | FRED SEEHAUSEN | 40 | 8 | 320 | 41 |  | 36 | 243.00 | P | 1020 |  | -1182.00 |
| 8 | 08/24 | AG |     |      |      |    |    | -36 | 36.00 | P | 1021 |  | -1218.00 |
| 8 | 08/24 | VALDEMERE LERMA | 32 | 16 | 512 | 58 |  |  | 454.00 | P | 1022 |  | -1672.00 |
| 8 | 08/24 | VALDEMERE LERMA | 4 | 20 | 80 |  |  |  | 80.00 | P | 1023 |  | -1752.00 |
| 8 |       | VOID |     |      |      |    |    |      |  | V | 1024 |  | -1752.00 |
| 8 |       | VOID |     |      |      |    |    |      |  | V | 1025 |  | -1752.00 |
| 8 | 08/03 | BEXAR COUNTY SWPPPERMIT |     |      |      |    |    |      | 500.00 | CF | 1026 |  | -2252.00 |
| 8 | 08/03 | FRED SEEHAUSEN | 40 | 8 | 320 | 33 |  | 36 | 251.00 | P | 1027 |  | -2503.00 |
| 8 | 08/03 | WELDEN SHOEMAKER | 20 | 14 | 280 | 27 |  |  | 253.00 | P | 1028 |  | -2756.00 |
| 8 | 08/03 | DON SHOEMAKER | 32 | 11.25 | 360 | 32 |  |  | 328.00 | P | 1029 |  | -3084.00 |
| 8 | 08/03 | VALDEMERE LERMA | 5 | 20 | 100 |  |  |  | 100.00 | P | 1030 |  | -3184.00 |
| 8 | 08/03 | VALDEMERE LERMA | 40 | 16 | 640 | 60 |  |  | 580.00 | P | 1031 |  | -3764.00 |
| 8 | 08/03 | AG |     |      |      |    |    | 36 | 36.00 | P | 1032 |  | -3800.00 |
| 8 | 08/03 | TXPMR |     |      |      |    |    |      | 82.00 | E | 1033 |  | -3882.00 |
| 8 | 08/03 | CHASE BANK TXPMR | REPAIR MIXER |  |  |  |  |  | 2702.00 | E | 1034 |  | -6584.00 |
| 8 | 08/06 | CHRIS GARCIA | REPAIRS |  |  |  |  |  | 120.00 | E | 1035 |  | -6704.00 |
| 8 | 08/06 | CHRIS GARCIA/ALICIA HINOJO | REPAIRS |  |  |  |  |  | 100.00 | E | 1036 |  | -6804.00 |
| 8 | 08/06 | IMELDA CAMMILLO |     |      |      |    |    |      | 60.00 | M | 1037 |  | -6924.00 |
| 8 | 08/06 | VOID |     |      |      |    |    |      |  | V | 1038 |  | -6924.00 |
| 8 | 08/09 | DON SHOEMAKER | 40 | 11.25 | 450 |  | 69 |  | 381.00 | P | 1039 |  | -7305.00 |
| 8 | 08/09 | WELDEN SHOEMAKER | 20 | 14 | 280 |  | 16 |  | 248.00 | P | 1040 |  | -7553.00 |
| 8 | 08/09 | FRED SEEHAUSEN | 40 | 8 | 320 | 18 | 23 | 36 | 243.00 | P | 1041 | 1000.00 | -6796.00 |
| 8 | 08/09 | AG |     |      |      |    |    | -36 | 36.00 | P | 1042 | 100.00 | -6872.00 |
| 8 | 08/09 | VALDEMERE LERMA | 40 | 16 | 640 | 36 | 46 |  | 558.00 | P | 1043 | 600.00 | -6830.00 |
| 8 | 08/09 | VALDEMERE LERMA | 5 | 20 | 100 |  |  |  | 100.00 | P | 1044 | 812.18 | -6117.82 |
| 8 | 08/10 | EZ DRIVE |     |      |      |    |    |      | 202.49 | S | 1045 | 782.82 | -5537.49 |
| 8 | 08/10 | NATIONAL BLUE PRINT |     |      |      |    |    |      | 139.33 | ENG | 1046 | 400.00 | -5276.82 |
| 8 | 08/10 | TXPMR CHAINSAW |     |      |      |    |    |      | 384.10 | E | 1047 | 800.00 | -4671.00 |
| 8 | 08/10 | CASH DAY LABIORER |     |      |      |    |    |      | 500.00 | DL | 1048 | 3200.00 | -2171.00 |
| 8 | 08/10 | TXOPMR PARTS |     |      |      |    |    |      | 121.59 | E | 1049 | 25000.00 | 22707.41 |
| 8 | 08/10 | CHASE BANK MIUXER TEETH |     |      |      |    |    |      | 2812.00 | E | 1050 |  | 19895.41 |
| 8 | 08/17 | CASH |     |      |      |    |    |      | 500.00 | DL | 1051 |  | 19395.41 |
| 8 | 08/17 | DON SHOEMAKER | 40 | 11.25 | 450 |  | 69 |  | 381.00 | P | 1052 |  | 19014.41 |
| 8 | 08/17 | WELDEN SHOEMAKER | 20 | 14 | 280 |  | 16 |  | 264.00 | P | 1053 |  | 18750.41 |
| 8 | 08/17 | FRED SEEHAUSEN | 40 | 8 | 320 | 18 | 23 | 36 | 242.92 | P | 1054 |  | 18507.49 |
| 8 | 08/17 | AG |     |      |      |    |    | -36 | 36.00 | P | 1055 |  | 18471.49 |
| 8 | 08/17 | VALDEMERE LERMA | 40 | 16 | 640 | 36 | 46 |  | 557.84 | P | 1056 |  | 17813.65 |
| 8 | 08/17 | VALDEMERE LERMA | 5 | 20 | 100 |  |  |  | 100.00 | P | 1057 |  | 17813.65 |
| 8 | 08/31 | DON SHOEMAKER | 40 | 11.25 | 450 |  | 69 |  | 381.00 | P | 1058 |  | 17432.65 |
| 8 | 08/31 | WELDEN SHOEMAKER | 20 | 14 | 280 |  | 16 |  | 264.00 | P | 1059 |  | 17168.65 |
| 8 | 08/31 | FRED SEEHAUSEN | 40 | 8 | 320 | 40 |  | 36 | 244.00 | P | 1060 |  | 16924.65 |

| | Date | Name | Hrs | Rate | | | | Amount | Type | Check# | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 08/31 | AG | | | | | 38 | 36.00 | P | 1061 | | 16888.65 |
| 8 | 08/31 | VALDEMERE LERMA | 40 | 16 | 640 | | 58 | 582.00 | P | 1062 | | 16306.65 |
| 8 | 08/31 | VALDEMERE LERMA | 5 | 20 | 100 | | | 100.00 | P | 1063 | | 16206.65 |
| 8 | 08/31 | VOID | | | | | | | P | 1064 | | 16206.65 |
| 8 | 08/31 | SEALO | 16 | 14 | 224 | 24 | | 200.00 | P | 1065 | | 16006.65 |
| 8 | 08/31 | JERRY RICHIE | 16 | 13 | 208 | 21 | | 187.00 | P | 1066 | | 15819.65 |
| 8 | 08/31 | ARMONDO LERMA | 8 | 14 | 112 | 6 | | 105.67 | P | 1067 | | 15713.98 |
| 8 | 08/31 | FRED SEEHAUSEN BOB RIPLEY | | | | | | 800.00 | BR | 1068 | | 14913.98 |
| | | | | | | | | | V | | | 14913.98 |
| | | | | | | | | | V | | | 14913.98 |
| | | | | | | | | | V | | | 14913.98 |
| | 09/05 | SAWS | | | | | | 1060.00 | W | 1069 | | 13853.98 |
| | 09/05 | VALDEMERE LERMA | 24 | 16 | 384 | | 38 | 346.00 | P | 1069 | | 13507.98 |
| | 09/05 | JEREMY RICHIE | | | | | | 187.00 | P | 1070 | | 13320.98 |
| | 09/05 | AG | | | | | -36 | 36.00 | P | 1070 | | 13284.98 |
| 9 | 09/05 | PIMCO MASONRY | | | | | | 2000.00 | KL | 1071 | | 11284.98 |
| 9 | 09/05 | WELDEN SHOEMAKER | 20 | 14 | 280 | | 16 | 264.00 | P | 1071 | | 11020.98 |
| 9 | 09/05 | JEREMY RICHIE | 24 | 13 | 312 | | 39 | 273.00 | P | 1072 | | 10747.98 |
| 9 | 09/05 | FRED SEEHAUSEN | 40 | 8 | 320 | 40 | 36 | 244.00 | P | 1073 | | 10503.98 |
| 9 | 09/05 | DON SHOEMAKER | 40 | 11.25 | 450 | | 69 | 381.00 | P | 1074 | | 10122.98 |
| 9 | 09/05 | VALDEMERE LERMA | 3 | 20 | 60 | | | 75.00 | P | 1075 | | 10047.98 |
| 9 | 09/12 | JEREMY RICHIE | 22.5 | 13 | 292.5 | | 38 | 254.50 | P | 1076 | | 9793.48 |
| 9 | | FRED SEEHAUSEN | | | | | | 254.00 | P | 1077 | | 9539.48 |
| 9 | | HOLT CAT | | | | | | 4432.25 | E | 1078 | | 5107.23 |
| 9 | | DIXIE OIL CO INC. | | | | | | 3285.00 | D | 1079 | | 1822.23 |
| 9 | | AG | | | | | -36 | 36.00 | P | 1080 | | 1786.23 |
| 9 | | SCOTTY LOPEZ | 8 | 13 | 104 | 8 | | 96.00 | P | 1081 | | 1690.23 |
| 9 | 09/05 | VALDEMERE LERMA | 5 | 20 | 100 | | | 100.00 | P | 1082 | | 1590.23 |
| 9 | 09/05 | WELDEN SHOEMAKER | 20 | 14 | 280 | | 16 | 264.00 | P | 1083 | | 1326.23 |
| 9 | 09/05 | VALDEMERE LERMA | 40 | 16 | 640 | 84 | | 556.00 | P | 1084 | 300.00 | 1070.23 |
| 9 | 09/05 | DON SHOEMAKER | 32 | 11.25 | 360 | | 69 | 291.00 | P | 1085 | | 779.23 |
| 9 | 09/05 | WELDEN SHOEMAKER | 20 | 14 | 280 | | 16 | 264.00 | P | 1086 | | 515.23 |
| 9 | 01/07 | DON SHOEMAKER | 40 | 11.25 | 450 | | 69 | 381.00 | P | 1087 | | 134.23 |
| 9 | 09/23 | FRED SEEHAUSEN | 40 | 8 | 320 | 40 | 36 | 280.00 | P | 1089 | | 85.23 |
| 10 | 09/23 | AG | | | | | -36 | 36.00 | P | 1088 | 200.00 | 249.23 |
| 10 | 09/30 | DON SHOEMAKER | 40 | 11.25 | 450 | | 69 | 381.00 | P | 1091 | 182.83 | 51.06 |
| 10 | 09/30 | WELDEN SHOEMAKER | 20 | 14 | 280 | | 16 | 264.00 | P | 1090 | 400.00 | 187.06 |
| 10 | 09/30 | FRED SEEHAUSEN | 40 | 8 | 320 | 40 | 36 | 244.00 | P | 1093 | 900.00 | 843.06 |
| 10 | 10/07 | AG | | | | | -36 | 36.00 | P | 1092 | 700.00 | 1507.06 |
| | | NBP | | | | | | 27.70 | ENG | 1094 | | 1479.36 |
| 10 | 10/07 | DON SHOEMAKER | 40 | 11.25 | 450 | | 69 | 381.00 | P | 1097 | 100.00 | 1198.36 |
| 10 | 10/07 | WELDEN SHOEMAKER | 20 | 14 | 280 | | 16 | 264.00 | P | 1095 | 188.70 | 1123.06 |
| 10 | 10/07 | FRED SEEHAUSEN | 40 | 8 | 320 | 40 | 36 | 244.00 | P | 1098 | 4000.00 | 4879.06 |
| 10 | 10/07 | AG | | | | | -36 | 36.00 | P | 1096 | 25000.00 | 29843.06 |
| | | TEXAS MUTUAL | | | | | | 904.00 | I | 1100 | | 28939.06 |
| 10 | 10/14 | DON SHOEMAKER | 32 | 11.25 | 360 | | 55 | 305.00 | P | 1100 | | 28634.06 |
| 10 | 10/14 | WELDEN SHOEMAKER | 20 | 14 | 280 | | 16 | 264.00 | P | | | 28370.06 |
| 10 | 10/14 | FRED SEEHAUSEN | 40 | 8 | 320 | 40 | 36 | 244.00 | P | 1099 | | 28127.00 |
| 10 | 10/14 | AG | | | | | -36 | 36.00 | P | 1101 | | 28091.00 |
| 10 | 10/21 | | | | | | | | V | | | 28091.00 |
| 10 | 10/21 | | | | | | | | V | | | 28091.00 |
| 10 | 10/21 | | | | | | | | V | | | 28091.00 |
| 10 | 10/21 | FRED SEEHAUSEN | 40 | 8 | 320 | 40 | 36 | 244.00 | P | 1102 | | 27847.00 |
| 11 | 11/26 | VALDEMERE LERMA | 5 | 30 | 150 | | | | V | | 10000.00 | 37847.00 |
| 11 | 11/27 | DON SHOEMAKER | 26.67 | 11.25 | 300 | | | | V | | 4305.00 | 42152.00 |
| | | BOBBY CHINESE | | | | | | 7808.00 | BR | | 20000.00 | 54344.00 |
| 11 | 11/27 | VALDEMERE LERMA | | | | | | | V | | 659.31 | 55003.31 |
| 11 | 11/27 | SLVIA ROMO JLRIP | | | | | | 10000.00 | JLR | 102 | | 45003.31 |
| 11 | 11/27 | COSA PERMIT | | | | | | 25.00 | CF | 1024 | | 44978.31 |
| 11 | 11/27 | IRS | | | | | | 2043.93 | P | 1126 | | 42934.38 |
| 11 | 11/27 | EZ | | | | | | 39.00 | S | 1127 | | 42895.38 |
| 11 | 11/27 | IMELDA | | | | | | 60.00 | M | 1128 | | 42835.38 |
| 11 | 11/27 | NBP | | | | | | 65.25 | ENG | 1129 | | 42770.13 |
| 11 | 11/27 | | | | | | | | V | 1130 | | 42770.13 |
| 11 | 11/27 | | | | | | | | 4000.00 | P | 1131 | | 38770.13 |

| Date | Description | Amount | TYP | CK NO | DEPOSIT | BALANCE |
|---|---|---|---|---|---|---|
| 11/27 | IMELDA | 60.00 | M | 1128 | | 43099.38 |
| 11/27 | NBP | 65.25 | ENG | 1129 | | 43034.13 |
| 11/27 | | | V | 1130 | | 43034.13 |
| 11/27 | | 4000.00 | P | 1131 | | 39034.13 |
| 11/27 | VALDEMERE LERMA | 150.00 | P | 1132 | | 38884.13 |
| 11/27 | DON SHOEMAKER | 300.00 | P | 1133 | | 38584.13 |
| 11/27 | VALDEMERE LERMA | 300.00 | P | 1134 | | 38284.13 |
| 11/27 | | | V | | 150000.00 | 100284.13 |
| 11/27 | WIRE TRACKS | 5468.00 | BR | OW | 40000.00 | 222816.13 |
| 11/27 | RRIPLET CHINESE RETURN | -7780.00 | BR | 1 | | 230596.13 |
| 11/27 | VALDEMERE LERMA | 50.00 | P | 108 | | 230546.13 |
| 11/27 | SAWS | 41.20 | W | 1072 | | 230504.93 |
| 11/27 | NBP | 110.54 | ENG | 1073 | | 230394.39 |
| 11/27 | EZ DRIVE | 175.00 | S | 1074 | | 230219.39 |
| 11/27 | CPS | 66403.30 | ELEC | 1075 | | 163816.09 |
| 11/27 | TEXAS LANDMARK SURVEY | 3000.00 | S | 1103 | | 160816.09 |
| 11/27 | VALDEMERE LERMA | 400.00 | P | 1135 | | 160416.09 |
| | | -723.00 | P | | | |

| | | | |
|---|---|---|---|
| 137,475.69 | ******** | 298030.84 | 3487884.97 |
| 139.06 | TYPI CK NO | DEPOSIT | BALANCE |
| 137614.75 | | | |
| 139.06 | BANK CHARGES | | |
| 25759.86 | PAYROLL | | |
| 5416.49 | SURVEY | | |
| 6183.00 | DIESEL | | |
| 10824.02 | EQUIPMENT | | |
| 66403.30 | CPS ELEC | | |
| 1600.00 | DAY LABOR | | SAV 500 |
| 120.00 | MAINTAIN | | |
| 6296.00 | BOB RIPLEY | | |
| 1101.20 | WATER | | |
| 904.00 | INSURANCE | | |
| 10000.00 | JLR | | |
| 525.00 | COSA/FEES | | |
| 342.82 | ENGINEERING | | |
| 2000.00 | KEY LARGO | | |
| 137,614.75 | | | |

MOFIED FOR TOTALS

| | |
|---|---|
| 139.06 | BANK CHARGES |
| 120,311.87 | CONSTRUVCTION |
| 16,296.00 | JR |
| 342.82 | ENG |
| 525.00 | TAX |
| 137,614.75 | TOTAL |

| | | | ORIGINAL | | |
|---|---|---|---|---|---|
| ORIGINAL | ******* | | TOTAL DEPOSIT | 298030.84 | |
| DEPOSITS | ERR | | EXPENSES | 137814.75 | |
| SPENT | ERR | | BALANCE | 160416.09 | |
| BALANCE | ERR | | BANK STATEMENT | 160416.09 | -1077.00 |
| | 2000 | | CONDITION | -0.00 | |
| BANK FEE | ERR | | | | |

| MON | DATE | NAME | HRS | RATE | TOTAL | SS | | WH | OTHER | AMOUNT | TYP | CK NO | DEPOSIT | BALANCE |

RANDOLPH BROOKS CONTOUR

**2013**

| MON | DATE | NAME | HRS | RATE | TOTAL | SS | | WH | OTHER | AMOUNT | TYP | CK NO | DEPOSIT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 160416.09 |
| 1 | 01/14 | HOLT CAT7 | | | | | | | | 972.40 | E | 1077 | | 159443.69 |
| 1 | 01/07 | ALL STATE | | | | | | | | 730.00 | INS | 1078 | | 158713.69 |
| 1 | 01/01 | COSA PLAT | | | | | | | | 831.00 | COS | 1079 | | 157882.69 |
| 1 | 01/01 | COSA PLAT | | | | | | | | 250.00 | COS | 1080 | | 157632.69 |
| 1 | 01/01 | DYE ENT | | | | | | | | 2500.00 | SUR | ERR | | 155132.69 |
| 1 | 01/01 | TEXAS LANDMARK SURVEY | | | | | | | | 1150.00 | SUR | ERR | | 153982.69 |
| 1 | 01/01 | IRS | | | | | | | | 1744.12 | IRS | 1136 | 6.69 | 152245.26 |
| 1 | 01/01 | IRS | | | | | | | | 415.96 | IRS | 2 | | 151829.30 |
| 1 | 01/01 | JOHN RIPLEY WIRE | | | | | | | | 9464.00 | JLR | 3 | | 142365.30 |
| 1 | 01/01 | BANK DIVIDEND | | | | | | | | | V | | | 142365.30 |
| 1 | | | | | | | | | | | V | | | 142365.30 |
| 2 | 02/01 | NDP | | | | | | | | 20.61 | ENG | 1084 | | 142344.49 |
| 2 | 02/01 | SOUPER SALAD | | | | | | | | 28.91 | EXP | 1085 | | 142315.58 |
| 2 | 02/01 | VICTOR LOPEZ | 15.00 | 12.50 | 187.50 | 18 | | | | 169.50 | P | ERR | | 142146.08 |
| 2 | 02/01 | WILLIAM LEWIS | 16.00 | 11.00 | 176.00 | 16 | | | | 160.00 | P | ERR | | 141986.08 |
| 2 | 02/01 | VALDAMAR LERMA | 20.00 | 18.00 | 380.00 | 22 | | | | 339.00 | P | ERR | 41.20 | 141608.20 |
| 2 | 02/01 | VALDAMAR LERMA | 3.00 | 20.00 | | | | | | 60.00 | EXP | ERR | | 141629.28 |
| 2 | 02/01 | CHASE CARD SRVICE | | | | | | | | 13164.15 | JLR | 1137 | | 128465.13 |
| 2 | 02/01 | TX LANDMARK SURVEY | | | | | | | | 1960.00 | ENG | 1138 | | 126505.13 |
| 2 | 02/01 | EZ DRIVE | | | | | | | | 280.05 | ENG | 1139 | | 126225.08 |
| 2 | 02/01 | LONE STAR REPRODUCTION | | | | | | | | 49.88 | ENG | 1140 | | 126175.20 |
| 2 | 02/01 | TEXAS MUTUAL | | | | | | | | 634.00 | INS | 1141 | | 125541.20 |
| 2 | | | | | | | | | | | | | | 125541.20 |
| 3 | 03/01 | SLOPEZ | | | | | | | | 100.00 | P | 103 | | 125441.20 |
| 3 | 03/01 | HERB AND SON | | | | | | | | 145.00 | E | 1091 | | 125296.20 |
| 3 | 03/01 | SLOPEZ | | | | | | | | 101.00 | P | 1092 | | 125195.20 |
| 3 | 03/01 | ARMONDO LERMA | 9.00 | 15.00 | 135.00 | 20 | | | | 115.00 | P | 1093 | | 125080.20 |
| 3 | 03/01 | VL | 12.00 | 18.00 | 216.00 | 35 | | | | 181.00 | P | 1094 | | 124899.20 |
| 3 | 03/01 | VL | | | | | | | | 20.00 | EXP | 1095 | | 124879.20 |
| 3 | 03/05 | B&T GLASS | | | | | | | | 200.00 | E | 1096 | | 124679.20 |
| 3 | 03/05 | TX LANDMARK SURVEY | | | | | | | | 1180.00 | SUR | 1097 | | 123499.20 |
| 3 | 03/05 | VL | 33.00 | 18.00 | 594.00 | 136 | | | | 458.00 | P | 1098 | | 123041.20 |
| 3 | 03/05 | ARMONDO LERMA | 33.00 | 15.00 | 495.00 | | | | | 435.00 | P | 1099 | | 122606.20 |
| 3 | 03/05 | VL | | | | | | | | 120.00 | EXP | 1100 | | 122486.20 |
| 3 | 03/08 | DAY LABOR | | | | | | | | 300.00 | DL | 1141 | | 122186.20 |
| 3 | 03/08 | DIXIE OIL | | | | | | | | 3349.37 | D | 1142 | | 118836.83 |
| 3 | 03/15 | VL | | | | | | | | 100.00 | EXP | 1143 | | 118736.83 |
| 3 | 03/15 | VL | | | | | | | | 558.00 | P | 1144 | | 118178.83 |
| 3 | 03/15 | ARMONDO LERMA | 37.50 | 16.00 | 600.00 | 64 | | | | 536.00 | P | 1145 | | 117642.83 |
| 3 | 03/15 | ARMONDO LERMA | | | | | | | | 50.00 | EXP | 1146 | | 117592.83 |
| 3 | 03/15 | SLOPEZ | 28.00 | 15.00 | 420.00 | 54 | | | | 366.00 | P | 1147 | | 117226.83 |
| 3 | 03/15 | DELMAR RAMIREZ | 24.00 | 12.00 | 288.00 | 18 | | | | 270.00 | P | 1148 | | 116956.83 |
| 3 | 03/15 | SAWS WATER METER | | | | | | | | 1060.00 | W | 1149 | | 115896.83 |
| 3 | 03/18 | DELMAR RAMIREZ | 16.00 | 12.00 | 192.00 | 12 | | | | 180.00 | P | 1150 | | 115716.83 |
| 3 | 03/18 | DIXIE OIL | | | | | | | | 759.49 | D | 2000 | | 114957.34 |
| 3 | 03/18 | AUSTIN DISTRIBUTERS | | | | | | | | 265.55 | E | 2003 | | 114691.79 |
| 3 | 03/18 | HOLT CAT | | | | | | | | 150.16 | E | 2004 | | 114541.63 |
| 3 | 03/22 | DELMAR RAMIREZ | 24.00 | 12.00 | 288.00 | 40 | | | | 248.00 | P | 2125 | | 114293.63 |
| 3 | 03/22 | FRED SEEHAUSEN | 40.00 | 14.00 | 560.00 | 78 | | | 36.00 | 446.00 | P | 2126 | | 113847.63 |
| | | | | | | | | | | 600.00 | DL | 7 | | 113247.63 |
| 4 | | | | | | | | | | | V | | | 113247.63 |
| 4 | 04/01 | CPS POLES | | | | | | | | 2481.89 | EL | 1001 | | 110765.74 |
| 4 | 04/01 | ASCO | | | | | | | | 360.38 | E | 2001 | | 110405.36 |
| 4 | 04/01 | leonard Ruiz | | | | | | | | 400.00 | EL | 2114 | | 110005.36 |
| 4 | 04/01 | VALDEMERE LERMA | 40.00 | 16.00 | 640.00 | 80 | | | | 560.00 | P | 2115 | | 109445.36 |
| 4 | 04/01 | VALDEMERE LERMA EXP | 5.00 | 20.00 | 100.00 | | | | | 100.00 | EXP | 2116 | | 109345.36 |
| 4 | 04/01 | ARMONDO LERMA | 40.00 | 15.00 | 600.00 | 74 | | | | 526.00 | P | 2127 | | 108819.36 |
| 4 | 04/01 | ARMONDO LERMA exp | 5.00 | 14.00 | 70.00 | | | | | 70.00 | EXP | 2128 | | 108749.36 |
| 4 | 04/01 | Scotty Lopez | 32.00 | 14.00 | 448.00 | 38 | | | | 410.00 | P | 2129 | | 108339.36 |
| 4 | 04/01 | Selo | 8.00 | 14.00 | 112.00 | 8 | | | | 104.00 | P | 2130 | | 108235.36 |
| 4 | 04/01 | EASY DRIVE | | | | | | | | 1680.00 | SUR | 2131 | | 106555.36 |
| 4 | 04/01 | CLEAR CHOICE GLASS | | | | | | | | 1636.16 | E | 2135 | | 104919.20 |
| 4 | 04/01 | SCOTTY LOPEZ | 8.00 | 14.00 | 112.00 | 12 | | | | 100.00 | P | 2136 | | 104819.20 |
| | 04/01 | DIXIE OIL | | | | | | | | 398.00 | D | 2136 | | 104421.20 |
| 4 | 04/01 | CTL LAX | | | | | | | | 261.46 | JLR | 2137 | | 104159.74 |
| 4 | 04/01 | VALDEMERE LERMA | 24.00 | 17.00 | 408.00 | 33 | | | | 375.00 | P | 2139 | | 103784.74 |
| 4 | 04/01 | DIXIE OIL | | | | | | | | 398.00 | D | 2140 | | 103386.74 |
| 4 | 04/01 | SCOTTY LOPEZ | 16.00 | 14.00 | 224.00 | 13 | | 100.00 | | 111.00 | P | 2141 | | 103275.74 |

| | Date | Payee | | | | | | | | Amount | Code | Check# | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 04/01 | MICHAEL SISK | 16.00 | 12.00 | 192.00 | 19.00 | | | | 173.00 | P | 2142 | | 103102.74 |
| 4 | 04/01 | ARMONDO LERMA | 4.00 | 15.00 | 60.00 | | | | | 60.00 | EXP | 2144 | | 103042.74 |
| 4 | 04/01 | ARMONDO LERMA | 24.00 | 14.00 | 336.00 | 23 | | | | 313.00 | P | 2145 | | 102729.74 |
| 4 | 04/01 | ARMONDO LERMA | | | | | | | | | 42.00 | EXP | 2146 | | 102687.74 |
| 4 | 04/01 | FRED SEEHAUSEN | 40.00 | 14.00 | 560.00 | 78 | | | 36.00 | 446.00 | P | 2147 | | 102241.74 |
| 4 | 04/01 | ASCO | | | | | | | | | 55.90 | E | 2148 | | 102185.84 |
| | 04/01 | AUSTIN DISTRIBUT | | | | | | | | | 107.55 | E | 2149 | | 102078.29 |
| | 04/01 | HOLT | | | | | | | | | 335.26 | E | 2150 | | 101743.03 |
| | 04/01 | ROSIE JIMENEZ | | | | | | | | | 192.00 | P | 2151 | | 101551.03 |
| 4 | 04/01 | ACT | | | | | | | | | 3479.54 | PLB | 2152 | | 98071.49 |
| 4 | 04/01 | LONE STAR REPROGRAHICS | | | | | | | | | 134.30 | ENG | 2153 | | 97937.19 |
| | 04/01 | VALDEMERE LERMA EXP | 5.00 | 20.00 | 100.00 | | | | | | 100.00 | P | 2154 | | 97837.19 |
| 4 | 04/01 | DIXIE OIL | | | | | | | | | 375.54 | D | 2155 | | 97461.65 |
| 4 | 04/01 | VALDEMERE LERMA EXP | 4.00 | 20.00 | 80.00 | | | | | | 80.00 | EXP | 2156 | | 97381.65 |
| 4 | 04/01 | VALDEMERE LERMA | 32.00 | 17.00 | 544.00 | 55 | | | | | 489.00 | P | 2157 | | 96892.65 |
| 4 | 04/01 | ARMONDO LERMA | 32.00 | 15.00 | 516.00 | 50 | | | | | 466.00 | P | 2158 | | 96426.65 |
| 4 | 04/01 | ARMONDO LERMA exp | 4.00 | 14.00 | 56.00 | | | | | | 56.00 | P | 2159 | | 96370.65 |
| 4 | 04/01 | FRED SEEHAUSEN | 40.00 | 14.00 | 560.00 | 76 | | | 36.00 | | 446.00 | P | 2161 | | 95924.65 |
| 4 | 04/01 | Scotty Lopez | 32.00 | 15.00 | 480.00 | 45 | | | | | 435.00 | P | 2163 | | 95489.65 |
| 4 | 04/01 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | | 36.00 | | 374.00 | P | 2164 | | 95115.65 |
| 4 | 04/01 | VL | | | | | | | | | 100.00 | EXP | 2169 | | 95015.65 |
| 4 | 04/01 | DIXIE OIL | | | | | | | | | 957.24 | D | 2170 | | 94058.41 |
| 4 | 04/01 | FRED SEEHAUSEN | 40.00 | 14.00 | 560.00 | 80 | | | 36.00 | | 434.00 | P | 2171 | | 93624.41 |
| 4 | 04/01 | ARMONDO LERMA | 30.00 | 15.00 | 486.00 | 53 | | | | | 433.00 | P | 2172 | | 93191.41 |
| 4 | 04/01 | Scotty Lopez | 16.00 | 15.00 | 240.00 | 19 | | | | | 221.00 | P | 2173 | | 92970.41 |
| 4 | 04/01 | MICHAEL SISK | 32.00 | 13.00 | 416.00 | 42.00 | | | | | 374.00 | P | 2174 | | 92596.41 |
| 4 | 04/01 | VL | 40.00 | 17.00 | 680.00 | 105.00 | | | | | 575.00 | P | 2175 | | 92021.41 |
| 4 | 04/01 | ARMONDO LERMA exp | 4.00 | 14.00 | 56.00 | | | | | | 56.00 | EXP | 2176 | | 91965.41 |
| 4 | 04/01 | Josuha Shoeve m-6 | 16.00 | 15.00 | 240.00 | 18 | | | | | 222.00 | P | 2177 | | 91743.41 |
| 4 | 04/01 | CORTEZ LIQUID | | | | | | | | | 95.00 | FM | 2179 | | 91648.41 |
| 4 | 04/01 | Ingram | 35.00 | 71.00 | | | | | | | 2485.00 | CON | 2180 | | 89163.41 |
| 4 | 04/01 | AG | | | | | | | -36.00 | | 36.00 | P | 2181 | | 89127.41 |
| 4 | 04/01 | gnr tire | 1.00 | ****** | | | | | | | 150.00 | E | 2182 | | 88977.41 |
| 4 | 04/01 | jesus dehoyos | 1.00 | ****** | | | | | | | 550.00 | E | 2183 | | 88427.41 |
| | 04/01 | CPS TEMP | | | | | | | | | 150.00 | EL | 2184 | | 88277.41 |
| | 04/01 | IRS | | | | | | | | | 57.00 | IRS | 2185 | | 88220.41 |
| 4 | 04/01 | DIXIE OIL | | | | | | | | | 1230.89 | D | 2186 | | 86989.52 |
| 4 | 04/01 | VALDEMERE LERMA EXP | 4.00 | 20.00 | 80.00 | | | | | | 80.00 | EXP | 2187 | | 86909.52 |
| 4 | 04/01 | ARMONDO LERMA | 32.00 | 16.00 | 512.00 | 54 | | | | | 456.00 | P | 2188 | | 86451.52 |
| 4 | 04/01 | ARMONDO LERMA exp | 4.00 | 14.00 | 56.00 | | | | | | 56.00 | EXP | 2189 | | 86395.52 |
| 4 | 04/01 | VALDEMERE LERMA | 40.00 | 17.00 | 680.00 | 105 | | | | | 575.00 | P | 2190 | | 85820.52 |
| 4 | 04/01 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | | 36.00 | | 434.00 | P | 2191 | | 85386.52 |
| 4 | 04/01 | AC | | | | | | | 36.00 | | 36.00 | P | 2192 | | 85350.52 |
| 4 | 04/01 | MICHAEL SISK m1 | 16.00 | 14.00 | 224.00 | 18 | | | | | 206.00 | P | 2193 | | 85144.52 |
| 4 | 04/01 | Scotty Lopez | 24.00 | 15.00 | 360.00 | 33 | | | | | 327.00 | P | 2194 | | 84817.52 |
| 4 | 04/01 | Josuha Shoeve m-6 | 32.00 | 15.00 | 480.00 | 18 | | | | | 462.00 | P | 2195 | | 84372.32 |
| 4 | 04/01 | m &M equip | | | | | | | | | 610.00 | E | 2197 | 16.80 | 83706.53 |
| 4 | 04/01 | TEXAS MUTUAL | | | | | | | | | 377.00 | INS | | | 83329.53 |
| 4 | 04/01 | IRS | | | | | | | | | 1175.00 | INS | | | 82154.53 |
| | | | | | | | | | | | | V | | | 82154.53 |
| | 05/31 | ALBERT URESTI TXPMR | | | | | | | | | 1568.35 | JLR | 1004 | | 80586.18 |
| 5 | 05/01 | ALBERT URESTI TXPMR | | | | | | | | | 67.72 | JLR | 1005 | | 80518.46 |
| 5 | 05/01 | AG | | | | | | | -36.00 | | 36.00 | P | 2121 | | 80482.46 |
| 5 | 05/01 | VALDEMERE LERMA EXP | 4.00 | 20.00 | 80.00 | | | | | | 90.00 | P | 2125 | | 80392.46 |
| 5 | 05/01 | AG | | | | | | | -36.00 | | 36.00 | P | 2143 | | 80356.46 |
| 5 | 05/01 | AG | | | | | | | -36.00 | | 36.00 | P | 2162 | | 80320.46 |
| 5 | 05/01 | TX LANDMARK SURVEY | | | | | | | | | 4750.00 | SUR | 2196 | | 75570.46 |
| 5 | 05/01 | ARMONDO LERMA | 16.00 | 16.00 | 256.00 | 20 | | | | | 236.00 | P | 2198 | | 75334.46 |
| 5 | 05/01 | ARMONDO LERMA exp | 2.00 | 14.00 | 28.00 | | | | | | 28.00 | P | 2199 | | 75306.46 |
| 5 | 05/01 | VALDEMERE LERMA | 40.00 | 17.00 | 680.00 | 105 | | | | | 575.00 | P | 2200 | | 74731.46 |
| 5 | 05/01 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | | 36.00 | | 434.00 | P | 2201 | | 74297.46 |
| 5 | 05/01 | AG | | | | | | | -36.00 | | 36.00 | P | 2202 | | 74261.46 |
| 5 | 05/01 | Scotty Lopez | 24.00 | 15.00 | 360.00 | 33 | | | | | 327.00 | P | 2203 | | 73934.46 |
| 5 | 05/01 | MICHAEL SISK m1 | 34.00 | 14.00 | 476.00 | 55 | | | | | 421.00 | P | 2204 | | 73513.46 |
| 5 | 05/01 | VALDEMERE LERMA EXP | 3.00 | 20.00 | 60.00 | | | | | | 60.00 | P | 2206 | | 73453.46 |
| 5 | 05/01 | Scotty Lopez | 16.00 | 15.00 | 240.00 | 18 | | | | | 222.00 | P | 2207 | | 73231.46 |
| 5 | 05/01 | K &B Mchinery | | | | | | | | | 153.00 | E | 2208 | | 73078.46 |
| 5 | 05/01 | ARMONDO LERMA | 16.75 | 16.00 | 268.00 | 20 | | | | | 248.00 | P | 2209 | | 72830.46 |
| 5 | 05/01 | ARMONDO LERMA exp | 2.00 | 14.00 | 28.00 | | | | | | 28.00 | P | 2210 | | 72802.46 |
| 5 | 05/01 | AUSTIN DIST | | | | | | | | | 62.17 | E | 2213 | | 72740.29 |
| 5 | 05/01 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | | 36.00 | | 434.00 | P | 2215 | | 72308.29 |
| 5 | 05/01 | DIXIE OIL | | | | | | | | | 784.01 | D | 2216 | | 71522.28 |
| 5 | 05/01 | EZ DRIVE | | | | | | | | | 424.00 | ENG | 2218 | | 71098.28 |
| 5 | 05/01 | Josuha Shoeve m-6 | 16.00 | 15.00 | 240.00 | 18 | | | | | 222.00 | P | 2219 | | 70876.28 |

| Per | Date | Description | Hrs | Rate | Amount | Units | | | Adj | Paid | Code | Check # | Memo | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 05/01 | VALDEMERE LERMA EXP | 4.00 | 20.00 | 80.00 | | | | | 80.00 | P | 2222 | | 70706.28 |
| 5 | 05/01 | Ingram Ready Mix | | | | | | | | 710.00 | CON | 2224 | | 70086.28 |
| 5 | 05/01 | CHASE CARD SEVICES | | | | | | | | 3782.58 | JLR | 2225 | | 66303.70 |
| 5 | 05/01 | VALDEMERE LERMA | 43.00 | 17.00 | 731.00 | 121 | | | | 610.00 | P | 2232 | | 65693.70 |
| 5 | 05/01 | AG | | | | | | | -36.00 | 36.00 | P | 2234 | | 65657.70 |
| 5 | 05/01 | MICHAEL SISK m1 | 17.50 | 14.00 | 245.00 | 19 | | | | 226.00 | P | 2235 | | 65431.70 |
| 5 | 05/01 | Josuha Shoeve m-6 | 35.75 | 16.00 | 572.00 | 56 | | | | 516.00 | P | 2236 | | 64915.70 |
| 5 | 05/01 | CONTINEENTAL BATTERIES | | | | | | | | 638.47 | E | 2237 | | 64277.23 |
| 5 | 05/01 | HOLT CAT | | | | | | | | 2729.64 | E | 2237 | | 61547.59 |
| 5 | 05/01 | ACT PIPE | | | | | | | | 3071.02 | PLB | 2239 | | 58476.57 |
| 5 | 05/01 | TXPMR FENCE | | | | | | | | 2857.80 | FE | 2240 | | 55618.77 |
| 5 | 05/13 | VAN GRUNDY | | | | | | | | 273.96 | E | 2241 | | 55344.81 |
| 5 | 05/13 | DISEL PUMP SREVICE | | | | | | | | 1814.00 | E | 2244 | | 53530.81 |
| 5 | 05/13 | ARMONDO LERMA | 32.00 | 16.00 | 512.00 | 60 | | | | 452.00 | P | 2245 | | 53078.81 |
| 5 | 05/13 | VALDEMERE LERMA | 40.00 | 17.00 | 680.00 | 105 | | | | 575.00 | P | 2246 | | 52503.81 |
| 5 | 05/13 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | 36.00 | | 434.00 | P | 2247 | | 52069.81 |
| 5 | 05/13 | DIXIE OIL | | | | | | | | 1179.30 | D | 2248 | | 50890.51 |
| 5 | 05/13 | AG | | | | | | | | 36.00 | P | 2249 | | 50854.51 |
| 5 | 05/13 | Scotty Lopez | 8.00 | 15.00 | 120.00 | 18 | | | | 102.00 | P | 2250 | | 50752.51 |
| 5 | 05/13 | MICHAEL SISK m1 | 32.00 | 14.00 | 448.00 | 48 | | | | 400.00 | P | 2251 | | 50352.51 |
| 5 | 05/13 | VALDEMERE LERMA EXP | 4.00 | 20.00 | 80.00 | | | | | 80.00 | P | 2252 | | 50272.51 |
| 5 | 05/13 | Josuha Shreve m 6 | 32.00 | 16.00 | 512.00 | 30 | | | | 475.00 | P | 2253 | | 49799.51 |
| 5 | 05/13 | CORTEZ | | | | | | | | 95.00 | P | 2254 | | 49704.51 |
| 5 | 05/13 | M& M | | | | | | | | 480.00 | P | 2255 | | 49224.51 |
| 5 | 05/13 | GUARDIAN INSFOR FRED | | | | | | | | 7586.27 | JLR | 2256 | | 41638.24 |
| 5 | 05/13 | ALL STATE | | | | | | | | 510.50 | INS | 2257 | | 41119.74 |
| 5 | 05/13 | ARMONDO LERMA exp | 4.00 | 14.00 | 56.00 | | | | | 56.00 | P | 2258 | | 41062.74 |
| 5 | 05/13 | DIXIE OIL | | | | | | | | 700.00 | P | 2259 | | 40362.74 |
| 5 | 05/13 | FRED SEEHAUSEN m2 | 24.00 | 14.00 | 336.00 | 32 | | 36.00 | | 268.67 | P | 2260 | | 40094.07 |
| 5 | 05/13 | VALDEMERE LERMA EXP | 5.00 | 20.00 | 100.00 | | | | | 100.00 | P | 2261 | | 39994.07 |
| 5 | 05/13 | CHASE CARD SERVICES | | | | | | | | 3782.58 | JLR | 2262 | | 36211.49 |
| 5 | 05/13 | CHASE CARD SERVICES | | | | | | | | 3598.64 | E | 2262 | | 32612.85 |
| 5 | 05/13 | ARMONDO LERMA | 40.00 | 16.00 | 640.00 | 83 | | | | 557.00 | P | 2263 | | 32055.85 |
| 6 | 05/13 | ARMONDO LERMA exp | 5.00 | 14.00 | 70.00 | | | | | 70.00 | P | 2264 | | 31985.85 |
| 5 | 05/13 | VALDEMERE LERMA | 40.00 | 17.00 | 680.00 | 105 | | | | 575.00 | P | 2265 | 50000.00 | 81410.85 |
| 5 | 05/13 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | 36.00 | | 434.00 | P | 2266 | -50000.00 | 30976.85 |
| 5 | 05/13 | DIXIE OIL | | | | | | | | 1647.91 | D | 2267 | | 29328.94 |
| 5 | 05/13 | AG | | | | | | | -36.00 | 36.00 | P | 2268 | | 29292.94 |
| 5 | 05/13 | VL | | | | | | | | 100.00 | EXP | 2270 | | 29192.94 |
| 5 | 05/13 | Josuha Shreve m-6 | 40.00 | 16.00 | 640.00 | 55 | 50.00 | | | 535.00 | P | 2271 | | 28657.94 |
| 5 | 05/13 | M&M eQUIPMENT | | | | | | | | 420.00 | E | 2272 | | 28237.94 |
| 5 | 05/13 | ALPHA TESTING | | | | | | | | 451.75 | ENG | 2273 | | 27786.19 |
| 5 | 05/13 | GREG REVEIRA | 24.00 | 13.00 | 312.00 | 48.00 | | | | 264.00 | P | 2274 | | 27522.10 |
| 5 | 05/13 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | 36.00 | | 434.00 | P | 2278 | | 27088.19 |
| 5 | 05/13 | DIXIE OIL | | | | | | | | 171.56 | P | 22065 | | 26916.63 |
| | | | | | | | | | | | V | | | 26916.63 |
| 6 | 06/01 | BEXAR COUNTY | | | | | | | | 35.00 | TAX | 1002 | | 26881.63 |
| 6 | 06/01 | ARMONDO LERMA | 8.00 | 16.00 | 128.00 | 20 | | | | 108.00 | P | 2274 | | 26773.63 |
| 6 | 06/01 | ARMONDO LERMA | 2.00 | 14.00 | | | | | | 28.00 | EXP | 2275 | | 26725.63 |
| 6 | 06/01 | VL | 43.00 | 19.00 | 816.00 | 130 | | | | 686.00 | P | 2276 | | 26039.63 |
| 6 | 06/03 | WILLIAM LEWIS | 16.00 | 14.00 | 224.00 | 36 | | | | 188.00 | P | 2277 | | 25851.63 |
| 6 | 06/03 | DIXIE OIL | | | | | | | | 652.52 | D | 2279 | | 25199.11 |
| 6 | 06/03 | AG | | | | | | -36.00 | | 36.00 | P | 2280 | | 25163.11 |
| 6 | 06/03 | EZ DRIVE | | | | | | | | 276.46 | ENG | 2281 | | 24886.65 |
| 6 | 06/03 | ACT | | | | | | | | 246.10 | PLB | 2282 | | 24640.55 |
| 6 | 06/03 | RUDY LERMA | 16.00 | 13.00 | 208.00 | | | | | 197.00 | P | 2283 | | 24443.55 |
| 6 | 06/03 | VL | | | | | | | | 100.00 | EXP | 2284 | | 24343.55 |
| 6 | 06/03 | DIXIE OIL | | | | | | | | 567.00 | D | 2285 | | 23756.55 |
| 6 | 06/03 | INGRAM READY MIX | | | | | | | | 1511.05 | JLR | 2286 | | 22245.50 |
| 6 | 06/03 | GREG REVEIRA | 6.00 | 13.00 | 78.00 | 6 | | | | 72.00 | P | 2287 | | 22173.50 |
| 6 | 06/03 | CHARLOT CONC | | | | | | | | 433.84 | PLB | 2288 | | 21739.66 |
| 6 | 06/03 | VL | 14.00 | 19.00 | 272.00 | 21.00 | | | | 251.00 | P | 2289 | | 21488.66 |
| 6 | 06/03 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | 36.00 | | | 434.00 | P | 2290 | | 21054.66 |
| 6 | 06/03 | NAPA | | | | | | | | 576.07 | E | 2201 | | 20470.59 |
| 6 | 06/03 | AG | | | | | | | | 72.00 | P | 2292 | | 20407.59 |
| 6 | 06/03 | VL | 2.00 | 20.00 | | | | | | 40.00 | EXP | 2294 | | 20367.59 |
| 6 | 06/03 | Ingram Ready Mix | | | | | | | | 978.95 | JLR | 2295 | | 19388.64 |
| 6 | 06/03 | VAN GRUNDY | | | | | | | | 65.00 | E | 2296 | | 19323.64 |
| 6 | 06/03 | DYE | | | | | | | | 1550.00 | SUR | 2298 | | 17773.64 |
| 6 | 06/03 | Ingram Ready Mix | | | | | | | | 2403.15 | CON | 2299 | | 15370.49 |
| 6 | 06/03 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | 36.00 | | | 434.00 | P | 2300 | | 14936.49 |
| 6 | 06/03 | ALAN HYDRAULICS | | | | | | | | 211.17 | E | 2301 | | 14725.32 |
| 6 | 06/03 | texas mutual insurance company | | | | | | | | 3110.00 | INS | 2302 | | 11615.32 |
| 6 | 06/03 | WILLIAM LEWIS | 16.00 | 14.00 | 224.00 | 36 | | | | 188.00 | P | 2302 | | 11427.32 |

| | Date | Description | Hrs | Rate | Amount | | | | Amount | Code | Num | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 06/03 | ACT | | | | | | | 557.74 | PLD | 2303 | | 10609.50 |
| 6 | 06/03 | ALPHA TESTING | | | | | | | 221.50 | ENG | 2305 | | 10648.08 |
| 6 | 06/03 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | 36.00 | 434.00 | P | 2306 | | 10214.08 |
| 6 | 06/03 | DIXIE OIL | | | | | | | 276.62 | D | 2307 | | 9937.46 |
| 6 | 06/03 | AG | | | | | | -36.00 | 36.00 | P | 2308 | | 9901.46 |
| 6 | 06/03 | ASSOCIATEDE SUPPLY | | | | | | | 1039.95 | E | 2311 | | 8861.51 |
| 6 | 06/03 | CERTAPRO | | | | | | | 5786.42 | BK | 2312 | | 3075.09 |
| 6 | 06/03 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | 36.00 | 546.79 | P | 2313 | | 2528.30 |
| 6 | 06/03 | CONENTAL BATTERIES | | | | | | | 647.87 | E | 2314 | | 1880.43 |
| 6 | 06/03 | HYDRAULIC SUPPLY & SERVICE | | | | | | | 48.73 | E | 2315 | | 1831.70 |
| 6 | | | | | | | | | | | | | 1831.70 |
| 7 | 07/03 | CHASE | | | | | | | 1039.51 | E | 1078 | | 792.19 |
| 7 | 07/03 | US AIWAYS BOB | | | | | | | 1148.52 | JLR | 1079 | | -356.33 |
| 7 | 07/03 | Josuha Shreve m-6 | 30.00 | 16.00 | 480.00 | 40 | | | 440.00 | P | 1080 | | -796.33 |
| 7 | 07/03 | VL | | | | | | | 60.00 | EXP | 1081 | | -856.33 |
| 7 | 07/03 | VL | 30.00 | 19.00 | 570.00 | | | | 464.00 | P | 1082 | | -1320.33 |
| 7 | 07/08 | GBMB INSURANCE | | | | | | | 6879.99 | INS | 1084 | | -8200.32 |
| 7 | 07/08 | Josuha Shreve m-6 | | | | | | | 29.00 | P | 1085 | | -8229.32 |
| 7 | 07/11 | VL | 36.00 | 19.00 | 684.00 | 95.00 | | | 585.00 | P | 1086 | | -8814.32 |
| 7 | 07/11 | VL | | | | | | | 111.00 | EXP | 1087 | | -8925.32 |
| 7 | 07/11 | Josuha Shreve m-6 | 32.00 | 16.00 | 512.00 | 60 | | | 452.00 | P | 1089 | | -9377.32 |
| 7 | 07/11 | Scotty Lopez | 30.00 | 16.00 | 480.00 | 50.00 | | | 430.00 | P | 1090 | | -9807.32 |
| 7 | 07/11 | RUDY LERMA | 32.00 | 13.00 | 416.00 | 11 | | | 405.00 | P | 1092 | | -10212.32 |
| 7 | 07/11 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | 36.00 | 434.00 | P | 1093 | | -10646.32 |
| 7 | 07/11 | DIXIE OIL | | | | | | | 2000.00 | D | 1095 | | -12646.32 |
| 7 | 07/11 | RAUL GOMEZ | | | | | | | 460.00 | P | 1096 | | -13006.32 |
| 7 | 07/11 | FLOOR DIRECT | | | | | | | 1000.00 | BK | 1104 | | -14096.32 |
| 7 | 07/13 | ASCO | | | | | | | 839.39 | E | 2238 | | -14935.71 |
| 7 | 07/13 | ADELANTE CONTRACTORS | | | | | | | 10896.00 | PLB | 2301 | | -25831.71 |
| 7 | 07/13 | VL | | | | | | | 63.00 | EXP | 2316 | | -25894.71 |
| 7 | 07/13 | WILLIAM LEWIS | 16.00 | 14.00 | 224.00 | 36 | | | 188.00 | P | 2317 | | -26082.71 |
| 7 | 07/13 | HPLT CAT | | | | | | | 657.69 | P | 2318 | | -26740.40 |
| 7 | 07/13 | AG | | | | | | | 36.00 | P | 2319 | | -26776.40 |
| 7 | 07/13 | VL | | | | | | | 20.00 | EXP | 2320 | | -26796.40 |
| 7 | 07/13 | GREG REVEIRA | 35.00 | 13.00 | 455.00 | 76.00 | | | 379.00 | P | 2321 | | -27175.40 |
| 7 | 07/13 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | 36.00 | 434.00 | P | 2322 | | -27609.40 |
| 7 | 07/13 | EMELDA CARRILLO | | | | | | | 60.00 | P | 2323 | | -27669.40 |
| 7 | 07/13 | ARMONDO LERMA | 32.00 | 15.00 | 480.00 | 74 | | | 406.00 | P | 2323 | | -28075.40 |
| 7 | 07/13 | CPS | | | | | | | 9.35 | P | 2324 | | -28084.75 |
| 7 | 07/13 | GREG REVEIRA | | 18.00 | | | 20 | | 214.00 | P | 2325 | | -28298.75 |
| 7 | 07/13 | ACT PIPE | | | | | | | 137.29 | PLB | 2338 | | -28436.04 |
| 7 | 07/13 | GENUINE PARTS | | | | | | | 8.38 | P | 2339 | | -28444.42 |
| 7 | 07/13 | HOLT CAT | | | | | | | 692.05 | P | 2340 | | -29136.47 |
| 7 | 07/13 | CONTINENTAL BATTERIES | | | | | | | 134.40 | P | 2341 | | -29270.87 |
| 7 | 07/13 | SAWS | | | | | | | 880.50 | W | 2342 | | -30151.37 |
| 7 | 07/13 | ASCO | | | | | | | 108.25 | E | 2343 | | -30259.62 |
| 7 | 07/13 | VAN CRUNDY | | | | | | | 163.00 | E | 2344 | | -30422.62 |
| 7 | 07/13 | AUSTIN DIST | | | | | | | 144.55 | P | 2345 | | -30567.17 |
| 7 | 07/16 | JESUS DEHOYOS | | | | | | | 1395.00 | E | 2346 | | -31962.17 |
| 7 | 07/16 | AG | | | | | | | 36.00 | P | 2347 | | -31998.17 |
| 7 | 07/16 | RUDY LERMA | | 8.00 | | 104.00 | 11 | | 93.00 | P | 2348 | | -32091.17 |
| 7 | 07/16 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | 36.00 | 434.00 | P | 2349 | | -32525.17 |
| 7 | 07/16 | VALDEMAR LERMA EXP | | 5.00 | | 100.00 | | | 100.00 | P | 2350 | | -32625.17 |
| 7 | 07/16 | WILLIAM LEWIS | 16.00 | 14.00 | 224.00 | 36 | | | 188.00 | P | 2351 | | -32813.17 |
| 7 | 07/16 | Scotty Lopez | | 16.00 | | 240.00 | 32 | | 208.00 | P | 2352 | | -33021.17 |
| 7 | 07/16 | VL | | | | | | | 646.00 | P | 2353 | | -33667.17 |
| 7 | 07/16 | Josuha Shreve m-6 | 35.00 | 16.00 | 560.00 | 50 | | | 510.00 | P | 2354 | | -34177.17 |
| 7 | 07/16 | AG | | | | | | | 72.00 | P | 2356 | | -34249.17 |
| 7 | 07/16 | TEXAS PMR SKID STEER | | | | | | | 3200.00 | E | 2357 | | -37449.17 |
| 7 | 07/16 | BUDGET TREMINATORS | | | | | | | 118.80 | E | 2359 | | -37567.97 |
| 7 | 07/16 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | 36.00 | 434.00 | P | 2361 | | -38001.97 |
| 7 | 07/16 | WILLIAM LEWIS | 16.00 | 14.00 | 224.00 | 36 | | | 188.00 | P | 2362 | | -38189.97 |
| 7 | 07/16 | VL | 40.00 | 18.00 | 720.00 | 90.00 | | | 630.00 | P | 2365 | | -38819.97 |
| 7 | 07/16 | ACT | | | | | | | 554.54 | P | 2366 | | -39374.51 |
| 7 | 07/16 | ALAN HYDRAULICS | | | | | | | 884.39 | PLB | 2371 | | -40258.90 |
| 7 | 07/16 | CHASE CARD | | | | | | | 4234.00 | E | 2374 | | -44492.90 |
| 7 | 07/23 | Scotty Lopez | 32.00 | 16.00 | 512.00 | 52.00 | 200 | | 260.00 | P | 2376 | | -44752.90 |
| 7 | 07/23 | VALDEMAR LERMA | 10.00 | 20.00 | 200.00 | | | | 200.00 | EXP | 2377 | 35000.00 | -9952.90 |
| 7 | 07/23 | RUDY LERMA | | 24.00 | | | 25.00 | | 287.00 | P | 2378 | 25000.00 | 14760.10 |
| 7 | 07/23 | WILLIAM LEWIS | | 16.00 | | 224.00 | 36 | | 188.00 | P | 2379 | 57.00 | 14629.10 |
| 7 | 07/23 | VALDEMERE LERMA | 40.00 | 17.00 | 680.00 | 80 | | | 600.00 | P | 2380 | 4.07 | 14033.17 |
| 7 | 07/23 | KEITH SLYE | | 8.00 | | 180.00 | 15 | | 165.00 | P | 2381 | | 13868.17 |
| 7 | 07/23 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | | 36.00 | 434.00 | P | 23221 | | 13434.17 |
| 7 | 07/23 | WIRE FOR COM TO RICHE | | | | | | | 4526.25 | E | 23222 | | 8907.92 |

| Wk | Date | Name | Hrs | Rate | Amount | | | | Paid | Type | Check | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 07/23 | CASH FOR DAY LABOR | | | | | | | 200.00 | P | 23222 | | 8707.92 |
| 8 | 08/19 | SEARS | | | | | | | 906.56 | BK | 387 | | 7801.36 |
| 8 | 08/08 | RAY GOMEZ | | | | | | | 450.00 | E | 1025 | | 7351.36 |
| 8 | 08/08 | JOE LARRICA | | | | | | | 30.00 | P | 2380 | | 7321.36 |
| 8 | 08/08 | LAM TRUCK BROKER | | | | | | | 900.00 | E | 2382 | | 6421.36 |
| 8 | 08/08 | JESUS OEHOYS | | | | | | | 450.00 | E | 2383 | | 5971.36 |
| 8 | 08/08 | AG | | | | | | | 36.00 | P | 2384 | | 5935.36 |
| 8 | 08/08 | ROGER MALDONO | | | | | | | 500.00 | CON | 2385 | | 5435.36 |
| 8 | 08/08 | GUZMAN PAVING | | | | | | | 2,500.00 | PAV | 2386 | | 2935.36 |
| 8 | 08/08 | SCOTTY LOPEZ | | | | | | | 100.00 | P | 2386 | | 2835.36 |
| 8 | 08/08 | NEW LEAF HOMES | | | | | | | 600.00 | CON | 2386 | | 2235.36 |
| 8 | 08/08 | OYE ENTERPRISES | | | | | | | 1912.50 | SUR | 2388 | | 322.86 |
| 8 | 08/08 | EZ DRIVE | | | | | | | 309.66 | SUR | 2389 | | 13.20 |
| 8 | 08/08 | DIXIE OIL | | | | | | | 4000.00 | D | 2390 | | -3986.80 |
| 8 | 08/08 | CORTEZ WASTE | | | | | | | 190.00 | FM | 2391 | | -4176.80 |
| 8 | 08/08 | CPS | | | | | | | 18.42 | FM | 2392 | | -4195.22 |
| 8 | 08/08 | INGRAM | | | | | | | 344.00 | CON | 2393 | | -4539.22 |
| 8 | 08/15 | ALBERT H ESCOBDO | | | | | | | 1125.00 | P | 2394 | | -5664.22 |
| 8 | 08/15 | FREO SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | 36.00 | | 434.00 | P | 2395 | | -6098.22 |
| 8 | 08/15 | AG | | | | | -36.00 | | 36.00 | P | 2396 | | -6134.22 |
| 8 | 08/15 | Josuha Shreve m-6 | 40.00 | 16.50 | 660.00 | 50 | | | 600.00 | P | 2397 | | -6734.22 |
| 9 | 08/15 | WILLIAM LEWIS | 20.00 | 20.00 | 400.00 | | | | 250.00 | P | 2398 | | -6984.22 |
| 8 | 08/15 | VALDEMERE LERMA m-1 | 40.00 | 19.00 | 760.00 | 85 | | | 675.00 | P | 2399 | | -7659.22 |
| 8 | 08/15 | Louis LERMA | 40.00 | 16.00 | 640.00 | 60 | | | 470.00 | P | 2400 | | -8129.22 |
| 8 | 08/15 | VALDEMERE LERMA m-1 | 40.00 | 13.00 | 520.00 | 50 | | | 110.00 | EXP | 2401 | | -8239.22 |
| 8 | 08/15 | SCOTTY LOPEZ | 21.00 | 14.00 | 294.00 | 44 | | | 580.00 | P | 2402 | | -8810.22 |
| 8 | 08/15 | GUZMAN PAVING | | | | | | | 2000.00 | PAV | 2403 | | -10819.22 |
| 8 | 08/15 | GUZMAN PAVING | | | | | | | 5235.00 | PAV | 2404 | | -16054.22 |
| 8 | 08/22 | FRED SEEHAUSEN m2 | 40.00 | 14.00 | 560.00 | 90 | 36.00 | | 434.00 | P | 2405 | | -16488.22 |
| 8 | 08/22 | Scotty Lopez | | | | | -36.00 | | 580.00 | P | 2407 | | -17068.22 |
| 8 | 08/22 | VALOEMAR LERMA EXP | 32.00 | 16.50 | 528.00 | 50 | | | 110.00 | P | 2408 | | -17178.22 |
| 8 | 08/22 | VALDEMAR LERMA | 5.00 | 20.00 | 100.00 | | | | 675.00 | P | 2409 | | -17853.22 |
| 8 | 08/22 | Louis LERMA | 40.00 | 19.00 | 760.00 | 85 | | | 282.00 | P | 2411 | | -18135.22 |
| 8 | 08/22 | Josuha Shreve m-6 | 40.00 | 16.00 | 640.00 | 60 | | | 478.00 | P | 2412 | | -18613.22 |
| 8 | 08/22 | SPECIALTY TRAILERS | 24.00 | 13.00 | 312.00 | 30 | | | 119.00 | E | 2413 | | -18732.22 |
| 8 | 08/22 | ACT | | 14.00 | | | | | 295.73 | PLB | 2414 | | -19027.95 |
| | 08/29 | ALPHA TESTING | | | | | | | 1448.13 | TES | 2415 | | -20476.08 |
| | 08/29 | ASCO | | | | | | | 367.90 | E | 2416 | | -20843.98 |
| | 08/29 | CONTINENTAL BATTERIES | | | | | | | 240.00 | E | 2417 | 30000.00 | 8916.02 |
| | 08/29 | NAPA | | | | | | | 253.24 | E | 2418 | 50000.00 | 58662.78 |
| | 08/29 | ALBERT H ESCOBDO | | | | | | | 825.00 | E | 2421 | | 57837.78 |
| | 08/29 | WILLIAM LEWIS | | | | | | | 240.00 | P | 2423 | | 57597.78 |
| | 08/29 | FRED SEEHAUSEN m2 | 52.00 | 14.00 | 720.00 | 120 | 30.00 | | 572.00 | P | 2424 | | 57025.78 |
| | 08/29 | VALDEMERE LERMA m-1 | 42.50 | 19.00 | 807.50 | 85 | | | 722.50 | P | 2425 | | 56303.28 |
| | 08/29 | Josuha Shreve m-6 | | | | | -36.00 | | 509.25 | P | 2426 | | 55794.03 |
| | 08/29 | Louis LERMA | 34.50 | 16.50 | 569.25 | 60 | | | 295.00 | P | 2427 | | 55499.03 |
| | 08/29 | ARMONDO LERMA m-3 | 25.50 | 16.00 | 408.00 | 50 | | 358.00 | 358.00 | P | 2428 | | 55141.03 |
| | 08/29 | AG | | | | | | | 36.00 | P | 2429 | | 55105.03 |
| | 08/29 | Scotty Lopez | 18.50 | 16.00 | 296.00 | 60 | | | 236.00 | P | 2430 | | 54869.03 |
| | 08/29 | VALDEMAR LERMA EXP | 25.00 | 13.00 | 325.00 | 30 | | | 90.00 | P | 2431 | | 54779.03 |
| | 08/29 | ADELANTE CONTRACTO | 20.00 | 14.00 | 280.00 | 40 | | | 13800.73 | P | 2432 | | 40978.30 |
| | 08/29 | ARMONDO LERMA EXP | | | | | | | 30.00 | P | 2433 | | 40948.30 |
| | 08/29 | JOE SANCHEZ | 16.00 | 14.00 | 224.00 | 30 | | 194.00 | 194.00 | P | 2434 | | 40754.30 |
| | 08/29 | AT E | 3.00 | 10.00 | 30.00 | | | | 135.31 | E | 1101 | | 40618.99 |
| | 08/29 | CHRIS GARCIA | 16.00 | 14.00 | 224.00 | 30 | | | 150.00 | P | 1102 | | 40468.99 |
| | 08/29 | AG | | | | | | | 36.00 | P | 2366 | | 40432.99 |
| | 08/29 | TEX PMR FOR A ESCOBEDO | | | | | | | 300.00 | E | 2419 | | 40132.99 |
| | 08/29 | CHARLOTTE CONC | | | | | | | 225.00 | PLB | 2420 | | 39907.99 |
| | 08/29 | VAN GRUNDY | | | | | | | 335.00 | E | 2435 | | 39572.99 |
| | 08/29 | VALDEMERE LERMA m-1 | | | | | | | 212.00 | P | 2436 | | 39360.99 |
| | 08/29 | AG | | | | | | | 36.00 | P | 2437 | | 39324.99 |
| | 08/29 | Scotty Lopez | | | | | | | 183.00 | P | 2438 | | 39141.99 |
| | 08/29 | VALDEMAR LERMA EXP | | | | | | | 45.00 | P | 2439 | | 39096.99 |
| | 08/29 | Josuha Shreve m-6 | | | | | | | 606.00 | P | 2440 | | 38490.49 |
| | 08/29 | JOE SANCHEZ | | | | | | | 162.00 | P | 2441 | | 38328.49 |
| | 08/29 | ARMONDO LERMA m-3 | | | | | | | 186.00 | P | 2442 | | 38142.49 |
| | 08/29 | ARMONDO LERMA EXP | | | | | | | 40.00 | P | 2443 | | 38102.49 |
| | 08/29 | WILLIAM LEWIS | | | | | | | 200.00 | P | 2444 | | 37902.49 |
| | 08/29 | CPS | | | | | | | 10.06 | FM | 2445 | | 37892.43 |
| | 08/29 | ALPHA TESTING | | | | | | | 3600.00 | TES | 2446 | | 34292.43 |
| | 08/29 | FRED SEEHAUSEN m2 | | | | | | | 434.00 | P | 2447 | | 33858.43 |
| | 08/29 | Louis LERMA | | | | | | | 139.00 | P | 2448 | | 33719.43 |
| | 08/29 | MANUEL SANTOS | | | | | | | 280.00 | P | 2449 | | 33439.43 |
| | 08/29 | CORTEZ Waste | | | | | | | 95.00 | FM | 2450 | | 33344.43 |

| Date | Payee | Bank Fee | Description | Amount | Type | Check # | | Balance |
|---|---|---|---|---|---|---|---|---|
| 08/20 | CHRIS CARCIA | | | 175.00 | P | 2453 | | 33169.43 |
| 08/29 | ACT | | | 2938.51 | PLB | 2454 | | 30230.92 |
| 10/01 | CAPITOL ONE | | | 992.67 | EXP | | | 29238.25 |
| 10/01 | TEXAS MUTUAL | | | 1507.00 | INS | 1 | | 27734.84 |
| 10/01 | BKPF | | | 29141.84 | RK | 2 | | 593.00 |
| 11/01 | US POST OFFICE | | | 7.37 | EXP | 1109 | | 585.63 |
| 11/01 | BEXAR CIOUNTY | | | 20.00 | TAX | 1104 | | 565.63 |
| 11/01 | BEXAR CIOUNTY | | | 65.00 | TAX | 1107 | | 1500.63 |
| 11/01 | EZ DRIVE | | | 139.20 | SUR | 2457 | | 7004.94 |
| 11/01 | CPS | | | 40.52 | FM | 2458 | | 9364.42 |
| 11/01 | SAWS | | | 657.16 | W | 2459 | | 17511.45 |
| 11/01 | AMERICAN SIGNAL | | | 2400.00 | SIGN | 2460 | | 17111.45 |
| 11/01 | IRS | | | 5643.51 | TAX | 2461 | | 11467.94 |
| 11/01 | IRS | | | 8804.19 | TAX | 2462 | | 2663.75 |
| 11/01 | CAPITOL ONE | | | 1441.40 | EXP | 2463 | | 1223.37 |
| 11/01 | BK | | | 1223.37 | BK | 2464 | | 0.00 |
| 11/01 | | | | | | 2465 | | 0.00 |
| 11/01 | | | | | P | 2466 | | 0.00 |
| 11/01 | | | | | P | 2467 | | 0.00 |
| 11/01 | | | | 322318.37 | | ERR | 140125.76 | |

| | | | | | | | ERR | |
|---|---|---|---|---|---|---|---|---|
| | | | ORIGINAL | 160416.09 | | | | |
| | | | BK | 21904.70 | | | | |
| | | | HEL | 160041.20 | | | | |
| | | | SAV | -20000.00 | | | | |
| | | | TOTAL INCOME | 161945.90 | | | | |
| | | | TOTAL CASH | 322361.99 | | | | |
| | | | SPENT | 322318.37 | | | | |
| | | | BALANCE | 44.64 | | | | |
| | | | CHECK BOOK | 322318.37 | | | | |
| | | | BALANCE | | | | | |

| | BANK FEE | | | | | C | I | JLR |
|---|---|---|---|---|---|---|---|---|
| | | | SPENT | | | | | |
| | | | PAYROLL | 71221.46 | C | 71221.46 | | |
| | | | CONSTRUCTION | 15171.36 | C | 15171.36 | | |
| | | | TAX | 18595.89 | C | | 18595.89 | |
| | | | EQUIPMENT | 37815.68 | C | 37815.68 | | |
| | | | OFF | 3031.89 | C | | | |
| | | | BK | 900.00 | C | | | |
| | | | WATER | 2597.66 | C | 2597.66 | | |
| | | | INSURANCE | 14932.49 | I | | | |
| | | | JLR | 43315.63 | JLR | | | 43315.63 |
| | | | COSA FEES | 1081.00 | C | 1081.00 | | |
| | | | CONC | 7042.15 | C | 7042.15 | | |
| | | | FIELD MAIN | 449.00 | C | 449.00 | | |
| | | | FENCE | 2857.80 | C | 2857.80 | | |
| | | | TAX | 14567.70 | TAX | | 14567.70 | |
| | | | BK | 38058.19 | BK | | | |
| | | | TEST | 5048.13 | C | 5048.13 | | |
| | | | ENG | 3818.75 | C | | | |
| | | | PAV | 9735.00 | C | 9735.00 | | |
| | | | SIGN | 2400.00 | C | 2400.00 | | |
| | | | IRS | 2217.08 | TAX | | 2217.08 | |
| | | | PAV | 4296.35 | C | 4296.35 | | |
| | | | PLB | 23165.16 | C | 23165.16 | | |
| | | | CK | | | | | |
| | | | tOTAL | 322318.37 | | 182,880.75 | 35380.67 | 43315.63 |
| | | | | 322318.37 | | | | |
| | | | BANK CHARGES | 44.64 | | C | I | JLR |
| | | | | 322363.01 | | | | |
| | | | CONSTRUCTION | 182880.75 | | | | |
| | | | INSURANCE | 14932.49 | | | | |
| | | | JR | 43315.63 | P | | | |
| | | | TAX | 35380.67 | | | | |
| | | | BK | 38058.19 | | | | |
| | | | BANK CHARGES | 44.64 | | | | |
| | | | EXP | 3031.89 | | | | |
| | | | ENG | 3818.75 | | | | |
| | | | OFF | | | | | |
| | | | TOTAL | 322363.01 | | 182880.75 | 35380.67 | 43315.63 |
| | | | | 322363.01 | | | | |